# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

RECEIVED

2008 JAN 30  P 2: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GLADYS F. KING                )

         **PLAINTIFF**          )

VS.                           )        CASE FILE NO.

                                3:08CV72

**The NW 1/4 of the NE 1/4;**          **DEMAND FOR JURY TRIAL**
**the NE 1/4 of the NW 1/4;**
**And the East ten (10) acres**
**of the NW 1/4 , all being located**
**in Section 19, Township 18,**
**Range 12, Randolph county,**
**Alabama, being more particularly**
**described as follows: Beginning**
**at the point where a line drawn**
**from front door or house to dirt**
**road immediately in from or**
**southwesterly direction from the**
**house intersects with north line**
**of dirt road :thence in a northwesterly**
**direction along the dirt road 256 feet**
**to the point of the beginning;**
**thence in the northeasterly**
**direction perpendicular to the**
**house a distance of 256 feet**
**to a point; thence in a southeasterly**
**direction parallel to said road a distance**
**of 512 feet at point; thence in a**
**Northwesterly Direction parallel**
**with said road a distance of 511**
**feet to a point; thence in a northeasterly**
**direction a distance of 296 feet to**


SCANNED
PDM 2·1·08

the point of the beginning; this same
less and excepted is described by
the Randolph County Revenue Commissioner
office as follows:

    BEG 350'(S) E & 210' (S) N OF SW COR
    OF NE 1/ 4 OF NW 1/ 4; TH NW 511'; NE
    512'; SW 511'; NE 512'; TO P.O.B.
    SEC.19, T18S, R12E.PT OF NE ¼ OF
    NW 1/4

AND,

JOYCE JONES, PATRICIA
TERRELL,CHERYL GOLDRING,
ANGELA HUDSON, RICHARD
PARKER, BERYL PARKER,CANDACE
SLAUGHTER, MARLON FREEMAN,
PATRICK FREEMAN,BEATRICE
HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL
CARRINGTON,JUANITA
FREEMAN,WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN,JR., BENITA SMITH,
JERRY BILLINGSLEY, CHARLES
FREEMAN,WILLIEC. THOMAS,
MARY LOIS THOMAS, ROOSEVELT
MONTGOMERY,HELEN HASSELL,
SARA HENDERSON,ANTOINELLE
MITCHELL, DENNIS BENNET,
CATHERINE JOHNSON, TOMMIE
MONTGOMERY, JESSE DEAN
BARRETT, FANNIE PALMER,
GREGORY FREEMAN, JANICE
FREEMAN-JOHNSON,JEAN SCOTT,
RICHARD BEDGOOD,DEXTER
BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL(a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE
DAVIDSON, PETA MORTON,
CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN

AND,

JOYCE JONES, PATRICIA
TERRELL,CHERYL GOLDRING,
ANGELA HUDSON, RICHARD
PARKER, BERYL PARKER,CANDACE
SLAUGHTER, MARLON FREEMAN,
PATRICK FREEMAN,BEATRICE
HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL
CARRINGTON,JUANITA
FREEMAN,WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN,JR., BENITA SMITH,
JERRY BILLINGSLEY, CHARLES
FREEMAN,WILLIEC. THOMAS,
MARY LOIS THOMAS, ROOSEVELT
MONTGOMERY,HELEN HASSELL,
SARA HENDERSON,ANTOINELLE
MITCHELL, DENNIS BENNET,
CATHERINE JOHNSON, TOMMIE
MONTGOMERY, JESSE DEAN
BARRETT, FANNIE PALMER,
GREGORY FREEMAN, JANICE
FREEMAN-JOHNSON,JEAN SCOTT,
RICHARD BEDGOOD,DEXTER
BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL(a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE
DAVIDSON, PETA MORTON,
CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN
YOUNG,BRIGHAM YOUNG,
JANICE LAMBERT, ARLA
NESBY, MARY FREEMAN,

DENNIS FREEMAN, ERIS
SWANSON,IVANA LATRICE
BAISDIN,LATASIAJII RENEE
FREEMAN,BERNADINE F.
HARDNETT, JESSE FREEMAN,
EARL FREEMAN, DAVIDFREEMAN
EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD,
EUGENIANGEL,CARNELLANGEL,JR.,
PETER NGAL,ROXIE A. BROWN,
FRANCIS TURNER,
MORRIS ANGEL, CHARLES
ANGEL,ARRIE ANGEL,
HELEN ANGEL,SANDRA THOMAS,
EVELYN F. WOODARD,
BARBARA HOLLEY, HEZEKIAH
CARSTARPHEN,MARY FREEMAN,
THADDEAUS FREEMAN,
KENNETHMcCLURE, LILLIE F.
MIDDLEBROOKS,LORENZA
FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at
law of W.M.Freeman, Deceased;
and any and all unknown parties
including any person claiming a present
 interest therein and including
any person any future contingent,
reversionary,remainder or other
interests therein, who may
claim any interest in the
above described property.
Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1332(a) and 1441(a) the defendant Jesse

Freeman hereby removes this action from The Circuit Court of Randolph

County, Alabama and respectfully states as follows:

1.

Jesse Freeman is a defendant in this civil suit, which was filed on

July. 21,2006 in The Circuit Court of Randolph County, Alabama and is

entitled Gladys King vs. Land Et Al defendants, Civil Action No. CV-06-

103.

2.

Pursuant to 28 U.S.C.   1332(a), this Court has diversity jurisdiction over

this suit because there is complete diversity of citizenship among the

parties an because the amount in controversy, exclusive of interests and

costs, exceeds $375,000.00. Pursuant to 28 U.S.C.   1441 et seq., this case

properly is removable.

## DIVERSITY JURISDICTION

Diversity of Citizenship

3.

28 U.S.C. 1332 where parties are citizens of different states. This court

obtain Diversity of Citizenship on July. 05, 2005- July.06,2005 and

August.20,2005 been the prior timber sale. All came from W.M. Freeman

Estate. With the Defendants being from different states, unknown grading

contractors, logging/ hauling contractors, logging contractors, logging

dealer contractors, logging mill corps contractors, all unknown of outer state

parties to be added to complaint forthcoming. The amount in controversy

exceeds the sum or value of $375,00.00 exclusive of interest and cost.

### Propriety of Removal
Jurisdiction

4.

This court has original jurisdiction of this suit pursuant to 28 U.S.C.   is

1332(a), and this case, therefore, is properly removable pursuant to 28

U.S.C. 1441(a).This court obtain original and exclusive jurisdiction on

timber sale of Gladys King sale on July. 05,2005. Lorenzo Freeman timber

sale on July. 06,2005 about seventy-nine acres of land. Mary Freeman's

timber sale on or about August.20,2005 about forty acres of land. All came

from W.M. Freeman Estate. 28 U.S.C. 1338 (a)Under U.S.C. 1331 Federal

Question, Under 1345 and 1348, U.S. Constitution - 28 U.S.C. 1441 Federal

Question, 28 U.S.C. 1444 Section 2410 Foreclosure 7425 Requirement of

25 day notice prior to timber sale, 28 U.S.C. 1446(a) section 1332, 28

U.S.C. 1340.2 under IRS Law section 1340, Section 3713(b) and 3713(a)

Liable Tax Liability, State of Alabama Tax Revenue Department, 28 U.S.C.

1443(2) acts under color of law, 1983 bias in sale of timber-land of

defendant, 31 U.S.C.(A) 3713(a) and (b) R.S. 3466 and 26 U.S.C.(a) 6321-

23, Under federal priority provision, and federal tax lien act.

The Middle District of Alabama is the federal judicial district embracing

Randolph County, Alabama, where the suit originally was filed. See 28

U.S.C. 90(c). Venue therefore, is proper in this District pursuant to 28

U.S.C. 1441(a). This Notice of Removal is timely pursuant to 28 U.S.C.

1446(b).

### 5.

Pursuant to U.S.C. 1446(d), the undersigned counsel certifies that copy of

this Notice of Removal will be served promptly upon counsel for plaintiffs

and filed with the Clerk of the Circuit Court of Randolph County, Alabama.

### 6.

A copy of the complaint, which constitutes the only pleading served in this

case of which Jesse Freeman is aware, is attached to this Notice of Removal

as Exhibit A. And service on court only because all other parties have been served.

7.

Dispute among residents of different states with the amount in controversy more than $375,000.00

8.

### **DEMAND FOR A TRIAL BY JURY RULE 38(B)**

WHEREFORE, Jesse Freeman respectfully submits this Notice of Removal.

This 30th day of January, 2008

Respectfully submitted,

*Jesse Freeman*

Jesse Freeman, defendant
PO BOX 39
Graham, Alabama 36263
256-363-2615

## CERTIFICATE OF SERVICE

I , the undersigned Jesse Freeman, hereby certify that this day served a copy

of the foregoing **NOTICE OF REMOVAL** upon all parties to this matter

via first class U.S. mail addressed to counsel records as follows:

Jesse Freeman, defendant
PO BOX 39
Graham, Alabama 36263
256-363-2615

State of Alabama
Department of Revenue
Montgomery, Alabama 36132

John W. Sheffield, III
Senior Attorney
Tax Court Bar No. SJ1680
PO BOX 901
Atlanta, Georgia 30370
404-338-797

U.S. DISTRICT COURT OF ALABAMA
PO BOX 711
MONTGOMERY , AL 36101
334-954-3600

Chad Lee
PO Box 966
Wedowee, Al 36278
256-357-4800

Steve Morris
PO BOX 814
Wedowee, Al 36278
256-357-9222

Thomas Radney
PO BOX 819
Alexander City, Al 35011
256-357-4800

Charles Wright
PO BOX 132
Wedowee, Al 36278
256-357-2416

# EXHIBIT A

**NOTICE OF SERVING COMPLAINT ONLY TO ATTORNEYS.**
**ORIGINAL FILE WILL BE FILED IN COURT.**

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA **Filed in Office**

JUN 3 0 2006

**KIM S. BENEFIELD**
Clerk of Circuit Court

GLADYS F. KING,

    Plaintiff,

v.

Case Number CV-2006- _103_

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW ¼,
all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE ¼
of the NW ¼ of Section 19, Township 18, Range
12, Randolph County, Alabama, being more
particularly described as follows: Beginning at a
point where a line drawn from front door or house
to dirt road immediately in from or southwesterly
direction from the house intersects with north line
of dirt road; thence in a northweste rly direction
along the dirt road 256 feet to the point of
beginning; thence in a northeasterly direction
perpendicular to the house a distance of 256 feet to
a point; thence in a southeasterly direction parallel
to said road a distance of 511 feet to a point;
thence in a southwesterly direction a distance of
512 feet to a point; thence in a northwesterly
direction parallel with said road a distance of 511
feet to a point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning; this
same less and excepted is described by the
Randolph County Revenue Commissioner Office
as follows:

    BEG 350'(S) E & 210' (S) N OF SW COR
    OF NE 1/4 OF NW 1/4; TH NW 511'; NE
    512'; SE 511'; NE 512'; TO P.O.B. SEC 19,
    T18 S, R12E. PT OF NE 1/4 OF NW 1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL
GOLDRING, ANGELA HUDSON, RICHARD
PARKER, BERYL PARKER, CANDACE
SLAUGHTER, MARLON FREEMAN, PATRICK

FREEMAN, BEATRICE HOLMAN, EVELYN
FREEMAN, EDNA FREEMAN, BERYL
CARRINGTON, JUANITA FREEMAN, WILMA
COLEMAN, LILLIAN CHANDLER,
SYLVESTER FREEMAN, JR., BENITA SMITH,
JERRY BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS THOMAS,
ROOSEVELT MONTGOMERY, HELEN
HASSELL, SARA HENDERSON, ANTOINELLE
MITCHELL, DENNIS BENNETT, CATHERINE
JOHNSON, TOMMIE MONTGOMERY, JESSIE
DEAN BARRETT, FANNIE PALMER,
GREGORY FREEMAN, JANICE FREEMAN-
JOHNSON, JEAN SCOTT, RICHARD
BEDGOOD, DEXTER BEDGOOD, DEBORAH
EVANS, ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG, BRIGHAM
YOUNG, ADOLPH BROWN, JANICE
LAMBERT, ARLA NESBY, MARY H.
FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN, BERNADINE
F. HARDNETT, JESSE FREEMAN, EARL
FREEMAN, DAVID FREEMAN, EMMANUEL
FREEMAN, ESSIE F. TARRY, LAWRENCE
HEARD, EUGENIA ANGEL, CARNELL
ANGEL, JR., PETER ANGEL, ROXIE A.
BROWN, FRANCIS TURNER, MORRIS
ANGEL, CHARLES ANGEL, ARRIE ANGEL,
HELEN ANGEL, SANDRA THOMAS, EVELYN
F. WOODARD, BARBARA HOLLEY,
HEZIKIAH CARSTARPHEN, MARY
FREEMAN, THADDEAUS FREEMAN,
KENNETH McCLURE, LILLIE F.
MIDDLEBROOKS, LORENZA FREEMAN,
LEROY FREEMAN, JR., ROLAND FREEMAN
and GRADY FREEMAN, being all the heirs at law
of W. M. Freeman, Deceased; and any and all
unknown parties, including any person claiming a
present interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described property.

**BILL TO QUIET TITLE**
**AND COMPLAINT FOR SALE OF TIMBER FOR DIVISION**

TO THE HONORABLE PRESIDING JUDGE
OF THE CIRCUIT COURT OF RANDOLPH COUNTY ALABAMA
*COUNT ONE*

*BILL TO QUIET TITLE*

Now comes Gladys F. King to respectfully show unto the Court as follows:

1.    This action is brought pursuant to the Code of Alabama, 1975, §6-6-540 et

seq.

2.    Plaintiff and named Defendants, as heirs of W. M. Freeman, deceased, are

in the actual, peaceable, notorious, adverse possession of the following described

property, claiming to own the same, being the same property described in the caption to

this complaint, and have held and hold color of title to the said lands, being the fee

simple interest therein so claimed, for a period of ten or more consecutive years next

preceding the filing of this complaint, and Plaintiff and Defendants have duly assessed

and paid ad valorem taxes thereon during their period of ownership, the description of the

property being:

> The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10)
> acres of the NW ¼ of NW ¼, all being located in Section 19, Township
> 19, Range 12, Randolph County, Alabama, less and except a certain parcel
> of land located in the NE ¼ of the NW ¼ of Section 19, Township 18,
> Range 12, Randolph County, Alabama, being more particularly described
> as follows:  Beginning at a point where a line drawn from front door or
> house to dirt road immediately in from or southwesterly direction from the
> house intersects with north line of dirt road; thence in a northwesterly
> direction along the dirt road 256 feet to the point of beginning; thence in a
> northeasterly direction perpendicular to the house a distance of 256 feet to
> a point; thence in a southeasterly direction parallel to said road a distance
> of 511 feet to a point; thence in a southwesterly direction a distance of 512

feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner Office as follows:

> BEG 350'(S) E & 210' (S) N OF SW COR
> OF NE 1/4 OF NW 1/4; TH NW 511'; NE
> 512'; SE 511'; NE 512'; TO P.O.B. SEC 19,
> T18 S, R12E. PT OF NE 1/4 OF NW 1/4.

3.    That the ownership interests in the said land, so far as the Plaintiff knows and

believes, are as follows:

Gladys F. King –31/240 undivided interest
Joyce Jones – 1/900 undivided interest
Patricia Terrell – 1/900 undivided interest
Cheryl Goldring – 1/3600 undivided interest
Angela Hudson - 1/3600 undivided interest
Richard Parker – 1/3600 undivided interest
Beryl Parker – 1/3600 undivided interest
Candace Slaughter – 1/900 undivided interest
Marlon Freeman – 1/900 undivided interest
Patrick Freeman – 1/900 undivided interest
Beatrice Holman – 1/900 undivided interest
Evelyn Freeman – 1/900 undivided interest
Edna Freeman – 1/900 undivided interest
Beryl Carrington - 1/900 undivided interest
Juanita Freeman – 1/900 undivided interest
Wilma Coleman – 1/900 undivided interest
Lillian Chandler – 1/900 undivided interest
Sylvester Freeman, Jr. – 1/900 undivided interest
Benita Smith – 1/900 undivided interest
Jerry Billingsley – 1/240 undivided interest
Charles Freeman – 1/240 undivided interest
Willie C. Thomas – 1/240 undivided interest
Mary Lois Thomas – 1/240 undivided interest
Roosevelt Montgomery – 1/480 undivided interest
Helen Hassell – 1/480 undivided interest
Sara Henderson – 1/480 undivided interest
Antoinelle Mitchell – 1/960 undivided interest
Dennis Bennett – 1/960 undivided interest
Catherine Johnson – 1/480 undivided interest
Tommie Montgomery – 1/480 undivided interest
Jessie Dean Barrett – 1/480 undivided interest
Fannie Palmer – 1/480 undivided interest
Gregory Freeman – 1/120 undivided interest
Janice Freeman-Johnson – 1/120 undivided interest

Jean Scott (Muriel) – 1/270 undivided interest
Richard Bedgood – 1/270 undivided interest
Dexter Bedgood – 1/270 undivided interest
Deborah Evans – 1/270 undivided interest
Robin Cephas – 1/270 undivided interest
Kimberly Kelly – 1/270 undivided interest
Ariel Yisrael (a/k/a Audrey Young) – 1/270 undivided interest
Gerard Davidson – 1/270 undivided interest
Wayne Davidson – 1/270 undivided interest
Peta Morton – 1/270 undivided interest
Corliss McCay – 1/270 undivided interest
Arry Jeruselem Judah – 1/810 undivided interest
Ivan Young – 1/810 undivided interest
Brigham Young – 1/810 undivided interest
Adolph Brown – 1/135 undivided interest
Janice Lambert – 1/135 undivided interest
Arla Nesby – 1/135 undivided interest
Mary H. Freeman – 1/135 undivided interest
Dennis Freeman – 1/135 undivided interest
Eris Swanson – 1/135 undivided interest
Ivana La Trice Baisdin – 1/270 undivided interest
La Taisajii Renee Freeman – 1/270 undivided interest
Bernadine F. Hardnett – 1/135 undivided interest
Jesse Freeman – 1/135 undivided interest
Earl Freeman – 1/135 undivided interest
David Freeman – 1/135 undivided interest
Emmanuel Freeman – 1/135 undivided interest
Essie F. Tarry – 1/15 undivided interest
Lawrence Heard – 1/240 undivided interest
Eugenia Angel – 1/645 undivided interest
Roxie A. Brown – 1/645 undivided interest
Francis Turner – 1/645 undivided interest
Morris Angel – 1/430 undivided interest
Charles Angel – 1/430 undivided interest
Arrie Angel – 1/215 undivided interest
Helen Angel – 1/215 undivided interest
Sandra Thomas – 1/215 undivided interest
Evelyn F. Woodard – 1/15 undivided interest
Barbara Holley – 1/30 undivided interest
Hezikiah Carstarphen – 1/30 undivided interest
Mary Freeman – 1/15 undivided interest
Thaddeaus Freeman – 1/30 undivided interest
Kenneth McClure – 1/30 undivided interest
Lillie F. Middlebrooks – 1/15 undivided interest
Lorenza Freeman – 1/30 undivided interest
Leroy Freeman, Jr. – 1/30 undivided interest
Roland Freeman – 1/15 undivided interest
Grady Freeman – 1/15 undivided interest

4. That the Defendants herein are the lands herein described and all the other heirs at law of W. M. Freeman, deceased, who are of legal age and any and all parties, including any persons claiming any present, future, contingent, reversionary, remainder, or other interest therein who may claim any interest in this property. Plaintiff is not aware of any such persons who made any such claims who are not individually named herein as Defendants.

5. There are no other named Defendants hereto because the Plaintiff has made diligent inquiry and has not been able to ascertain any other person or persons making claim to or interest in the said lands.

6. The Plaintiff and named Defendants hold color of title to the above described lands under and by virtue of a deed recorded in the Office of the Judge of Probate of Randolph County, Alabama, in Deed Book 12 at Page 276, conveying a portion of said land to W. M. Freeman, a copy of which is attached hereto and marked Exhibit A. W. M. Freeman went into possession of the described property in or about 1907, and other additional property as described in Item 2 above. W. M. Freeman may not have had all the deeds to his property recorded, or if recorded, the record of same may have been destroyed in the Courthouse fire of 1897 and no further record exists. Furthermore, W. M. Freeman died intestate in December of 1957 and the Plaintiff and the Defendants are all the heirs at law of the said W. M. Freeman.

7. The Plaintiff acquired the interest of Bertha Freeman Heard in and to the said property by virtue of that certain Warranty Deed recorded in Deed Book 115 pages 55 and 56, a copy of which is attached hereto and marked Exhibit B.

8. A portion of the subject property was conveyed away by the heirs of W. M. Freeman, deceased, by virtue of that certain Warranty Deed recorded in Deed Book

130 at Pages 499 through 503, a copy of which is attached hereto and marked Exhibit C. Plaintiff makes no claim to this particular tract of land, and said land is less and excepted from the legal description of the property which is the subject of this litigation.

9.    The Plaintiff does not know of any person who claims any interest in the above described lands or any part thereof, or lien thereon, or encumbrance thereon, except as alleged in this Complaint.

10.    There is no suit pending to test or determine the title to or any interest in, or right of possession of the Plaintiff in or to the said lands or any part thereof, and that no suit is pending to test or determine any other title to, interest in, or right of possession of the said lands or any part thereof.

11.    The Plaintiff has named as Defendant hereto all persons who have had possession of the above described lands or any part thereof within ten years next preceding the filing of this complaint or who are known to Plaintiff to claim any part or interest in said lands.

12.    The Plaintiff has employed Steve R. Morris, Attorney at Law, as Plaintiff's Attorney, to file this Complaint and to prosecute this action for quieting title in said property for the mutual benefit of all the parties. Further, that said attorney is entitled to a reasonable fee for his services in this proceeding, and that such fee should be paid out of the proceeds of the sale of the timber as sought in Count Two of this Complaint. Furthermore, Plaintiff has and will expend certain sums of money throughout this litigation for filing fees, publication costs, guardian-ad-litem fees, etc., for the mutual benefit of all the parties and should be reimbursed for same.

WHEREFORE, the premises considered, prays the Court as follows:

(a)     That a guardian ad litem be appointed to represent all unknown Defendants with such guardian ad litem fee to be paid out of the timber sales proceeds as sought in Court Two of this Complaint; and

(b)     That the Court ender a judgment or decree establishing the Plaintiff and Defendants' respective ownership interests in and to said lands with no restrictions thereon;

(c)     That the Court will award Plaintiff's attorney a reasonable fee for his services in this action and that the Court will award Plaintiff reimbursement of all costs and fees paid related to this action, said attorney's fees, costs and other fees to be paid out of the timber sales proceeds as sought in Count Two of this Complaint; and

(d)     That the Court award Plaintiff such other, further or different relief as may be just and proper.

## *COUNT TWO*

## *COMPLAINT FOR SALE OF TIMBER FOR DIVISION*

1.     This action is brought pursuant to the Code of Alabama, 1975, §§ 35-6-20 to 35-6-25.

2.     The parties are joint tenants of the property described in Count One of this Complaint.

3.     The parties' respective interests in said property are believed to be as follows:

    Gladys F. King –31/240 undivided interest
    Joyce Jones – 1/900 undivided interest
    Patricia Terrell – 1/900 undivided interest
    Cheryl Goldring – 1/3600 undivided interest
    Angela Hudson - 1/3600 undivided interest
    Richard Parker – 1/3600 undivided interest
    Beryl Parker – 1/3600 undivided interest
    Candace Slaughter – 1/900 undivided interest

Marlon Freeman – 1/900 undivided interest
Patrick Freeman – 1/900 undivided interest
Beatrice Holman – 1/900 undivided interest
Evelyn Freeman – 1/900 undivided interest
Edna Freeman – 1/900 undivided interest
Beryl Carrington - 1/900 undivided interest
Juanita Freeman – 1/900 undivided interest
Wilma Coleman – 1/900 undivided interest
Lillian Chandler – 1/900 undivided interest
Sylvester Freeman, Jr. – 1/900 undivided interest
Benita Smith – 1/900 undivided interest
Jerry Billingsley – 1/240 undivided interest
Charles Freeman – 1/240 undivided interest
Willie C. Thomas – 1/240 undivided interest
Mary Lois Thomas – 1/240 undivided interest
Roosevelt Montgomery – 1/480 undivided interest
Helen Hassell – 1/480 undivided interest
Sara Henderson – 1/480 undivided interest
Antoinelle Mitchell – 1/960 undivided interest
Dennis Bennett – 1/960 undivided interest
Catherine Johnson – 1/480 undivided interest
Tommie Montgomery – 1/480 undivided interest
Jessie Dean Barrett – 1/480 undivided interest
Fannie Palmer – 1/480 undivided interest
Gregory Freeman – 1/120 undivided interest
Janice Freeman-Johnson – 1/120 undivided interest
Jean Scott (Muriel) – 1/270 undivided interest
Richard Bedgood – 1/270 undivided interest
Dexter Bedgood – 1/270 undivided interest
Deborah Evans – 1/270 undivided interest
Robin Cephas – 1/270 undivided interest
Kimberly Kelly – 1/270 undivided interest
Ariel Yisrael (a/k/a Audrey Young) – 1/270 undivided interest
Gerard Davidson – 1/270 undivided interest
Wayne Davidson – 1/270 undivided interest
Peta Morton – 1/270 undivided interest
Corliss McCay – 1/270 undivided interest
Arry Jeruselem Judah – 1/810 undivided interest
Ivan Young – 1/810 undivided interest
Brigham Young – 1/810 undivided interest
Adolph Brown – 1/135 undivided interest
Janice Lambert – 1/135 undivided interest
Arla Nesby – 1/135 undivided interest
Mary H. Freeman – 1/135 undivided interest
Dennis Freeman – 1/135 undivided interest
Eris Swanson – 1/135 undivided interest
Ivana La Trice Baisdin – 1/270 undivided interest
La Taisajii Renee Freeman – 1/270 undivided interest

Bernadine F. Hardnett – 1/135 undivided interest
Jesse Freeman – 1/135 undivided interest
Earl Freeman – 1/135 undivided interest
David Freeman – 1/135 undivided interest
Emmanuel Freeman – 1/135 undivided interest
Essie F. Tarry – 1/15 undivided interest
Lawrence Heard – 1/240 undivided interest
Eugenia Angel – 1/645 undivided interest
Roxie A. Brown – 1/645 undivided interest
Francis Turner – 1/645 undivided interest
Morris Angel – 1/430 undivided interest
Charles Angel – 1/430 undivided interest
Arrie Angel – 1/215 undivided interest
Helen Angel – 1/215 undivided interest
Sandra Thomas – 1/215 undivided interest
Evelyn F. Woodard – 1/15 undivided interest
Barbara Holley – 1/30 undivided interest
Hezikiah Carstarphen – 1/30 undivided interest
Mary Freeman – 1/15 undivided interest
Thaddeaus Freeman – 1/30 undivided interest
Kenneth McClure – 1/30 undivided interest
Lillie F. Middlebrooks – 1/15 undivided interest
Lorenza Freeman – 1/30 undivided interest
Leroy Freeman, Jr. – 1/30 undivided interest
Roland Freeman – 1/15 undivided interest
Grady Freeman – 1/15 undivided interest

4.     The timber on said property is vastly depreciating due to pine beetles and needs to be immediately harvested to secure what value of said timber is remaining.  Said timber has depreciated by one-half of its original value over the past two-to-three years.

5.     The sale of the timber cannot be equitably divided or partitioned among the said joint tenants and a sale of the timber would be in the best interest of the parties.

6.     The Plaintiff has employed Steve R. Morris, Attorney at Law, as Plaintiff's Attorney, to file this Complaint and to prosecute this action for a sale of the timber located on said property for a division of the proceeds among the parties, for the mutual benefit of all the parties.  Further, that said attorney is entitled to a reasonable fee for his services in this proceeding, and that such fee should be paid out of the proceeds of the sale of said property.  Furthermore, Plaintiff has and will expend certain sums of

money throughout this litigation for filing fees, publication costs, guardian-ad-litem fees, etc., for the mutual benefit of all the parties and should be reimbursed for same.

WHEREFORE, the Plaintiff prays the Court as follows:

(a)     That the Court will order a sale of the timber located on said property;

(b)     That the Court will order a division of the sales proceeds of such timber sale among the parties according to their respective interests;

(c)     That the Court will award Plaintiff's attorney a reasonable fee for his services in this action and that the Court will award Plaintiff reimbursement of all costs and fees paid related to this action, said attorney's fees, costs and other fees to be paid out of the timber sales proceeds as sought in Count Two of this Complaint; and

(d)     That the Court will enter such other orders, judgments and decrees as may be just and proper.

STEVE R. MORRIS, Attorney for Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
Telephone: (256) 357-9211

## IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,
      Plaintiff,

v.                                  Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner Office as follows:

      BEG 350'(S) E & 210' (S) N OF SW COR
      OF NE 1/4 OF NW 1/4; TH NW 511'; NE
      512'; SE 511'; NE 512'; TO P.O.B. SEC 19,
      T18 S, R12E. PT OF NE 1/4 OF NW 1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE

**Filed in Office**

JUL 2 7 2006

**KIM S. BENEFIELD**
Clerk of Circuit Court

MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

Defendants.

## VERIFICATION OF COMPLAINT

I, Gladys King, after being duly sworn, deposes and says under oath that the allegations contained in the Complaint are true and accurate according to the best of her knowledge, information and belief.

**Gladys King**

STATE OF _OHIO_ )

:

:

_HAMILTON_ COUNTY )

    I, the undersigned authority, a Notary Public in and for said County, in said State do hereby certify that GLADYS F. KING, whose name is signed to this petition and who is known to me, acknowledged before me on this day that being informed of the same, she executed the same voluntarily on the day the same bears date.

    GIVEN under my hand and seal this _21st_ day of _July_ , 200 _6_ .

_____

Notary Public

My Commission Expires: _____







STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**KIM S. BENEFIELD**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278



7005 1820 0004 4397 7492

9-7-06

KELL016*   452153088 1905 09 08/08/06
NOTIFY SENDER OF NEW ADDRESS
KELLY'KIMBERLY
6065 SILKWATER CT
RALEIGH NC 27610-4084

A  ☐ INSUFFICIENT ADDRESS
C  ☐ ATTEMPTED NOT KNOWN
S  ☐ NO SUCH NUMBER/ STREET    ☐ OTHER
   ☐ NOT DELIVERABLE AS ADDRESSED
      - UNABLE TO FORWARD

 **RTS** RETURN TO SENDER

👉 RETURN TO SENDER **UNCLAIMED**

8-24
8-29

---

 **CERTIFIED MAIL**™



STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**KIM S. BENEFIELD**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278

7005 1820 0004 4395 811A

 RETURN TO SENDER

ADDRESSEE ONLY

CORLISS MCCAY
8155 DORCHESTER AVENUE
CHICAGO IL 60619   **INSUFFICIENT ADDRESS**

Filed in Office

AUG 2 2 2006



**KIM S. BENEFIELD**
Clerk of Circuit Court

# KMK | Keating Muething & Klekamp PLL
### ATTORNEYS AT LAW

**TO:**     FAMILY MEMBERS            **DATE:** August 17, 2006

**FROM:**     GAIL T. KING

**SUBJECT:**    <u>SALE OF TIMBER</u>

Dear Family Members,

     You should have received a copy of the Complaint filed in Widowee, Alabama requesting permission to cut the timber on the Freeman Property and distribute the proceeds to the heirs. You should have also received a copy of the Answer, a copy of which is attached. I have received a number of phone calls asking what are the next steps. If you have questions, please feel free to contact me. The next step is for you to Answer the Complaint. The Answer is your consent to cut the timber. If you did not receive the Answer, I have enclosed an Answer that you must complete, sign, notarize and mail to:

Randolph County Circuit Clerk
P.O. Box 328
Widowee, Alabama 36278

     Also, please mail a copy to:

Steve Morris, Attorney at Law
P.O. Box 814
Widowee, Alabama 36278

     You should be able to go to any local bank to get the document notarized. If you would like to discuss this matter further, please give me a call at (513) 579-6584.

Gail T. King

GTK:hmp

1719038.1

# ANSWER

D 068

COMES NOW *FRANCES TURNER*                    , a Defendant in

the above referenced matter and states the following, to wit:

"My name is *FRANCES TURNER*                . I am a
Defendant in the above referenced matter. My address is *P.O. Box 932*
*MABLETON, GA. 30126*                                                                      .
My telephone number is ( *770* ) *947 - 8384*          . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

 ✓1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
  2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the *21* day of *August*          , 2006.

*Flance M. Turner*
*(Signature of Defendant)* **Filed in Office**

STATE OF ___*Georgia*___ )    AUG 2 3 2006

COUNTY OF ___*Cobb*___ )    KIM S. BENEFIELD
                Clerk of Circuit Court

  I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *FRANCES TURNER*                , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

  Given under my hand and seal, this the ___*21*___ day of ___*August*___, 2006.

NOTARY PUBLIC, State at Large
My Commission Expires: ___*July 12, 2010*___

NOTICE TO:      FRANCIS ∙ RNER
ADDRESS:        P.O. BOX 932
                MABLETON, GA 30126

THE PETITION WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PETITIONER OR PETITIONER'S ATTORNEYS, JAMES HUBBARD AND TIM KNIGHT OF HUBBARD & KNIGHT, WHOSE ADDRESS IS P.O. DRAWER 1850, ANNISTON, AL 36202 AND/OR STEVE R. MORRIS, WHOSE ADDRESS IS P.O. BOX 814, 108 South Main Street, WEDOWEE, ALABAMA 36278

**THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT IS DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.**

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE:

_____    You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

__X__    Service by certified mail of this summons is initiated upon the written request of Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date ___7-31-04___                          _____
                                            Clerk/Register

_____ Certified Mail is hereby requested.     _____
                                                  Plaintiff's/Petitioner's Attorney's Signature

RETURN ON SERVICE: _____

_X___    Return receipt of certified mail received in this office on _____, 20_____.

_____    I certify that I personally delivered a copy of the Summons and Complaint to _____

         in _____ County, Alabama on _____, 20_____.


_____          _____
Date                             Server's Signature


_____          _____
Address of Server                Type of Process Server


_____          _____

## ANSWER

**COMES NOW** _Robin S. Cephas_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Robin Cephas_ . I am a
Defendant in the above referenced matter. My address is _1220 Regent Ave_
_Cinti. Ohio 45239_
My telephone number is ( _513_ ) _242 4275_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _22nd_ day of _Aug_ , 2006.

_Robin S. Cephas_
_(Signature of Defendant)_

STATE OF _Ohio_ )

COUNTY OF _Hamilton_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Robin Cephas_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _22nd_ day of _August_ , 2006.

_Elaine V. Browne_
NOTARY PUBLIC, State at Large ELAINE V. BROWNE
My Commission Expires: _____ Notary Public, State of Ohio
My commission expires 12/16/2008

**Filed in Office**

AUG 2 4 2006

KIM S. BENEFIELD
Clerk of Circuit Court

D 039

# ANSWER

COMES NOW _Ariel F. Yisrael ( Audrey Young )_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Ariel F. Yisrael Caka Audrey Young_ , I am a
Defendant in the above referenced matter. My address is _992 Cleveland Ave_
_Cincinnati, Ohio, 45229_
My telephone number is ( _513_ ) _861 - 5361_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _23_ day of _August_ , 2006.

_Ariel Yisrael_    **Filed in Office**
(Signature of Defendant)

AUG 2 5 2006

STATE OF _Ohio_ )

COUNTY OF _Hamilton_ )

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Ariel F. Yisrael_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _23rd_ day of _August_ , 2006.

_Faith Fa_
NOTARY PUBLIC, State at Large
My Commission Expires: _September 15, 2009_

D 04

FAITH A. FALLINGS
Notary Public, State of Ohio
My Commission Expires
September 15, 2009

## ANSWER

COMES NOW _Gerard Davidson_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Gerard Davidson_____. I am a
Defendant in the above referenced matter. My address is _992 Cleveland Ave_____
_Cincinnati, Ohio 45229_____.
My telephone number is (_513_) _861_ _5367_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the ___23___ day of _August_____, 2006.

_Gerard Davidson_____
(Signature of Defendant)

STATE OF _Ohio_____ )

COUNTY OF _Hamilton___ )

Filed in Office

AUG 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Gerard Davidson_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___23rd___ day of _August_____, 2006.

_Faith Fallings_____
NOTARY PUBLIC, State at Large
My Commission Expires: _September 15, 2009_

D042

FAITH A. FALLINGS
Notary Public, State of Ohio
My Commission Expires
September 15, 2009

## ANSWER

COMES NOW _Wayne Davidson_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Wayne Davidson_ . I am a
Defendant in the above referenced matter. My address is _8267 Woodbine Ave_ .
_____

My telephone number is ( _513_ ) _631-2321_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _23_ day of _August_ , 2006.

_Wayne Davidson_
(Signature of Defendant)

STATE OF _OHIO_ )

COUNTY OF _HAMILTON_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _WAYNE DAVIDSON_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _23_ day of _August_ , 2006.

_Pat Foster_
NOTARY PUBLIC, State at Large
My Commission Expires: _1-11-2011_



PAT FOSTER
Notary Public, State of Ohio
My Commission Expires Jan. 11, 2011
Recorded in Hamilton County

**Filed in Office**

AUG 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

D043

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------

IN THE CIRCUIT COURT OF RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D012

FREEMAN EVELYN          315A~        2u5
2419 ORMOND DR

BIRMINGHAM          ,AL  35215-0000

NOTES:       2229 Park PL          25th Are DE
   SUMMONS/COMPLAINT & EXHIBITS

--------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

08/01/2006   DATE          CLERK: KIM S. BENEFIELD          BY: CW
                           P. O. BOX 328
                           WEDOWEE  AL  36278
                           (256)357-4551

--------------------------------------------------------------

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN  Jefferson          COUNTY, ALABAMA
   TO:  Evelyn Freeman

_____   J. Stanley  DS
                                  SIGNATURE OF SERVER

_____   8-22-06
NAME / ADDRESS ABOVE              DATE

--------------------------------------------------------------

OPERATOR: CYW
PREPARED: 08/01/2006

RCV'D AUG 09 '06 AM 08:36

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

---

IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D011

*Diff people*

HOLMAN BEATRICE
1462 22ND ST NORTH

BIRMINGHAM        ,AL   35234-0000

*2110 16ᵂ Ave N*

NOTES:
    SUMMONS/COMPLAINT & EXHIBITS

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

    08/01/2006   DATE            CLERK: KIM S. BENEFIELD         BY:
                                        P. O. BOX 328
                                        WEDOWEE  AL  36278
                                        (256)357-4551

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN _____ COUNTY, ALABAMA
    TO:

    _____          _____
                                            SIGNATURE OF SERVER
    _____
                                                    8-21-06
    NAME / ADDRESS ABOVE                    DATE

---

OPERATOR: CYW
PREPARED: 08/01/2006

RCVD-AUG.09'06 #M1134



**CERTIFIED MAIL**™

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**KIM S. BENEFIELD**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278







7005 1820 0004 4397 7478

27610

**Filed in Office**

AUG 2 9 2006

KIM S. BENEFIELD
Clerk        Court

DELIVER TO
ADDRESSEE ONLY

DEBORAH EVANS

A
C
S

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN          ☐ OTHER
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

**UNCLAIMED**



RETURN RECEIPT REQUESTED

**RTS**
RETURN TO SENDER





**UNCLAIMED**

8/23
8/14/06





Clerk of Circuit Court

IVANA LATRICE BAISDIN

SEP 0 1 2006

**Filed in Office**

KIM S. BENEFIELD
STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
KIM S. BENEFIELD
CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278

30314



7005 1820 0004 4397 2344

U.S. POSTAGE
PAID
WEDOWEE, AL
36278
AUG 03, 06
AMOUNT
$9.30
0004577603

**CERTIFIED MAIL**™

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**KIM S. BENEFIELD**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278

 

7005 1160 0000 3411 2351

**Filed in Office**

SEP 0 1 2008

LATAISAM RENEE FREEDMAN
Clerk of Circuit Court

# UNCLAIMED



8/14/06
8/23



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**



45229

ÉM
**IELD**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278



7005 1160 0000 3411 2283

RETURN RECEIPT
REQUESTED

8-25-06

□ INSUFFICIENT ADDRESS
□ ATTEMPTED NOT KNOWN
□ NO SUCH NUMBER/ STREET
□ NOT DELIVERABLE AS ADDRESSED    □ OTHER
— UNABLE TO FORWARD

ADOLPH BROWN
7841 BECKWOOD
CINCINNATI OH 45229

CERTIFIED MAIL

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**KIM S. BENEFIELD**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278



7005 1820 0004 4397 7300



42104

U.S. POSTAGE
PAID
WEDOWEE, AL
36278
AUG 03, '06
AMOUNT

**$9.30**
00045776-03

CHARLES FREEMAN
36 COLIN POWELL COURT
BOWLING GREEN  KY  42104


RETURN RECEIPT REQUESTED

RESTRICTED
DELIVERY

AUG 1 6 2006

AUG 2 6 2006  UNCLAIMED

AVSO305

**ALABAMA JUDICIAL DATA CENTER**
**RANDOLPH     COUNTY**

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

```
|-------------------------------------------------------------------------|
|              IN THE CIRCUIT   COURT OF  RANDOLPH      COUNTY            |
|                                                                         |
|  GLADYS F KING VS JOYCE JONES ET ALS                                   |
|                                                                         |
|                                                                         |
|  SERVE ON:  D084                                                        |
|                                                                         |
|                                                                         |
|                                                                         |
|          FREEMAN GRADY                                                  |
|          204 CO RD 435                                                  |
|                                                                         |
|          GRAHAM          ,AL   36263-0000                              |
|                                                                         |
|                                                                         |
|                                                                         |
|  NOTES:                                                                 |
|     SUMMONS/COMPLAINT & EXHIBITS                                        |
|                                                                         |
|                                                                         |
|                                                                         |
|- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -|
|  TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                               |
|           YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT      |
|           TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.          |
|    08/01/2006   DATE          CLERK:  KIM S. BENEFIELD      BY:        |
|                               P. O. BOX 328                            |
|                               WEDOWEE   AL   36278                     |
|                               (256)357-4551                            |
|                                                                         |
|- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -|
|  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED   |
|     DOCUMENT IN ____Randolph____ COUNTY, ALABAMA                       |
|     TO:                                                                 |
|   Grady Freeman                                                         |
|                                  SIGNATURE OF SERVER                    |
|                                                                         |
|                                      8-1-06                             |
|   _____                                              |
|   NAME / ADDRESS ABOVE             DATE                                 |
|-------------------------------------------------------------------------|
```

OPERATOR: CYW
PREPARED: 08/01/2006

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH          COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

-----------------------------------------------------------------------

IN THE CIRCUIT COURT OF RANDOLPH          COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:   D058

FREEMAN JESSE
6309 CO RD 92

NEWELL          ,AL   36280-0000

NOTES:
    COPY OF SUMMONS AND COMPLAINT

-----------------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  08/01/2006   DATE            CLERK: KIM S. BENEFIELD          BY:_____
                               P. O. BOX 328
                               WEDOWEE   AL   36278
                               (256)357-4551

-----------------------------------------------------------------------

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN   _Randolph_          COUNTY, ALABAMA
    TO:
  _Jesse Freeman_____

                                   _____ _A-1 RESR_
                                   SIGNATURE OF SERVER

                                   _8-15-06_____
  _____
  NAME / ADDRESS ABOVE               DATE

-----------------------------------------------------------------------
OPERATOR: KIB
PREPARED: 08/01/2006

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH       COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

```
--------------------------------------------------------------------
|                                                                  |
|            IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY         |
|                                                                  |
|  GLADYS F KING VS JOYCE JONES ET ALS                             |
|                                                                  |
|  SERVE ON:  D082                                                 |
|                                                                  |
|                                                                  |
|                                                                  |
|       FREEMAN JR LEROY                                            |
|       1320 10TH ST N                                             |
|                                                                  |
|       NORTHPORT        ,AL  35476-0000                           |
|                                                                  |
|                                                                  |
|  NOTES:                                                          |
|     SUMMONS/COMPLAINT & EXHIBITS                                 |
|                                                                  |
|                                                                  |
--------------------------------------------------------------------
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                          |
|           YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT|
|           TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.    |
|                                                                  |
|   08/01/2006  DATE          CLERK: KIM S. BENEFIELD       BY: CW |
|                             P. O. BOX 328                        |
|                             WEDOWEE  AL   36278                  |
|                             (256)357-4551                        |
|                                                                  |
--------------------------------------------------------------------
|                                                                  |
|   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED|
|       DOCUMENT IN _____ COUNTY, ALABAMA               |
|       TO:                                                        |
|                                                                  |
|   _____        _____      |
|                                   SIGNATURE OF SERVER            |
|   _____                                      |
|                                                                  |
|   _____        _____      |
|   NAME / ADDRESS ABOVE            DATE                           |
--------------------------------------------------------------------
```

OPERATOR: CYW
PREPARED: 08/01/2006

AUG 0 9 2006

EXECUTED THIS _____ DAY OF _____ 20__
ON  _Freeman Jr Leroy_

BY LEAVING A COPY OF WITHIN WITH
NAME _Lorenza Freeman_
_Brother_
RELATIONSHIP                    AGE IF MINOR
EDMUND M. "TED" SEXTON, SR.-SHERIFF
TUSCALOOSA COUNTY  _Randolph_
BY _____  D S

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH       COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

```
-----------------------------------------------------------------------
|                                                                       |
|          IN THE CIRCUIT  COURT OF  RANDOLPH     COUNTY                 |
|                                                                       |
| GLADYS F KING VS JOYCE JONES ET ALS                                   |
|                                                                       |
|                                                                       |
| SERVE ON:  D081                                                       |
|                                                                       |
|                                                                       |
|                                                                       |
|          FREEMAN LORENZA                                              |
|          1314 10TH ST N                                              |
|                                                                       |
|          NORTHPORT        ,AL  35476-0000                            |
|                                                                       |
|                                                                       |
|                                                                       |
| NOTES:                                                                |
|    SUMMONS/COMPLAINT & EXHIBITS                                       |
|                                                                       |
|                                                                       |
|                                                                       |
| ----------------------------------------------------------------------|
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                               |
|          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT      |
|          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.          |
|                                                                       |
|   08/01/2006   DATE        CLERK: KIM S. BENEFIELD        BY:         |
|                                   P. O. BOX 328                       |
|                                   WEDOWEE  AL  36278                  |
|                                   (256)357-4551                       |
|                                                                       |
| ----------------------------------------------------------------------|
|                                                                       |
|  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED  |
|     DOCUMENT IN _____ COUNTY, ALABAMA                  |
|     TO:                                                               |
|                                                                       |
|   _____                                   |
|                                    SIGNATURE OF SERVER                |
|                                                                       |
|   _____                                   |
|                                                                       |
|  NAME / ADDRESS ABOVE              DATE                               |
-----------------------------------------------------------------------
```

OPERATOR: CYW
PREPARED: 08/01/2006

AUG 0 9 2006
EXECUTED THIS _____ DAY OF _____ 20___
BY HANDING A COPY OF THE WITHIN TO
_Freeman Lorenza_
EDMUND M "TED" SEXTON, SR. SHERIFF
TUSCALOOSA COUNTY ALABAMA
BY _____ DC

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

```
-------------------------------------------------------------------------
|                                                                         |
|              IN THE CIRCUIT   COURT OF  RANDOLPH      COUNTY             |
|                                                                         |
| GLADYS F KING VS JOYCE JONES ET ALS                                     |
|                                                                         |
| SERVE ON:  D009                                                         |
|                                                                         |
|                                                                         |
|                                                                         |
|       FREEMAN MARLON                                                     |
|       2605 TORONTO CIRCLE                                                |
|                                                                         |
|       BIRMINGHAM      ,AL  35211-0000                                    |
|                                                                         |
|                                                                         |
|                                                                         |
| NOTES:                                                                  |
|    SUMMONS/COMPLAINT/EXHIBITS                                           |
|                                                                         |
|                                                                         |
|                                                                         |
-------------------------------------------------------------------------
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                                 |
|           YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT       |
|           TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.           |
|  08/02/2006  DATE          CLERK: KIM S. BENEFIELD        BY:           |
|                            P. O. BOX 328                                |
|                            WEDOWEE  AL  36278                           |
|                            (256)357-4551                                |
|                                                                         |
-------------------------------------------------------------------------
| I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED     |
|    DOCUMENT IN _____ COUNTY, ALABAMA                        |
|    TO:                                                                  |
|   _____    _____               |
|                                    SIGNATURE OF SERVER                  |
|                                                                         |
|   _____    _____               |
|   NAME / ADDRESS ABOVE             DATE                                 |
-------------------------------------------------------------------------
```

OPERATOR: CYW
PREPARED: 08/02/2006

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH       COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

----------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:   D010

FREEMAN PATRICK
2605 TORONTO CIRCLE

BIRMINGHAM      ,AL  35211-0000

NOTES:
    SUMMONS/COMPLAINT & EXHIBITS

----------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   08/01/2006  DATE            CLERK: KIM S. BENEFIELD      BY:
                                      P. O. BOX 328
                                      WEDOWEE   AL   36278
                                      (256)357-4551

----------------------------------------------------------------

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
        DOCUMENT IN _____ COUNTY, ALABAMA
        TO:

_____          _____
                                         SIGNATURE OF SERVER

_____          8-14-06
   NAME / ADDRESS ABOVE                   DATE

OPERATOR: CYW
PREPARED: 08/01/2006

RCVD AUG 09 '06 AM10:26

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH      COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D083

FREEMAN ROLAND
204 CO RD 435

GRAHAM          ,AL  36263-0000

NOTES:
    SUMMONS/COMPLAINT & EXHIBITS

--------------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   08/01/2006   DATE           CLERK: KIM S. BENEFIELD      BY: CW
                                P. O. BOX 328
                                WEDOWEE  AL  36278
                                (256)357-4551

--------------------------------------------------------------------
 I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
     DOCUMENT IN  Randolph        COUNTY, ALABAMA
     TO:
   Roland Freeman                     _____ A-13/A-11
                                      SIGNATURE OF SERVER

                                      8-2-06
 _____             _____
 NAME / ADDRESS ABOVE                 DATE
--------------------------------------------------------------------
OPERATOR: CYW
PREPARED: 08/01/2006

Case 3:08-cv-00077-TWB-WBC Document

**Card 1 (top left, rotated):**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CV06-103
D024

Roosevelt Montgomery
1215 Woodmore Lane
Chattanooga, TN 37411

**Card 2 (middle left, rotated):**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please) 
C. Signature
B. Date of Delivery AUG - 7 2006
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

1. Article Addressed to:

Tommie Montgomery
1215 Yew Lane
Louisville, KY 40213

CV06-103
D030

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please print Clearly)
C. Signature X Chris Bennett
B. Date of Delivery 8-7-06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

---

**Right side – Card A:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CV06-103
D047

1. Article Addressed to:

Roxie A. Brown
817 North Parkdale Ave
Chattanooga, TN 37411

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Roxie A. Brown ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery 8-5-06
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number
(Transfer from service label)    7002 0510 0001 8619 5599

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**Right side – Card B:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CV06-103
D029

1. Article Addressed to:

Catherine Johnson
3612 Wilcox Blvd.
Chattanooga, TN 37411

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please print Clearly) Catherine M. Johnson
B. Date of Delivery 8/5/06
C. Signature Catherine M. Johnson ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Copy from service label)    7005 1820 0004 4397 7386

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

---

**Right side – Card C:**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CV06-103
D028

1. Article Addressed to:

Dennis Bennett
3612 Wilcox Blvd.
Chattanooga, TN 37411

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please print Clearly) Catherine M. Johnson
B. Date of Delivery 8/5/06
C. Signature X Catherine M. Johnson ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Copy from service label)    7005 1820 0004 4397 7379

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CVOLO-103
D048

Brigham Young
5118 Section Ave
Norwood, OH 45212

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Deliv 8-7

C. Signature
X B Young   ☐ Agent   ☐ Address

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchan
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7005 1820 0004 3011 2276

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-09

---

**SENDER: COMPLETE THIS SECTION**

- Complete items and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   CV 06-103
D 042

Gerard Davidson
992 Cleveland Ave
Cincinnati, OH 45229

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery 8-7

C. Signature
X Ariel F Yisrael   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Copy from service label)
7005 1820 0004 4395 8088

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   CV 06-103
D 041

Ariel Yisrael, a/k/a
Audrey Young
992 Cleveland Ave.
Cincinnati, OH 45229

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Deliver 8-7

C. Signature
X Ariel F Yisrael   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Copy from service label)
7005 1820 0004 4395 8071

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CV06-103
D 50
Janice Lambert
1610 Clearbrook Ave
Cincinnati, OH 45229

1. Article Addressed to:
Bernadine F. Hardnett
5265 Haycyon Dr.
College Park, GA 30349

CV06-103
D057

## First receipt (top)

Sender section (rotated, left):

```
. ay Freeman
. Box 646
Clemson, SC 29631
```

1. Article Addressed to:
CV 06-103
D-63

D094

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CV 06-103
D-63

lawrence Heard
3865 Bench Mark DR
College Park, GA 30349

Filed in C

AUG - 9 2006

KIM S. B...
Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number
(Transfer from... 7002 0510 0001 8619 5636

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Second receipt (middle)

Sender section (rotated, left):

```
A. Signature
X Lillie F. Middlebrooks
B. Received by (Printed Name)
   MAY A Free man
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CV 06-103
D080

Lillie F. Middlebrooks
4141 Renfrew Ct. SW
Atlanta, GA 30331

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by ( Printed Name )  Lillie F Middlebrooks  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article
(Transf... 7002 0510 0001 8619 5469

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

## Third receipt (bottom)

Sender section (rotated, left):

```
1. Article Addressed to:
CV 06-103
D-75

rbara Holley
00 Market St., Ste. 223
ston, VA 20190

A. Signature
X _____
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BV06-103
D079

nneth McClure
6 Mar Ken Dr.
yton, OH 45405-5242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kenneth McClure  ☐ Agent ☐ Addressee
B. Received by ( Printed Name )  Kenneth McClure  C. Date of Delivery  8/8/06
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article
(Transfe... 7002 0510 0001 8619 5476

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, an___  Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CV06-103
D037

1. Article Addressed to:

Dexter Bedgood
6739 Hampton Dr.
Cincinnati, OH 45236

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print ___ly)   B. Date of Delivery

C. Signature
X _____   ☐ Agent
               ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Copy from service label)

7005 1820 0004 4397 7481

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, an___  Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

CV06-103
D044

1. Article Addressed to:

Peta Morton
7207 Reading Rd
Cincinnati, OH 45237

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print ___y)   B. Date of Delivery
                                      8/7/06

C. Signature
X _____   ☐ Agent
               ☒ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

7005 1820 0004 4395 8101

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and___  Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   CV 06-103
                           D-072

Helen Angel
4850 A-Lehigh Dr.
Douglasville, GA
          30135-1844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
               ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Helen Angel                       8/8/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)   7002 0510 0001 8619 5544

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-154

---

*(Left margin, sideways):*

Sara Henderson
305 Woodmore Lane
Chattanooga, TN 37411

Article Addressed to:  CV06-103
D046

CHATTANOOGA GATE STATION TN
AUG 18 2006
37411

**COMPLETE THIS SECTION ON DELIVERY**

**SENDER: COMPLETE THIS SECTION**

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

IN THE CIRCUIT COURT OF RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D005

HUDSON ANGELA
1210 LITTLEBROOK LANE

BIRMINGHAM     ,AL  35235-0000

NOTES:
   SUMMONS/COMPLAINT & EXHIBITS

--------------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   08/01/2006  DATE          CLERK: KIM S. BENEFIELD      BY:
                             P. O. BOX 328
                             WEDOWEE  AL  36278
                             (256)357-4551

--------------------------------------------------------------------
   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
      TO:

   _____          _____
                                       SIGNATURE OF SERVER

   _____          _____
   NAME / ADDRESS ABOVE                 DATE
--------------------------------------------------------------------
OPERATOR: CYW
PREPARED: 08/01/2006

RCVD AUG 09 '06 AM 11:35

AVSO305                    ALABAMA JUDICIAL DATA CENTER
                                RANDOLPH     COUNTY

                           ORDER FOR SERVICE AND RETURN
                                                    CV 2006 000103.00
                                                    ASSIGNED JUDGE

                   IN THE CIRCUIT  COURT OF  RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D006

          PARKER RICHARD
          1210 LITTLEBROOK LANE

          BIRMINGHAM      ,AL  35235-0000

NOTES:
    SUMMONS/COMPLAINT & EXHIBITS

----------------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.
   08/01/2006  DATE        CLERK: KIM S. BENEFIELD     BY:
                                  P. O. BOX 328
                                  WEDOWEE   AL   36278
                                  (256)357-4551

----------------------------------------------------------------------
   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _____ COUNTY, ALABAMA
   TO:

   _____      _____
                                         SIGNATURE OF SERVER

   _____      _____
   NAME / ADDRESS ABOVE                  DATE
----------------------------------------------------------------------
OPERATOR: CYW
PREPARED: 08/01/2006

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH      COUNTY

ORDER FOR SERVICE AND RETURN    CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D074

WOODARD EVELYN F
1405 CRANE AVE
APT 121
ANNISTON        ,AL  36201-0000

NOTES:
    SUMMONS/COMPLAINT & EXHIBITS

--------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

    08/01/2006  DATE         CLERK: KIM S. BENEFIELD      BY:
                                    P. O. BOX 328
                                    WEDOWEE  AL  36278
                                    (256)357-4551

--------------------------------------------------------------

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN _____ COUNTY, ALABAMA
    TO:

_____          _____
                                        SIGNATURE OF SERVER

_____          *Not Found 8/23/06* D.S.
NAME / ADDRESS ABOVE                    DATE    *"Does not reside"*

OPERATOR: CYW
PREPARED: 08/01/2006

AVSO305

ALABAMA  JUDICIAL  DATA  CENTER
RANDOLPH      COUNTY

ORDER  FOR  SERVICE  AND  RETURN

CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------------------

IN  THE  CIRCUIT  COURT  OF  RANDOLPH      COUNTY

GLADYS  F  KING  VS  JOYCE  JONES  ET  ALS

SERVE  ON:   D003

TERRELL  PATRICIA
109  15TH  COURT  NORTH
BIRMINGHAM        ,AL   35204-0000

NOTES:
SUMMONS/COMPLAINT  &  EXHIBITS

--------------------------------------------------------------------------

TO  ANY  SHERIFF  OR  ANY  AUTHORIZED  AGENT:
YOU  ARE  HEREBY  ORDERED  TO  DELIVER  THE  ATTACHED  DOCUMENT
TO  THE  ABOVE  NAMED  PERSON  AT  THE  ADDRESS  INDICATED.

08/01/2006   DATE           CLERK:  KIM  S.  BENEFIELD       BY: CW
                                    P. O. BOX 328
                                    WEDOWEE   AL    36278
                                    (256)357-4551

--------------------------------------------------------------------------

I  HEREBY  CERTIFY  THAT  I  PERSONALLY  DELIVERED  A  COPY  OF  THE  ATTACHED
DOCUMENT  IN  _____  COUNTY,  ALABAMA
TO:

_____

_____        SIGNATURE  OF  SERVER

_____

_____        _____

NAME / ADDRESS ABOVE                      DATE

OPERATOR: CYW
PREPARED: 08/01/2006

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS
DAY OF _____, ____
FOR THE FOLLOWING REASONS:
☐  2. MOVED
☐  8. INSUFFICIENT ADDRESS
☐  6. DOES NOT RESIDE AT ADDRESS
☐  7. NOT EMPLOYED AT LISTED LOCATION
☐  12. NO SUCH ADDRESS
☑  9. AVOIDING SERVICE
☐  13. RECEIVED TOO LATE FOR SERVICE
☐  14. UNABLE TO CONTACT
☐  16. OTHER _____
MIKE HALE, Sheriff of Jefferson County

By _____, D.S.

RCVD-AUG 09 '06 AM 08:51

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH      COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

```
-----------------------------------------------------------------------
```

IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D004

GOLDRING CHERYL
2928 HUNTER RIDGE ROAD
APT 206
BIRMINGHAM      ,AL  35235-0000

NOTES:
    SUMMONS/COMPLAINT & EXHIBITS

```
-----------------------------------------------------------------------
```

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
              YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
              TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

08/01/2006  DATE          CLERK: KIM S. BENEFIELD      BY: _____
                          P. O. BOX 328
                          WEDOWEE  AL   36278
                          (256)357-4551

```
-----------------------------------------------------------------------
```

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
    TO:

_____      _____
                                     SIGNATURE OF SERVER

_____

_____      _____
NAME / ADDRESS ABOVE                 DATE

```
-----------------------------------------------------------------------
```

OPERATOR: CYW
PREPARED: 08/01/2006

THIS WRIT RETURNED "NOT FOUND"

IN JEFFERSON COUNTY THIS
DAY OF _7-18-06_ , 20 ____
FOR THE FOLLOWING REASONS:
☐ 2. MOVED
☐ 8. INSUFFICIENT ADDRESS
☒ 6. DOES NOT RESIDE AT ADDRESS
☐ 7. NOT EMPLOYED AT LISTED LOCATION
☐ 12. NO SUCH ADDRESS
☐ 9. AVOIDING SERVICE
☐ 13. RECEIVED TOO LATE FOR SERVICE
☐ 14. UNABLE TO CONTACT
☐ 16. OTHER _____
        MIKE HALE, Sheriff of Jefferson County

By _____ , D.S.

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

---

IN THE CIRCUIT COURT OF RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D007

PARKER BERYL
2928 HUNTER RIDGE RD
APT 206
BIRMINGHAM    ,AL  35235-0000

NOTES:
SUMMONS/COMPLAINT & EXHIBITS

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

08/01/2006  DATE        CLERK:  KIM S. BENEFIELD    BY: _____
                        P. O. BOX 328
                        WEDOWEE  AL  36278
                        (256)357-4551

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____

_____          _____
                                         SIGNATURE OF SERVER

_____

_____

NAME / ADDRESS ABOVE                     DATE

OPERATOR: CYW
PREPARED: 08/01/2006

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS
DAY OF 9-18-06
FOR THE FOLLOWING REASONS:
☐ 2. MOVED
☐ 8. INSUFFICIENT ADDRESS
☐ 6. DOES NOT RESIDE AT ADDRESS
☐ 7. NOT EMPLOYED AT LISTED LOCATION
☐ 12. NO SUCH ADDRESS
☐ 9. AVOIDING SERVICE
☐ 13. RECEIVED TOO LATE FOR SERVICE
☐ 14. UNABLE TO CONTACT
☐ 16. OTHER _____
MIKE HALE, Sheriff of Jefferson County
By _____ , D.S.

RCVD-AUG 09 '06 AM08:27

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------------

IN THE CIRCUIT COURT OF RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D008

        SLAUGHTER CANDACE
        109 15TH COURT NORTH
        BIRMINGHAM    ,AL  35204-0000

NOTES:
   SUMMONS/COMPLAINT & EXHIBITS

----------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   08/01/2006  DATE            CLERK: KIM S. BENEFIELD        BY: ___
                                P. O. BOX 328
                                WEDOWEE  AL  36278
                                (256)357-4551

----------------------------------------------------------

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _____ COUNTY, ALABAMA
   TO:

   _____        _____
                                       SIGNATURE OF SERVER

   _____

   _____        _____
   NAME / ADDRESS ABOVE                 DATE

OPERATOR: CYW
PREPARED:  08/01/2006

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS
DAY OF ___1-15___ 19 0 6
FOR THE FOLLOWING REASONS:
☐  2. MOVED
☐  8. INSUFFICIENT ADDRESS
☐  6. DOES NOT RESIDE AT ADDRESS
☐  7. NOT EMPLOYED AT LISTED LOCATION
☐  12. NO SUCH ADDRESS
☐  9. AVOIDING SERVICE
☐  13. RECEIVED TOO LATE FOR SERVICE
☐  14. UNABLE TO CONTACT
☐  16. OTHER
MIKE HALE, Sheriff of Jefferson County

By _____ ,D.S.

RCVD-AUG 09 '06 AM08:41

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

```
|------------------------------------------------------------------------------|
|                IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY                 |
|                                                                              |
| GLADYS F KING VS JOYCE JONES ET ALS                                          |
|                                                                              |
|  SERVE ON:  D019                                                             |
|                                                                              |
|                                                                              |
|         SMITH BENITA                                                         |
|         2928 HUNTER RIDGE RD                                                 |
|         APT 206                                                              |
|         BIRMINGHAM     ,AL  35235-0000                                       |
|                                                                              |
|                                                                              |
|  NOTES:                                                                      |
|     SUMMONS/COMPLAINT/EXHIBITS                                               |
|                                                                              |
|                                                                              |
|                                                                              |
|------------------------------------------------------------------------------|
|  TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                                     |
|         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT              |
|         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.                  |
|                                                                              |
|   08/01/2006   DATE          CLERK:  KIM S. BENEFIELD        BY:             |
|                              P. O. BOX 328                                   |
|                              WEDOWEE   AL  36278                             |
|                              (256)357-4551                                  |
|------------------------------------------------------------------------------|
|  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED         |
|   DOCUMENT IN _____ COUNTY, ALABAMA                       |
|   TO:                                                                        |
|                                                                              |
|   _____      _____             |
|                                        SIGNATURE OF SERVER                   |
|   _____                                              |
|                                                                              |
|   _____      _____             |
|   NAME / ADDRESS ABOVE                  DATE                                 |
|------------------------------------------------------------------------------|
```

OPERATOR: CYW
PREPARED: 08/01/2006

RCV'D-AUG 09 '06 AM 08:44

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS _____
DAY OF 9-18-06 , 20 ___
FOR THE FOLLOWING REASONS:
☐  2.  MOVED
☐  8.  INSUFFICIENT ADDRESS
☒  6.  DOES NOT RESIDE AT ADDRESS
☐  7.  NOT EMPLOYED AT LISTED LOCATION
☐ 12.  NO SUCH ADDRESS
☐  9.  AVOIDING SERVICE
☐ 13.  RECEIVED TOO LATE FOR SERVICE
☐ 14.  UNABLE TO CONTACT
☐ 16.  OTHER _____
     MIKE HALE, Sheriff of Jefferson County

By _____ , D.S.

## ANSWER

D 047

**COMES NOW** _____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Ivan T Young_. I am a
Defendant in the above referenced matter. My address is _5533-G Limabank_
_RD. Barlington Ky_.
My telephone number is ( _813_ ) _732 - 8854_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _20_ day of _August_, 2006.

_____
(Signature of Defendant)

STATE OF _Kentucky_ )

COUNTY OF _Boone_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Ivan T Young_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _20th_ day of _August_, 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _3-21-2009_

D064

# **ANSWER**

COMES NOW _Eugenia B. Angel_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Eugenia B. Angel_ . I am a

Defendant in the above referenced matter. My address is _179-54 Delavan_

_Road - Jamaica, N. Y., 11434_

My telephone number is (_718_) _527-0758_ . I hereby

acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for

Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil

Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
Estate of W.M. Freeman.

2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
as set forth in said complaint."

Respectfully submitted this the _22nd_ day of _August_ , 2006.

_Eugenia B. Angel_
(Signature of Defendant)

STATE OF _NEW YORK_ )

COUNTY OF _QUEENS_ )

GAMEIL BROWN
Notary Public - State of New York
NO. 01BR6142348
Qualified in Queens County
My Commission Expires 03|20|2010

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby

certify that _EUGENIA B ANGEL_ , whose name is signed to the

foregoing conveyance and who is known to me, acknowledged before me on this day, that, being

informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _22ND_ day of _August_ , 2006.

NOTARY PUBLIC, State at Large
My Commission Expires: _03|20|2010_

## Filed in Office

AUG 2 8 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

D 023

COMES NOW _Mary L. Thomas_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Mary L. Thomas_____. I am a
Defendant in the above referenced matter. My address is _____
_37775 Scotsdale Cir, Bldg 5, #301 Westland, MI 48185_.
My telephone number is (_734 ) 455-2639_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _22_ day of _August_____, 2006.

_Mary L. Thomas_____
(Signature of Defendant)

**Filed in Office**

AUG 2 8 2006

KIM S. BENEFIELD

STATE OF _Michigan_____ )

COUNTY OF _Oakland_____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Mary Thomas_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _23rd_ day of _August_____, 2006.

_Tiffany N. Lockette_____
NOTARY PUBLIC, State at Large
My Commission Expires: _____

TIFFANY N. LOCKETTE
Notary Public, State of Michigan
County of Oakland
My Commission Expires Nov. 20, 2012
Acting in the County of _Wayne_

## ANSWER

COMES NOW _Barbara Carstarphen Holley_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Barbara Carstarphen Holley_. I am a
Defendant in the above referenced matter. My address is _12000 Market St._
_Suite 323 Reston, VA 20190_.
My telephone number is (_703_) _437- 7607_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _15_ day of _August_, 2006.

_Barbara C. Holley_
(Signature of Defendant)

STATE OF _Virginia_ )

COUNTY OF _Fairfax_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Barbara C. Holly_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _26th_ day of _August_, 2006.

NOTARY PUBLIC, State at Large    (Virginia) _Loudoun County_
My Commission Expires: _08-31-2009_

Filed in Office

AUG 2 9 2006

KIM S. BENEFIELD
Clerk of Circuit Court

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH       COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:   D018

FREEMAN SYLVESTER JR
1466 22ND ST NO BLVD

BIRMINGHAM        ,AL  35234-0000

NOTES:
    COPY OF SUMMONS AND COMPLAINT

------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
     YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
     TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  08/01/2006   DATE          CLERK: KIM S. BENEFIELD        BY:_____
                                    P. O. BOX 328
                                    WEDOWEE   AL   36278
                                    (256)357-4551

------------------------------------------------------------

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
  DOCUMENT IN _____ COUNTY, ALABAMA
       TO

  _____          _____ D.S.
                                      SIGNATURE OF SERVER

                                              8-22-06
  _____          _____
  NAME / ADDRESS ABOVE                DATE

OPERATOR: KIB
PREPARED: 08/01/2006

RCVD-AUG 09 '06 AM08:49

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH          COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D017

CHANDLER LILLIAN
1271 11TH STREET N

BIRMINGHAM      ,AL  35204-0000

NOTES:
    SUMMONS/COMPLAINT/EXHIBITS

--------------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  08/02/2006  DATE           CLERK: KIM S. BENEFIELD     BY: _____
                             P. O. BOX 328
                             WEDOWEE  AL  36278
                             (256)357-4551

--------------------------------------------------------------------

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
    TO_____

_____     _____
                                    SIGNATURE OF SERVER

_____         8-19-06
  NAME / ADDRESS ABOVE               DATE

OPERATOR: CYW
PREPARED: 08/02/2006

RCVD-AUG.09 '06 AM08:25

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

---

IN THE CIRCUIT  COURT OF  RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D016

COLEMAN WILMA
1512 16TH ST NORTH

BIRMINGHAM     ,AL  35204-0000

NOTES:
    SUMMONS/COMPLAINT & EXHIBITS

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

08/01/2006  DATE          CLERK: KIM S. BENEFIELD      BY: UU
                                 P. O. BOX 328
                                 WEDOWEE  AL  36278
                                 (256)357-4551

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN ___Jefferson___ COUNTY, ALABAMA
    TO: _Wilon Coleman_____

_____        SIGNATURE OF SERVER

NAME / ADDRESS ABOVE                     DATE  8-19-06

OPERATOR: CYW
PREPARED: 08/01/2006

RCVD-AUG 09 '06 AM08:50

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

---

IN THE CIRCUIT  COURT OF  RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D015

    FREEMAN JUANITA
    1318 15TH AVE N

    BIRMINGHAM    ,AL  35204-0000

NOTES:
    SUMMONS/COMPLAINT/EXHIBITS

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

    08/01/2006  DATE          CLERK: KIM S. BENEFIELD     BY: CW
                                     P. O. BOX 328
                                     WEDOWEE  AL  36278
                                     (256)357-4551

---

    I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN ____Jefferson____ COUNTY, ALABAMA
    TO:

    _____    _____
                                         SIGNATURE OF SERVER   D.S.

    _____    _____
    NAME / ADDRESS ABOVE                 DATE   8-19-06

OPERATOR: CYW
PREPARED: 08/01/2006

RCVD AUG 09 '06 AM 11:48

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

-------------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D013

FREEMAN EDNA
1462 22nd St. North
Birmingham, AL  ,AL  00000-0000
35234

NOTES:
    COPY OF SUMMONS AND COMPLAINT

-------------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

    08/01/2006   DATE          CLERK: KIM S. BENEFIELD        BY:_____
                                     P. O. BOX 328
                                     WEDOWEE  AL  36278
                                     (256)357-4551

-------------------------------------------------------------------

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN ___Jefferson___ COUNTY, ALABAMA
TO:

_____                    _____ DS
Edna Freeman                                 SIGNATURE OF SERVER

                                                  8-21-06
_____                    _____
NAME / ADDRESS ABOVE                         DATE

-------------------------------------------------------------------
OPERATOR: KIB
PREPARED: 08/01/2006

## ANSWER

D027

COMES NOW **Antoinette Mitchell**, a Defendant in the above referenced matter and states the following, to wit:

"My name is **Antoinette Mitchell**. I am a Defendant in the above referenced matter. My address is **1850 South Prairie Cir, Hixson, TN 37343**.

My telephone number is ( **423** ) **843-1945**. I hereby acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman as set forth in said complaint."

Respectfully submitted this the **23** day of **August**, 2006.

_Antoinette Mitchell_
*(Signature of Defendant)*

**Filed in Office**

STATE OF **Tennessee** )

COUNTY OF **Hamilton** )

AUG 2 8 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that **Antoinette Mitchell**, whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the **23** day of **August**, 2006.

_Jane H. Black_

NOTARY PUBLIC, State at Large
My Commission Expires: **2-17-10**

*(Notary seal: JANE H. BLACK, STATE OF TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY)*

## ANSWER

COMES NOW _FANNIE B. PALMER_ , a Defendant in

the above referenced matter and states the following, to wit:

D 032

"My name is _FANNIE B. PALMER_ I am a
Defendant in the above referenced matter. My address is _10005 Walton Ave_
_SUITLAND MD 20746-3857_
My telephone number is ( _301_ ) _423-6982_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _23_ day of _August_ , 2006.

_Fannie B Palmer_
(Signature of Defendant)

STATE OF _Maryland_ )

COUNTY OF _P.G. County_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _FANNIE BELL PALMER_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _23RD_ day of _August_ , 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _6/14/2010_

Filed in Office

AUG 3 1 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

COMES NOW _Jerry T. Billingsley_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Jerry T. Billingsley_. I am a
Defendant in the above referenced matter. My address is _5 West Clay Street_
_Sylacauga, Alabama 35150_.
My telephone number is ( _256_ ) _245-3124_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _25th_ day of _August_, 2006.

_Jerry T. Billingsley_
(Signature of Defendant)

STATE OF _Alabama_ )

COUNTY OF _Talladega_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Jerry T. Billingsley_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _25th_ day of _August_, 2006.

_Anna Cain Castleberry_
NOTARY PUBLIC, State at Large
My Commission Expires: _06/29/2010_

Filed in Office

AUG 3 1 2006

KIM S. BENEFIELD
Clerk of Circuit Court

CV06-103

D024

# ANSWER

COMES NOW *Roosevelt Montgomery*, a Defendant in

Filed in Office

the above referenced matter and states the following, to wit:

SEP 0 1 2006

"My name is *Roosevelt Montgomery*. I am KIM S. BENEFIELD
Defendant in the above referenced matter. My address is *818 Windmore State of Circuit Court*
*Chattanooga Tennessee 37411*
My telephone number is (*423*) *490 - 1312*. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the *30th* day of *August*, 2006.

*Roosevelt E Montgomery*
*(Signature of Defendant)*

STATE OF *Tennessee*       )

COUNTY OF *Hamilton*       )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Roosevelt E. Montgomery*, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the *30th* day of *August*, 2006.

*Eugene Williams*
NOTARY PUBLIC, State at Large
My Commission Expires: *7-6-2010*

EUGENE WILLIAMS
NOTARY
PUBLIC
AT
LARGE
HAMILTON CO. TN

FILED    8-8-06
JERRY STUDDARD, SHERIFF

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------------

IN THE CIRCUIT COURT OF RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D020

```
        BILLINGSLEY JERRY
        5 WEST CLAY STREET

        SYLACAUGA      ,AL   35150-0000
```

NOTES:
    SUMMONS/COMPLAINT/EXHIBITS

----------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

    08/02/2006   DATE          CLERK: KIM S. BENEFIELD       BY: ͟͟͟͟ ͟
                                      P. O. BOX 328
                                      WEDOWEE  AL  36278
                                      (256)357-4551

--------------------------------------------------------------------

    I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
    DOCUMENT IN ͟͟Tallapoosa͟͟͟ COUNTY, ALABAMA
    TO:
    ͟Jerry Billingsley͟͟͟͟

    ͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟      ͟͟Irven Arden 6126͟͟
    NAME / ADDRESS ABOVE          SIGNATURE OF SERVER

    ͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟͟      ͟͟08-18-06͟͟
    NAME / ADDRESS ABOVE          DATE

--------------------------------------------------------------------
OPERATOR: CYW
PREPARED: 08/02/2006

FILED    8-4-06
JERRY STUDDARD, SHERIFF

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,
    Plaintiff,

VS.                                    **Case Number CV-2006-103**

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows:  Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Commissioner Office as follows:

    BEG 350'(S) e & 210' (S) OF SW COR OF NE 1/4 OF NW 1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO POB, SEC 19, T18S, R12E. PT OF NE 1/4 OF NW 1/4

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE

F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

Defendants.

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,
　　　Plaintiff,

VS.　　　　　　　　　　　　　　　　　　　　Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows:  Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Commissioner Office as follows:

　　　BEG 350'(S) e & 210' (S) OF SW COR OF NE 1/4 OF NW 1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO POB, SEC 19, T18S, R12E. PT OF NE 1/4 OF NW 1/4

AND,
JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE

F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

      Defendants.

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,
     Plaintiff,

VS.                                  Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and except is described by the Randolph County Commissioner Office as follows:

     BEG 350'(S) e & 210' (S) OF SW COR OF NE 1/4 OF NW 1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO POB, SEC 19, T18S, R12E. PT OF NE 1/4 OF NW 1/4

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE

F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

      **Defendants.**

# ANSWER

COMES NOW _Gregory Freeman_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Gregory Freeman_ . I am a
Defendant in the above referenced matter. My address is _14010 Stahelin_
_Detroit Michigan 48223_ .
My telephone number is ( _313_ ) _510 2018_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _29_ day of _August_ , 2006.

Filed in Offic

SEP  5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

_____
(Signature of Defendant)

STATE OF _Michigan_ )

COUNTY OF _Wayne_ )

TAMIKA NICOLE JACKSON
Notary Public - Michigan
Wayne County
My Commission Expires Aug 2, 2012
Acting in the County of _Wayne_

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Gregory Freeman_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _29th_ day of _August_ , 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _8/2/2012_

# **ANSWER**

**COMES NOW** _____, a Defendant in

the above referenced matter and states the following, to wit:                    _D034_

"My name is _Janice Freeman - Johnson_                    . I am a
Defendant in the above referenced matter. My address is _18400 Kentucky._
_Detroit, Michigan 48221_
My telephone number is ( _313_ ) _861-4062_                    . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.     I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2.     I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _____ day of _____, 2006.

_Janice Freeman Johnson_
(Signature of Defendant)

_Filed in Office_

STATE OF _MICHIGAN_                    )

_SEP 5 2006_

COUNTY OF _WAYNE_                    )

_KIM S. BENEFIELD_
_Clerk of Circuit Court_

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Janice Felecia Freeman - Johnson_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

    Given under my hand and seal, this the _29th_ day of _August_, 2006.

_Tonya Harris_
NOTARY PUBLIC, State at Large
My Commission Expires: _11-21-2012_

TONYA HARRIS
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Nov 21, 2012
ACTING IN COUNTY OF _Wayne_

## ANSWER

D 036

COMES NOW _Richard D Bedgood Sr_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Richard D Bedgood Sr_ . I am a Defendant in the above referenced matter. My address is _9547 Crossbend_ _Cincinnati Ohio 45231_ . My telephone number is ( _513_ ) _522 -3480_ . I hereby acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman as set forth in said complaint."

Respectfully submitted this the _29_ day of _August_ , 2006.

_Richard D Bedgood Sr_
*(Signature of Defendant)*

**Filed in Office**

STATE OF _Ohio_ )

SEP 5 2006

COUNTY OF _Hamilton_ )

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that _Richard G Bedgood Sr_ , whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _31_ day of _August_ , 2006.

_Hannah Spinelli_
NOTARY PUBLIC, State at Large
My Commission Expires: _March 19, 2011_

HANNAH SPINELLI
Notary Public, State of Ohio
My Commission Expires
March 19, 2011

# ANSWER

**COMES NOW** _____Gladys F. King_____, a Defendant in

the above referenced matter and states the following, to wit:               C OOl

"My name is _Gladys   F.   King_. I am a
Defendant in the above referenced matter. My address is _16112 Meadowvale Ave,_
_Cleveland, Ohio 44012_
My telephone number is (_216_) _581-3672_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.) I agree to sell the timber on said property for division among the heirs of the
Estate of W.M. Freeman.

2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
as set forth in said complaint."

Respectfully submitted this the _28 th_ day of _August_, 2006.

(X)_Gladys F. King_
*(Signature of Defendant)*                **Filed in Office**

STATE OF ___Ohio___ )                              SEP   5 2006

COUNTY OF _Cuyahoga_ )                       **KIM S. BENEFIELD**
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Gladys F. King_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _28 th_ day of _August_, 2006.

_Paula Mizsak_
NOTARY PUBLIC, State at Large
My Commission Expires: _May 10, 2011_

PAULA MIZSAK
Notary Public, State of Ohio
Recorded in Cuyahoga Cty.

## ANSWER

COMES NOW _Janice B. Lambert_, a Defendant in

the above referenced matter and states the following, to wit:     D0S0

"My name is _Janice B. Lambert_. I am a
Defendant in the above referenced matter. My address is _1010 Clearbrook Dr._
_Cincinnati, Ohio 45229_
My telephone number is ( _513_ ) _242-9494_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _31_ day of _August_, 2006.


_Janice B. Lambert_ ~~Filed in Office~~
(Signature of Defendant)

SEP  7 2006

STATE OF _Ohio_            )

COUNTY OF _Hamilton_       )                KIM S. BENEFIELD
                                          Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Janice B. Lambert_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _31_ day of _August_, 2006.


_John F. Lambert_
NOTARY PUBLIC, State at Large
My Commission Expires: _03-31-08_

**JOHN FRANKLIN LAMBERT**
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 03-31-08

## ANSWER

COMES NOW _Sandra C. Thomas_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Sandra C. Thomas_ . I am a

Defendant in the above referenced matter. My address is _522 Larchmont_

_Circle, N.W. Atlanta, Georgia 30318_.

My telephone number is ( _404_ ) _691-3422_ . I hereby

acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for

Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil

Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _3_ day of _September_ , 2006.

_____
(Signature of Defendant)

STATE OF _Georgia_ )

COUNTY OF _Fulton_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby

certify that _Sandra C. Thomas_ , whose name is signed to the

foregoing conveyance and who is known to me, acknowledged before me on this day, that, being

informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _3rd_ day of _September_ , 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires _____

Filed in Office

SEP 7 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

COMES NOW _Juanita S. Freeman_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Juanita S. Freeman_. I am a
Defendant in the above referenced matter. My address is _1318-15th Ave Do._
_Birmingham, Alabama 35204_
My telephone number is ( _205_ ) _254-6030_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.     I agree to sell the timber on said property for division among the heirs of the
       Estate of W.M. Freeman.
2.     I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
       as set forth in said complaint."

Respectfully submitted this the _9- 7-_ day of _9- 7-_, 2006.

_Juanita S. Freeman_
(Signature of Defendant)

STATE OF _Ala_                    )

COUNTY OF _Jefferson_            )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Juanita Freeman_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _7_ day of _Sept_, 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _11-18-7_

Filed in Office

SEP 1 1 2006

KIM S. BENEFIELD
Clerk of Circuit Court

D029

## ANSWER

**COMES NOW** *Catherine M. Johnson*, a Defendant in

the above referenced matter and states the following, to wit:

"My name is *Catherine M. Johnson*. I am a
Defendant in the above referenced matter. My address is *3612 Wiley Blvd.*
*Chattanooga Tennessee - 37411*.
My telephone number is ( *423* ) *624-3640*. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the *7th* day of *September*, 2006.

*Catherine M. Johnson*
*(Signature of Defendant)*

STATE OF *Tennessee* )

COUNTY OF *Hamilton* )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Catherine M. Johnson*, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the *7th* day of *Sept*, 2006.

*Jacqueline R. Taylor*
NOTARY PUBLIC, State at Large
My Commission Expires: *1/14/2010*

JACQUELINE R. TAYLOR
STATE OF TENNESSEE
NOTARY PUBLIC
HAMILTON COUNTY

**Filed in Office**

SEP 1 2 2006

KIM S. BENEFIELD
Clerk of Circuit Court

D040

# ANSWER

COMES NOW _____Kimberly Kelly_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _____Kimberly Kelly_____. I am a Defendant in the above referenced matter. My address is _____5404 Drum Inlet Pl._____. Raleigh NC 27610 My telephone number is ( 919 ) 455 - 5722 ____. I hereby acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the Estate of W.M. Freeman.
2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman as set forth in said complaint."

Respectfully submitted this the _6th_ day of _September_, 2006.

_____Kimberly Kelly_____
(Signature of Defendant)

STATE OF _North Carolina_ )

COUNTY OF _Wake_ )

Filed in Office

SEP 1 2 2006

KIM S. BENEFIELD
Clerk of Court, Co...

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that _Kimberly Kelly_, whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _6th_ day of _September_, 2006.



OFFICIAL SEAL
DANIEL CLUKEY
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF WAKE
My Commission Expires April 6, 2008

NOTARY PUBLIC, State at Large
My Commission Expires: _April 6, 2008_

## ANSWER

Filed in Office

SEP 1 3 2006

KIM S. BENEFIELD
Clerk of Circuit Court

COMES NOW _____, a Defendant in
the above referenced matter and states the following, to wit:

"My name is _____. I am a
Defendant in the above referenced matter. My address is _333 25th Avenue_
_N. W._
My telephone number is (_205_) _739-1604_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the __11__ day of _September_, 2006.

_____
(Signature of Defendant)

STATE OF _Alabama_ )

COUNTY OF _Jefferson_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Benita F. Smith_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the __11__ day of _September_ 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _04-26-09_

5037

Filed in Office

**ANSWER**

SEP 1 3 2006

COMES NOW *DEXTER A. BEDGOOP* a Defendant in

KIM S. BENEFIELD
Clerk of Circuit Court

the above referenced matter and states the following, to wit:

"My name is *DEXTER A. BEDGOOP*. I am a
Defendant in the above referenced matter. My address is *6739 HAMPTON
CINCINNATI, OHIO 45236*.
My telephone number is (*513*) *984-3432*. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the *8TH* day of *SEPTEMBER*, 2006.

*Dexter P. Bedgood*

(*Signature of Defendant*)

STATE OF ___*OHIO*___ )

COUNTY OF ___*Hamilton*___ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that ___*Dexter Bedgood*___, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___*8th*___ day of ___*September*___, 2006.

*Elaine Jackson*

NOTARY PUBLIC, State at Large
My Commission Expires: _____

Elaine Jackson
Notary Public, State Of Ohio
My Commission Expires November 13, 2006

**ANSWER**

COMES NOW _Joyce Freeman Jones_ a Defendant in

Filed in Office

SEP 1 3 2006

KIM S. BENEFIELD
Clerk of Circuit Court

the above referenced matter and states the following, to wit:

"My name is _Joyce Freeman Jones_ . I am a
Defendant in the above referenced matter. My address is _3428 Park Ave SW_
_Birmingham, AL 35221_ .
My telephone number is ( _205_ ) _925- 3596_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _8_ day of _September_ , 2006.


_____
(Signature of Defendant)

STATE OF _Alabama_ )

COUNTY OF _Jefferson_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Joyce Freeman Jones_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _8_ day of _September_ , 2006.


_____
NOTARY PUBLIC, State at Large
My Commission Expires: __My Commission Expires
July 7, 2010

## ANSWER

D 057

COMES NOW _Bernadine F. Hardnett_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Bernadine F. Hardnett_. I am a
Defendant in the above referenced matter. My address is _5265 Halcyon Dr_
_College, GA. 30349_
My telephone number is (_404_) _369-3472_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _11_ day of _September_, 2006.

_Bernadine F. Hardnett_
(Signature of Defendant)

STATE OF _Georgia_ )

COUNTY OF _Fulton_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Bernadine F. Hardnett_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _11th_ day of _September_, 2006.

_Seal_
NOTARY PUBLIC, State at Large
My Commission Expires: _Feb 4, 2007_

Filed in Office

SEP 1 4 2006

KIM S. BENEFIELD
Clerk of Circuit Court

# ANSWER

*7 054*

COMES NOW _E R I S F. S W A S O N_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _E R I S S W A S O N_ . I am a
Defendant in the above referenced matter. My address is _70 ROCK MINT DR_
_ATLANTA GA_
My telephone number is (_404_ ) _753 . 7375_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _11_ day of _September_ , 2006.

_Eris Swanson_
(Signature of Defendant)

**Filed in Office**

STATE OF _Georgia_ )

SEP 1 4 2006

COUNTY OF _Fulton_ )

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _ERIS F. SWANSON_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _11th_ day of _September_ , 2006.

_Seeeth_

NOTARY PUBLIC, State at Large
My Commission Expires: _Feb 4, 2007_

*Filed in Office*

SEP 1 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

COMES NOW _Willie Thomas_, a Defendant in the above referenced matter and states the following, to wit:

"My name is _Willie Thomas_. I am a Defendant in the above referenced matter. My address is _____

_____.

My telephone number is (_____)_____. I hereby acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman as set forth in said complaint."

Respectfully submitted this the _22_ day of _August_, 2006.

_Willie Thomas_
*(Signature of Defendant)*

X _Willie Thomas_    9/8/06

T 520 886 107 037

STATE OF _Michigan_    )

COUNTY OF _Wayne_    )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that _Willie Thomas_, whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _8th_ day of _September_, 2006.

IRIS LYNN ADAMS
Notary Public - Michigan
Wayne County
My Commission Expires Sep 15, 2011
Acting in the County of _Wayne_

_Iris Lynn Adams_
NOTARY PUBLIC, State at Large
My Commission Expires: _9/15/20 11_

## ANSWER

COMES NOW _Arlea B. Nesby_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Arlea B. Nesby_____. I am a
Defendant in the above referenced matter. My address is _119 Benson ave_
_Carollton, Ga 30117_____.
My telephone number is (_404_) _545  2208_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _13_ day of _September_, 2006.

_Arlea B. Nesby_____
(Signature of Defendant)

STATE OF _Georgia_____ )

COUNTY OF _Carroll_____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Arlea Nesby_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _13th_ day of _September_, 2006.

_Denise Billingsley_____
NOTARY PUBLIC, State at Large
My Commission Expires: _March 23, 2008_

Filed In Office
SEP 1 5 2006
KIM S. BENEFIELD
Clerk of Court

## ANSWER

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is *Sarah Ann Henderson*_____. I am a
Defendant in the above referenced matter. My address is *815 Woodmore Lane*
_____
My telephone number is (*205-629-9275*_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the ___*1st*___ day of ___*September*___, 2006.


*Sara L Ann Henderson*
*(Signature of Defendant)*

STATE OF ___*Tennessee*___ )

COUNTY OF ___*Hamilton*___ )

Filed in Office

SEP 1 8 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that ___*Sarah Ann Henderson*___, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___*1st*___ day of ___*September*___, 2006.


*James P Shannon*
NOTARY PUBLIC, State at Large
My Commission Expires: __MY COMMISSION EXPIRES,__
October 6, 2009

(Notary Seal: JAMES P. SHANNON, STATE OF TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY)

## ANSWER

COMES NOW *Patricia F. Terrell*_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is *Patricia F. Terrell*_____. I am a
Defendant in the above referenced matter. My address is *109 - 154th Ct. North*
*Bham, Al. 35204*_____.
My telephone number is (*205*) *948-8617*_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.

2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the *27th* day of *August*_____, 2006.

*Patricia F. Terrell*_____
*(Signature of Defendant)*

STATE OF *Alabama*_____ )

COUNTY OF *Jefferson*_____ )

Filed in Office

SEP 18 2006

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Patricia F. Terrell*_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the *27* day of *August*_____, 2006.

*Terrell Hull*_____
NOTARY PUBLIC, State at Large
My Commission Expires: *2-6-03 – 2-6-07*

## ANSWER

COMES NOW *Beryl Carrington* , a Defendant in

the above referenced matter and states the following, to wit:

"My name is *Beryl Carrington* D014 . I am a
Defendant in the above referenced matter. My address is *1521 13th St, N.*
*B'ham, AL 35204*
My telephone number is (*205* ) *222-4385* . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the *17th* day of *Sept* , 2006.

*Beryl Freeman Carrington*
(Signature of Defendant)

STATE OF *Alabama* )

COUNTY OF *Jefferson* )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Beryl Freeman Carrington* , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the *18th* day of *September* , 2006.

*Philip Norman Steed*
NOTARY PUBLIC, State at Large
My Commission Expires: *12-2-2007*

Filed in Office

SEP 1 9 2006

KIM S. BENEFIELD
Clerk of Circuit Court

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

---------------------------------------------------------------------

IN THE CIRCUIT COURT OF RANDOLPH COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON: D014

CARRINGTON BERYL
1521 13TH ST NORTH

BIRMINGHAM      ,AL   35204-0000

NOTES:
  SUMMONS/COMPLAINT & EXHIBITS

---------------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  08/01/2006   DATE          CLERK: KIM S. BENEFIELD      BY:
                                    P. O. BOX 328
                                    WEDOWEE   AL   36278
                                    (256)357-4551

---------------------------------------------------------------------

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
  DOCUMENT IN _____ COUNTY, ALABAMA
  TO:

  _____              _____
                                         SIGNATURE OF SERVER

  _____

  _____
  NAME / ADDRESS ABOVE                   DATE

OPERATOR: CYW
PREPARED: 08/01/2006

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS _____11th_____
DAY OF ____Sept____ , 20_06_
FOR THE FOLLOWING REASONS:
☐  2. MOVED
☐  8. INSUFFICIENT ADDRESS
☐  6. DOES NOT RESIDE AT ADDRESS
☐  7. NOT EMPLOYED AT LISTED LOCATION
☐ 12. NO SUCH ADDRESS
☐  9. AVOIDING SERVICE
☐ 18. RECEIVED TOO LATE FOR SERVICE
☑ 14. UNABLE TO CONTACT
☐ 16. OTHER _____
MIKE HALE, Sheriff of Jefferson County
By _____ , D.S.

*Mailed regular mail*
*9-19-06*

RCVD-AUG 09 '06 AM11:34

## ANSWER

COMES NOW _Wilma Coleman_ , a Defendant in

the above referenced matter and states the following, to wit:                    Dots

"My name is _Wilma Coleman_ , I am a
Defendant in the above referenced matter. My address is _1512 - 16th Street North_

My telephone number is ( _205_ ) _328-0572_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _8th_ day of _Sept._ , 2006.


_Wilma Coleman_
(Signature of Defendant)

STATE OF _Ala_ )

COUNTY OF _Jefferson_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Wilma Coleman_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _8_ day of _Sept_ , 2006.


_C. A. ly_
NOTARY PUBLIC, State at Large
My Commission Expires: _11-18-07_

Filed in Office

SEP 1 9 2006

KIM S. BENEFIELD
Clerk of Circuit Court

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

--------------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:   D076

CARSTARPHEN HEZIKIAH
3306 23rd St.
Tuscaloosa AL 35401        ,AL   00000-0000

RECEIVED

NOTES:
    COPY OF SUMMONS AND COMPLAINT

--------------------------------------------------------------------
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
           YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
           TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   08/01/2006   DATE          CLERK: KIM S. BENEFIELD       BY:_____
                                    P. O. BOX 328
                                    WEDOWEE  AL  36278
                                    (256)357-4551

--------------------------------------------------------------------

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
     DOCUMENT IN _____ COUNTY, ALABAMA
     TO:

  _____        _____
                                          SIGNATURE OF SERVER

  _____

  _____        _____
  NAME / ADDRESS ABOVE                     DATE
--------------------------------------------------------------------
OPERATOR: KIB
PREPARED: 08/01/2006

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,
Plaintiff
vs                                                          Case Number: CV-06-103

The NW 1/4 of the NE 1/4; the NE 1/4; and the East ten (10)
acres of the NW 1/4 of NW 1/4, all being located in Section
19, Township 18, Range 12, Randolph County, Alabama, less
and except a certain parcel of land located in the NE 1/4 of the
NW 1/4 of Section 19, Township 18, Range 12, Randolph County,
Alabama, being more particularly described as follows: Beginning
at a point where a line drawn from front door or house to dirt road
immediately in from or southwesterly direction from the house
intersects with north line of dirt road; thence in a northwesterly
direction along the dirt road 256 feet to the point of beginning;
thence in a northeasterly direction perpendicular to the house a
distance of 256 feet to a point; thence in a southeasterly direction
parallel to said road a distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to a point; thence in
a northwesterly direction parallel with said road a distance of 511
feet to a point; thence in a northeasterly direction a distance of 296
feet to the point of beginning; this same less and excepted is described
by the Randolph County Commissioner Office as follows:
        BEG 350'(S) e & 210'(S) OF SW COR OF NE 1/4 OF NW 1/4;
TH NW 511'; NE 512'; SE 511'; NE 512'; TO POB, SEC 19, T18S, R12E.
PT OF NE 1/4 OF NW 1/4

AND,
JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING,
ANGELA HUDSON, RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK
FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA
FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN,
WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLY,
CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL,
SARA HENDERSON, ANTOINELLE MITHCELL, DENNIS
BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY,
JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN,
JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS,
KIMBERLY KELLY, ARIEL YISRAEL, (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON,

Filed in Office

SEP 2 2 2006

KIM S. BENEFIELD
Clerk of Circuit Court



CORLISS McCAY, ARRY JERELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA
NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON
IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN,
DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY,
LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL JR.,
PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS
ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY,
HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS
FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN,
and GRADY FREEMAN, being all the heirs at law of W. M. Freeman,
Deceased; and any and all unknown parties, including any person
claiming any future, contingent, reversionary, remainder or other interests
therein, who may claim any interest in the above described property.
Defendants.

## DEFENDANT'S ANSWER

COMES NOW the Defendant, Jesse Freeman, (hereinafter "the Defendant") by and through
his Attorney of Record, Angela J. Hill, and answers said Complaint as follows:

## COUNT ONE
## BILL TO QUIET TITLE

That the Defendant denies each and every allegation and demands strict proof thereof.

## COUNT TWO
## COMPLAINT FOR SALE OF TIMBER FOR DIVISION

That the Defendant denies each and every allegation and demands strict proof thereof.

Respectfully submitted this the 19th day of September, 2006.

ANGELA J. HILL (HIL052)
Attorney at Law
139 S. Broadnax Street
Dadeville, Al 36853
256-825-8251
256-825-8201 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing upon the parties of interest listed below, by placing a copy of the same in the United Stated Mail, postage pre-paid and properly addressed on this the 19th day of September, 2006.

Steve R. Morris, Esq.
PO Box 814
Wedowee, AL 36278

OF COUNSEL

# ANSWER

COMES NOW _Mary A. Freeman_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Mary A Freeman_. I am a
Defendant in the above referenced matter. My address is _126 Vista Dr_
_P.O. Box 646 Clemson SC 29633_.
My telephone number is (_864_) _654 4929_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the ___20th___ day of ___Sept___, 2006.


_Mary A Freeman_
(Signature of Defendant)

STATE OF _South Carolina_ )

COUNTY OF _Pickens_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Mary A. Freeman_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___20th___ day of ___September___, 2006.


_Regina B Harper_
NOTARY PUBLIC, State at Large
My Commission Expires: _4-17-2007_

Filed in Office

SEP 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

COMES NOW _Helen J. Hassell_ , a Defendant in

the above referenced matter and states the following, to wit:                DO35

"My name is _Helen Jean Hassell_ . I am a
Defendant in the above referenced matter. My address is _1116 Hybrid Ave_
_Capitol Hts MD 20743_ .
My telephone number is (_301_) _568-1851_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _19_ day of _September_ , 2006.

_Helen G Hassell_
(Signature of Defendant)

STATE OF _Maryland_ )

COUNTY OF _P.G._ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Helen J. Hassell_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _19th_ day of _September_ , 2006.

NOTARY PUBLIC, State at Large
My Commission Expires: _02-09-09_

Filed in Office

SEP 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court



DERRICK GEORGE
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES FEB. 9, 2009

## ANSWER

COMES NOW _Jessie Dean Barrett_ , a Defendant in

the above referenced matter and states the following, to wit:                    DU31

"My name is _Jessie Dean Barrett_ . I am a
Defendant in the above referenced matter. My address is _4315 Ridge Crest Dr_
_Suitland, MD. 20746_ .
My telephone number is ( _301_ ) _735- 9531_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _25_ day of _August_ , 2006.

_Jessie Dean Barrett_
(Signature of Defendant)

STATE OF _Maryland_ )

COUNTY OF _Prince George_ )

Filed in Office

SEP 2 6 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Jessie D. Barrett_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _25_ day of _August_ , 2006.

_NeTaushe M Williams_
NOTARY PUBLIC, State at Large
My Commission Expires: _1/15/2008_

NeTaushe M. Williams
Notary Public, State of Maryland
My Commission Expires 01/15/08

## ANSWER

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:                                    D012

"My name is _Evelyn Y Freeman_ . I am a
Defendant in the above referenced matter. My address is _2229 Park Place_
_Bham, Al. 35203_ .
My telephone number is (_205_) _250- 6154_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
as set forth in said complaint."

Respectfully submitted this the __14__ day of __Sept,_____, 2006.

_Evelyn Freeman_
*(Signature of Defendant)*

Filed in Office

SEP 2 6 2006

KIM S. BENEFIELD
Clerk of Circuit Court

STATE OF __Alabama_____ )

COUNTY OF __Jefferson_____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that __Evelyn Freeman_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the __14__ day of __Sept._____, 2006.

_Valerie Bush_
NOTARY PUBLIC, State at Large
My Commission Expires:
My Commission Expires April 21, 2010

## ANSWER

COMES NOW _Lillian Freeman Chandler_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Lillian Freeman Chandler_ . I am a
Defendant in the above referenced matter. My address is _1271 - 11th St. N.___
_Bham. Ala. 35204___.
My telephone number is (_205_) _322-8775_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _9_ day of _15th_ , 2006.

_Ms Lillian Freeman Chandler_
_(Signature of Defendant)_

STATE OF _Alabama_ )

COUNTY OF _Jefferson_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Lillian Freeman Chandler_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _15th_ day of _September_ , 2006.

_Philip Howard Stone_
NOTARY PUBLIC, State at Large
My Commission Expires: _12-2-2007_

Filed in Office

SEP 2 6 2006

KIM S. BENEFIELD
Clerk of Circuit Court

*CASE # CV-2006-103*

**NOTICE TO:**     **DAVID FREEMAN**
**ADDRESS:**     **70 ROCKMART DRIVE**
                 **ATLANTA, GA 30314**

THE PETITION WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PETITIONER OR **PETITIONER'S ATTORNEYS, JAMES HUBBARD AND TIM KNIGHT OF HUBBARD & KNIGHT, WHOSE ADDRESS IS P.O. DRAWER 1850, ANNISTON, AL 36202 AND/OR STEVE R. MORRIS, WHOSE ADDRESS IS P.O. BOX 814, 108 South Main Street, WEDOWEE, ALABAMA 36278**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT IS DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE:

*D060*

_____    You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

__X__    Service by certified mail of this summons is initiated upon the written request of Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date _____ 7-31-06 _____           _____
                                      Clerk/Register

_____ Certified Mail is hereby requested.      _____
                                            Plaintiff's/Petitioner's Attorney's Signature

<u>RETURN ON SERVICE:</u>

__X__    Return receipt of certified mail received in this office on _____, 20_____.

_____    I certify that I personally delivered a copy of the Summons and Complaint to _____

     in _____ County, Alabama on _____, 20_____.


_____        _____
Date                                   Server's Signature

                                           **Filed in Office**

Address of Server            Type of Process Server          SEP 2 8 2006

                                           KIM S. BENEFIELD
_____     _____ Clerk of Circuit Court

_____

I, David Freeman, can not receive any money from the estate, It belongs to my mother, Mary Freeman.

*David Freeman — 9/23/0*

## ANSWER

COMES NOW _Beatrice Freeman Holman_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Beatrice Freeman Holman_. I am a
Defendant in the above referenced matter. My address is _2110 16th Ave N_
_Birmingham  AL  35234_.
My telephone number is (_205_) _714 - 8144_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _29_ day of _Sept_, 2006.

_____
(Signature of Defendant)

Filed in Office

OCT  2 2006

KIM S. BENEFIELD
Clerk of Circuit Court

STATE OF ___AC_____ )

COUNTY OF ___JoF____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that ___Beat  Fl_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _29_ day of ___Sou___, 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _9-72-07_

## ANSWER

COMES NOW _Angela Freeman Hudson_ , a Defendant in

the above referenced matter and states the following, to wit:

D005

"My name is _Angela Freeman Hud_ . I am a
Defendant in the above referenced matter. My address is _4401 - 43ʳᵈ Ave. North_
_Birmingham, Alabama 35217_ .
My telephone number is ( _205_ ) _841-0229_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _14ᵗʰ_ day of _September_ , 2006.

_Angela Hudson_
(Signature of Defendant)

**Filed in Office**

STATE OF _Alabama_ )

OCT 2 2006

COUNTY OF _Blount_ )

**KIM S. BENEFIELD**
Clerk of Circuit Court

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Angela Freeman Hudson_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

    Given under my hand and seal, this the _14_ day of _Sept_ , 2006.

_James Edward Loma_
NOTARY PUBLIC, State at Large
My Commission Expires: _11 April 2007_

## ANSWER

COMES NOW _Edna Geraldine Freeman_ , a Defendant in

the above referenced matter and states the following, to wit:                    Do13

"My name is _Edna Geraldine Freeman_ . I am a
Defendant in the above referenced matter. My address is _1462 22nd St. N._
_Biham  AL  35234_ .
My telephone number is ( _205_ ) _252-4982_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _29_ day of _Sept_ , 2006.

_(Signature of Defendant)_                    Filed in Office

STATE OF _AL_                    )                    OCT  2 2006

COUNTY OF _Jeff_                    )                    KIM S. BENEFIELD
                                                        Clerk of Circuit Court

      I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Edna  C  F_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

      Given under my hand and seal, this the _29_ day of _Sept_ , 2006.

NOTARY PUBLIC, State at Large _9.26.07_
My Commission Expires: _____

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

Plaintiff,

v.

Case Number CV-2006-103



The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND, JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDS RICHARD PARKER, BERYL CANDACE SLAUGHTE FREEMAN, BEATRICE HOL PAT EDNA FRE

THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

Defendants.

1. I am the attorney representing the Plaintiff in this action.

2. I am making this affidavit pursuant to Alabama Rules of Civil Procedure 4.3 (d)(1).

3. All unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interest therein, who may claim any interest in the property the subject of this litigation, are all defendants in the above style action who cannot be served with summons or other process because their residences are unknown to the Affiant and cannot with reasonable diligence be ascertained.

Further Affiant saith not.

Dated this _____ day of _____, 2007.

_____
Steve R. Morris
Attorney for the Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
(256) 357-9211 - Telephone
(256) 357-9222 - Facsimile

Sworn to, subscribed to and acknowledged before me this 5th day of Oct. 2007.

_____
Notary Public
My Commission Expires: 1-21-2011

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

    Plaintiff,

v.

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner Office as follows:

    BEG 350'(S) E & 210' (S) N OF SW COR OF NE 1/4 OF NW 1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC 19, T18 S, R12E. PT OF NE 1/4 OF NW 1/4; and,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN,

Case Number CV-2006-103

Filed In Office

OCT 0 5 2007

CHRIS MAY
Clerk of Circuit Court

WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

Defendants.

## PLAINTIFF'S AMENDED COMPLAINT

Comes now the Plaintiff in the above styled case and amends her Complaint to Quite Title previously filed with this Court by amending the following description to wit:

1.    The description of the above subject land is hereby amended to read as follows:

Said property lying in the NW ¼ of the NW ¼; the NE ¼ of the NW ¼; and the NW ¼ of the NE ¼ of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama, as recorded in Deed Book 115, pg.55, in the Office of the Probate Judge, Randolph County, and being more particularly described as follows:
Commencing at an iron pin found (Bisgard) accepted as the SW corner of the NE ¼ of the NW ¼ of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama, and the Point of Beginning of the hereafter described property; thence N 89° 49'50" W a distance of 330.07 ft. to an iron pin found (Bisgard); thence N 00°04'36" W a distance of 671.27 ft. to an iron pion found (Bisgard); thence N 00°12'33" E a distance of 659.91 ft to an iron pin set; thence S 86°36'56"E a distance of 1652.34 ft. to an iron pin set; thence S 86°36'55"E a distance of 1361.86 ft. to an iron pin set; thence S 00°40'05" E a distance of 1315.01 ft. to an iron pin set; thence N 86°35'44" W a distance of 1350.28 ft. to an iron pin set; thence N 86°34'51" W a distance of 1350.23 ft to an iron pin found (Bisgard) and the Point of Beginning, containing 91.07 ACRES.

LESS AND EXCEPT 5.91 ACRES, as recorded in Deed Book 306, pg, 779, and being more particularly described as follows; Commencing at an iron pin found (Bisgard) accepted as the SW corner of the NE 1/4 of the NW 1/4 of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama; thence N 37°04'56" E a distance of 270.81 ft. to an iron pin set and the Point of Beginning of the hereafter described property; thence N 29°59'57" W a distance of 511.00 ft. to an iron pin set; thence N 49°28'51" E a distance of 512.00 ft to an iron pin set; thence S 29°59'57" E a distance of 511.00 ft. to an iron pin set; thence S 49°28'51" W a distance of 512.00 ft to an iron pin set and the Point of Beginning, containing 5.91 ACRES, with a **TOTAL REMAINING AREA OF 85.16 ACRES,** more or less, Less and except any ROW that may exist along roadway traversing thru property.

According to that survey by Lance Turner, Turner Surveying, LLC, AL Reg # 24030 dated the 15th day of June, 2007.

2.    The Plaintiff reavers and realleges any and all statements contained in the original Complaint to Quiet Title as filed with this Court on or about the the 30 day of June , 2006.

_____
STEVE R. MORRIS, Attorney for Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
Telephone: (256) 357-9211

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I have this day served a copy of the above and foregoing pleading upon the proper parties of record by placing a copy of the same in the U.S. Mail, postage prepaid and addressed to him/her this the _____ day of _____10/2_____, 2007.

_____
Steve R. Morris

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

**GLADYS F. KING,**

      **Plaintiff,**

v.

**Case Number CV-2006-103**

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW
¼, all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE
¼ of the NW ¼ of Section 19, Township 18,
Range 12, Randolph County, Alabama, being
more particularly described as follows:
Beginning at a point where a line drawn from
front door or house to dirt road immediately in
from or southwesterly direction from the house
intersects with north line of dirt road; thence in
a northwesterly direction along the dirt road
256 feet to the point of beginning; thence in a
northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in
a southeasterly direction parallel to said road a
distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to
a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to
a point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning;
this same less and excepted is described by the
Randolph County Revenue Commissioner office
as follows:
    BEG 350'(S) E & 210' (S) N of SW COR
    OF NE ¼ OF NW1/4; TH NW 511'; NE
    512'; SE 511'; NE 512'; TO P.O.B.
    SEC.19, T18S, R12E. PT OF NE ¼ OF
    NW1/4.


AND, JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,

**Filed In Office**

OCT 0 5 2007

CHRIS MAY
Clerk of Circuit Court

LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH  BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.

      Defendants.

## REQUEST FOR SERVICE BY PUBLICATION

Come now the Plaintiff and move this Court to allow her to serve the following Defendants: any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interest herein, who may claim any interest in the property the subject of this litigation, by publication pursuant to rule 4.3 of Alabama Rules of Civil Procedure and in support of said request attaches hereto as Exhibit A an affidavit of the Plaintiff's counsel.

_____
Steve R. Morris
Attorney for the Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
(256) 357-9211 -Telephone
(256) 357-9222 - Facsimile

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

v.                                  Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW
¼, all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE
¼ of the NW ¼ of Section 19, Township 18,
Range 12, Randolph County, Alabama, being
more particularly described as follows:
Beginning at a point where a line drawn from
front door or house to dirt road immediately in
from or southwesterly direction from the house
intersects with north line of dirt road; thence in
a northwesterly direction along the dirt road
256 feet to the point of beginning; thence in a
northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in
a southeasterly direction parallel to said road a
distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to
a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to
a point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning;
this same less and excepted is described by the
Randolph County Revenue Commissioner office
as follows:

      BEG 350'(S) E & 210' (S) N of SW COR
      OF NE ¼ OF NW1/4; TH NW 511'; NE
      512'; SE 511'; NE 512'; TO P.O.B.
      SEC.19, T18S, R12E. PT OF NE ¼ OF
      NW1/4.

AND, JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER

Filed in Office

OCT 0 5 2007

CHRIS MAY
Clerk of Circuit Court

FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.
      Defendants.

## ORDER ALLOWING SERVICE BY PUBLICATION

On motion of the Plaintiff, it is hereby ORDERED that the Defendants, being any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interest therein, who may claim any interest in the property the subject of this litigation, shall be served by publication in *The Randolph Leader* pursuant to rule 4.3 of the Alabama Rules of Civil.

Done this _____5ᵗʰ_____ day of _____October_____, 2007.

_____

CIRCUIT JUDGE

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

           v.                      Case NumberCV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

      BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN,

Filed In Office

OCT 0 5 2007

CHRIS MAY
Clerk of Circuit Court

EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH  BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.
   Defendants.

## NOTICE OF LEGAL ACTION

All unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interest therein, who may claim any interest in the property the subject of this litigation, said property being situated in Randolph County, Alabama and being more particularly described as follows:

Said property lying in the NW ¼ of the NW ¼; the NE ¼ of the NW ¼; and the NW 1/4 of the NE 1/4 of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama, as recorded in Deed Book 115, pg.55, in the Office of the Probate Judge, Randolph County, and being more particularly described as follows;

Commencing at an iron pin found (Bisgard) accepted as the SW corner of the NE 1/4 of the NW 1/4 of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama, and the Point of Beginning of the hereafter described property; thence N 89° 49'50" W a distance of 330.07 ft. to an iron pin found (Bisgard); thence N 00°04'36" W a distance of 671.27 ft. to an iron pion found (Bisgard); thence N 00°12'33" E a distance of 659.91 ft to an iron pin set; thence S 86°36'56"E a distance of 1652.34 ft. to an iron pin set; thence S 86°36'55"E a distance of 1361.86 ft. to an iron pin set; thence S 00°40'05" E a distance of 1315.01 ft. to an iron pin set; thence N 86°35'44" W a distance of 1350.28 ft. to an iron pin set; thence N 86°34'51" W a distance of 1350.23 ft to an iron pin found (Bisgard) and the Point of Beginning, containing 91.07 ACRES.

LESS AND EXCEPT 5.91 ACRES, as recorded in Deed Book 306, pg, 779, and being more particularly described as follows; Commencing at an iron pin found (Bisgard) accepted as the SW corner of the NE 1/4 of the NW 1/4 of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama; thence N 37°04'56" E a distance of 270.81 ft. to an iron pin set and the Point of Beginning of the hereafter described property; thence N 29°59'57" W a distance of 511.00 ft. to an iron pin set; thence N 49°28'51" E a distance of 512.00 ft to an iron pin set; thence S 29°59'57" E a distance of 511.00 ft. to an iron pin set; thence S 49°28'51" W a distance of 512.00 ft to an iron pin set and the Point of Beginning, containing 5.91 ACRES, with a **TOTAL REMAINING AREA OF 85.16 ACRES,** more or less, Less and except any ROW that may exist along roadway traversing thru property.

Whose names and residences are unknown, must answer the Amended Complaint of Plaintiff Gail King within 30 days after the last publication of this notice or a judgment by default may be rendered against them in Case No. CV 2006 - <u>103</u>, Circuit Court of Randolph County, Alabama.

DONE this the ____5th____ day of Oct, 2007.

_____
CLERK OF CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

GLADYS F. KING                    )

      PLAINTIFF            )

VS.                              )        CASE NO. CV 2006-103

LAND, ET AL                      )

      DEFENDANTS           )

Filed in Office

OCT 1 0 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER OF EARL FREEMAN

Defendant Earl Freeman denies all material allegations of the complaint and demands strict proof of the same.

Additionally, defendant Earl Freeman asserts the following affirmative defenses:

1.    *Res judiata*

2.    Statute of limitations

3.    Statute of frauds

4.    Claim preclusion

5.    Issue preclusion

6.    *Laches*

7.    Payment

8.    Release

Chad Lee    LEE 043
Attorney for Earl Freeman
P O Box 966
Wedowee, Alabama 36278
(256) 357-4800

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

Steve Morris
P O Box 814
Wedowee, Alabama  36278

This 10[h] day of October, 2006.

Chad Lee, Attorney
P O Box 966
Wedowee, AL  36278
256-357-4800

## IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

v.                                                    Case Number CV-2006- *103*

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Townshi p 18, Range 12, Randolph County, A labama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

      BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND,

Filed in Office

OCT 1 7 2006

KIM S. BENEFIELD
Clerk of Circuit Court

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY

FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

  **Defendants.**

## MOTION FOR ORDER APPOINTING GUARDIAN AD LITEM

   Comes now the Plaintiff to move this Court for an order appointing a Guardian ad Litem to represent and defend all unknown Defendants.

   Done this 15th day of _____August_____, 2006.

                  Steve R. Morris
                  Attorney for the Plaintiff
                  Post Office Box 814
                  Wedowee, AL  36278
                  (256) 357-9211
                  (256) 357-9222

# IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

     Plaintiff,

v.

Case Number CV-2006- *103*

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Se ction 19, Township 18, Range 12, R andolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

     BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND,

**JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER,**

Filed in Office

OCT 1 7 2006

KIM S. BENEFIELD
Clerk of Circuit Court

CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present

interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

     **Defendants.**

## AFFIDAVIT

**COMES NOW, STEVE R. MORRIS,** Affiant herein, and states as follows:

1.    I am the attorney representing the Plaintiff in this action.

2.    I am making this affidavit pursuant to Alabama Rules of Civil Procedure 4.3 (d)(1).

3.    All unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interest therein, who may claim any interest in the property the subject of this litigation, are all defendants in the above style action who cannot be served with summons or other process because their residences are unknown to the Affiant and cannot with reasonable diligence be ascertained.

Further Affiant saith not.

Dated this ___15ᵗʰ___ day of ___August___ 2006.

              _Steve R. Morris_
Steve R. Morris
Attorney for the Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
(256) 357-9211 -Telephone
(256) 357-9222 - Facsimile

Sworn to, subscribed to and acknowledged before me this __15__ day of August, 2006.

             _Kenya S Bonner_
Notary Public
My Commission Expires: _____

**KENYA S. BONNER**
NOTARY PUBLIC
ALABAMA
STATE AT LARGE
MY COMMISSION EXPIRES 01-19-2010

Recorded In Above Book and Page
10/17/2006 03:25:05 PM
George Diamond
Probate Judge
Randolph County, Alabama

## IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

**GLADYS F. KING,**

     **Plaintiff,**

       **v.**

| | |
|---|---|
| Recording Fee | 18.00 |
| TOTAL | 18.00 |

**Case Number CV-2006- _103_**

**The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:**

> **BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.**

**AND,**

**JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON**

Filed in Office

OCT 1 7 2006

KIM S. BENEFIELD
Clerk of Circuit Court

LISPEN    4    177

FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present
interest therein and including any person

claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.
        **Defendants.**

LISPEN    4   178

### LIS PENDENS

    I, Clerk of the Circuit Court of Randolph County, Alabama, do hereby certify that
the above captioned action is now pending in the Circuit Court of Randolph County,
Alabama. Further, that the stated purpose of said action is to quiet title to the property and
declare ownership of the property. Further, that the real property which is the subject of
said action is said to be situated in Randolph County, Alabama and is described as follows:

> **The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten
> (10) acres of the NW ¼ of NW ¼, all being located in Section 19,
> Township 18, Range 12, Randolph County, Alabama, less and
> except a certain parcel of land located in the NE ¼ of the NW ¼ of
> Section 19, Township 18, Range 12, Randolph County, Alabama,
> being more particularly described as follows: Beginning at a point
> where a line drawn from front door or house to dirt road
> immediately in from or southwesterly direction from the house
> intersects with north line of dirt road; thence in a northwesterly
> direction along the dirt road 256 feet to the point of beginning;
> thence in a northeasterly direction perpendicular to the house a
> distance of 256 feet to a point; thence in a southeasterly direction
> parallel to said road a distance of 511 feet to a point; thence in a
> southwesterly direction a distance of 512 feet to a point; thence in
> a northwesterly direction parallel with said road a distance of 511
> feet to a point; thence in a northeasterly direction a distance of
> 296 feet to the point of beginning; this same less and excepted is
> described by the Randolph County Revenue Commissioner office
> as follows:**
>     **BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF
> NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO
> P.O.B.  SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.**

Given under my hand and the seal of the Court on this _17ᵗʰ_ day of _Oct_ 2006.

_Kim S Benefield_

CLERK OF CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

     Plaintiff,

v.                            Case Number CV-2006- _103_

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19 , Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

     BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON

Filed in Office

OCT 1 7 2006

KIM S. BENEFIELD
Clerk of Circuit Court

FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person

**claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.**
      **Defendants.**

## REQUEST FOR SERVICE BY PUBLICATION

      Come now the Plaintiff and move this Court to allow her to serve the following Defendants: any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interest herein, who may claim any interest in the property the subject of this litigation, by publication pursuant to rule 4.3 of Alabama Rules of Civil Procedure and in support of said request attaches hereto as Exhibit A an affidavit of the Plaintiff's counsel.

                                   Steve R. Morris
                                   Attorney for the Plaintiff
                                   Post Office Box 814
                                   Wedowee, Alabama 36278
                                   (256) 357-9211 -Telephone
                                   (256) 357-9222 - Facsimile

# IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

    Plaintiff,

        v.                    Case NumberCV-2006-___/03___

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW
¼, all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE
¼ of the NW ¼ of Section 19, Township 18,
Range 12, Randolph County, Alabama, being
more particularly described as follows:
Beginning at a point where a line drawn from
front door or house to dirt road immediately in
from or southwesterly direction from the house
intersects with north line of dirt road; thence in
a northwesterly direction along the dirt road
256 feet to the point of beginning; thence in a
northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in
a southeasterly direction parallel to said road a
distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to
a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to
a point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning;
this same less and excepted is described by the
Randolph County Revenue Commissioner office
as follows:

    BEG 350'(S) E & 210' (S) N of SW COR
    OF NE ¼ OF NW1/4; TH NW 511'; NE
    512'; SE 511'; NE 512'; TO P.O.B.
    SEC.19, T18S, R12E. PT OF NE ¼ OF
    NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,

Filed in Office

OCT 1 7 2006

KIM S. BENEFIELD
Clerk of Circuit Court

Faxed to paper
10-17-06
KB

CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present

interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.
      Defendants.

## NOTICE OF LEGAL ACTION

     All unknown parties, including any person claiming a present interest therein and
including any person claiming any future, contingent, reversionary, remainder or other
interest therein, who may claim any interest in the property the subject of this litigation,
said property being situated in Randolph County, Alabama and being more particularly
described as follows:

     **The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the
East ten (10) acres of the NW ¼ of NW ¼, all being
located in Section 19, Township 18, Range 12, Randolph
County, Alabama, less and except a certain parcel of
land located in the NE ¼ of the NW ¼ of Section 19,
Township 18, Range 12, Randolph County, Alabama,
being more particularly described as follows:  Beginning
at a point where a line drawn from front door or house
to dirt road immediately in from or southwesterly
direction from the house intersects with north line of
dirt road; thence in a northwesterly direction along the
dirt road 256 feet to the point of beginning; thence in a
northeasterly direction perpendicular to the house a
distance of 256 feet to a point; thence in a southeasterly
direction parallel to said road a distance of 511 feet to a
point; thence in a southwesterly direction a distance of
512 feet to a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to a point;
thence in a northeasterly direction a distance of 296 feet
to the point of beginning; this same less and excepted is
described by the Randolph County Revenue
Commissioner office as follows:**

     **BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF
NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO
P.O.B.  SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.**

     Whose names and residences are unknown, must answer the Complaint of Plaintiff
~~Gail~~ King within 30 days after the last publication of this notice or a judgment by

*Gladys*

default may be rendered against them in Case No. CV 2006 - _103_, Circuit Court of Randolph County, Alabama.

DONE this the ___17th___ day of ___Oct___, 2006.

_____Kim S Benefill_____
CLERK OF CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

Please publish four (4) consecutive Weeks beginning with the Oct 25th issue. Send bill to: Steve Morris
P.O. Box 814
Wedowee, AL
36278

## ANSWER

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:                     7044

"My name is *Petta D. Morton* _____ I am a
Defendant in the above referenced matter. My address is *7207 Reading Rd.*
*Cinti, OH 45237* _____.
My telephone number is ( *513* ) *731-2227* _____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the *10* day of *17* _____, 2006.

*Petta D Morton*
~~Filed in Office~~
(Signature of Defendant)

OCT 2 0 2006

STATE OF _____*Ohio*_____ )

COUNTY OF ___*Hamilton*___ )

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Petta D Morton* _____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___*17th*___ day of *October* _____, 2006.

*Robert C Curtis*
NOTARY PUBLIC, State at Large
My Commission Expires: _____

ROBERT C. CURTIS
Notary Public, State of Ohio
My Commission Expires Feb. 11, 2008

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
ASSIGNED JUDGE

IN THE CIRCUIT COURT OF RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D002

JONES JOYCE
3428 PARK AVENUE S W

BIRMINGHAM      ,AL  35221-0000

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY **OCT 25 2006**
DAY OF_____, 20_____
FOR THE FOLLOWING REASONS:
☐  2. MOVED
☐  5. INSUFFICIENT ADDRESS
☐  6. DOES NOT RESIDE AT ADDRESS
☐  7. NOT EMPLOYED AT LISTED LOCATION
☐ 12. NO SUCH ADDRESS
☐  9. AVOIDING SERVICE
☐ 13. RECEIVED TOO LATE FOR SERVICE
☑ 14. UNABLE TO CONTACT
☐ 16. OTHER
MIKE HALE, Sheriff of Jefferson County

By _____ , D.S.

NOTES: *Summons/Complaint & Exhibits*

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  08/01/2006  DATE          CLERK: KIM S. BENEFIELD      BY:
                            P. O. BOX 328
                            WEDOWEE  AL  36278
                            (256)357-4551

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
     DOCUMENT IN _____ COUNTY, ALABAMA
     TO:

  _____          _____
                                        SIGNATURE OF SERVER

  _____

  _____          _____
  NAME / ADDRESS ABOVE                  DATE

OPERATOR: CYW
PREPARED: 08/01/2006

RCVD-AUG 09 '06 AM 08:43

b058

# IN THE CIRCUIT COURT FOR RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

Plaintiff

vs.

Specifically Described Lands, etc., et al.,

Defendants

CIVIL ACTION NO. CV-2006-0103

Filed in Office

OCT 3 0 2007

CHRIS MAY
Clerk of Circuit Court

## FIRST AMENDMENT TO ANSWER,
## AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF
## DEFENDANT JESSE FREEMAN

COMES now JESSE FREEMAN, one of the Defendants in the above-styled cause, and in addition to his previously filed answer (and not in substitution thereof) further shows as follows:

### AFFIRMATIVE DEFENSES

In addition to those Affirmative Defenses previously pled, said Defendant asserts the following Affirmative Defenses:

1. Res judicata, claims preclusion, issue preclusion

2. Statute of limitations, laches, waiver, release

3. Statute of Frauds

4. Payment, Release

5. Fraud

6. Forged deeds and conveyances.

### ANSWER

Said Defendant denies all material allegations of said complaint and demands strict proof thereof.

### COUNTERCLAIM

Comes now said Defendant and asserts this his Counterclaims against Plaintiff:

## ADVERSE POSSESSION

1. Defendant shows that he inherited an undivided fractional interest in and to the real estate the subject of Plaintiff's complaint.

2. Defendant further shows that he has ousted the other co-owners of a portion of said real estate, having occupied said portion of said property as his sole and individual residence and curtledge for a period in excess of twenty (20) years, in an open, hostile and adverse manner; and, accordingly, that he has acquired ownership of said real estate by virtue of such adverse possession.

3. Defendant shows that he has become the sole owner of the aforesaid portion of said real estate by virtue of said adverse possession.

WHEREFORE, Defendant asks that this Honorable Court award to him fee simple title in and to the portion of said real estate which said Defendant has adversely possessed as aforesaid.

## ACCOUNTING

4. Defendant shows that he is a joint owner of the real estate the subject of this proceeding. Plaintiff is also a joint owner thereof, said respective interests being set forth in Plaintiff's complaint.

5. Defendant shows that upon information and belief, he believes that Plaintiff has authorized the removal and sale of timber from the said property and has received compensation for such timber.

6. Defendant shows that Plaintiff owns only an undivided fractional interest in said property and the timber located thereon but that she retained for her personal use all of the proceeds from the cutting and sale of said timber.

7. Plaintiff has refused to provide an accounting of the sums received for such timber, although Defendant has requested the same.

8. Plaintiff should be required by this Honorable Court to file with this Court an itemized accounting of all the income so received from the said property and timber, along with any other income received from the said property; and further that she shall be required to account for any and all expenses for which she claims compensation from said timber proceeds; and that she be required to distribute to Defendant and other joint owners their fair share of the net proceeds from said land and timber, as this Honorable Court may order.

WHEREFORE, said Defendant prays that this Honorable Court will make and enter an Order requiring Plaintiff to provide a full accounting of all timber sold and cut from said property, together with any other proceeds from said land; that she be required to account for any expenses for which she claims reimbursement; and that she required to distribute to said

Defendant and other joint owners their undivided fractional shares of such net proceeds from said land and timber.

## CONVERSION

9. Defendant reavers the above and foregoing allegations and further shows as follows:

10. Upon information and belief, said Defendant believes that Plaintiff authorized the removal and sale of timber from the said property and has received compensation for such timber.

11. Said Defendant further believes, upon information and belief, that Plaintiff converted said timber and the sales proceeds there from to her own personal use, with the intent to deprive Defendant and other joint owners of the said timber and proceeds from the sale thereof.

12. Defendant further shows that such conversion was willful, intentional, and malicious.

13. As a proximate consequence of such conversion, Defendant was damaged in that the value of his interest in the said property was diminished by the cutting of the said timber and that he was deprived of the proceeds from the sale of said timber.

WHEREFORE, said Defendant prays that this Honorable Court will make and enter an Order awarding judgment against Plaintiff for compensatory and punitive damages.

_Jesse Freeman_
JESSE FREEMAN, pro se
6309 County Road 92
Newell, AL 36280
(770) 329-5161/ (256) 363-2615

## CERTIFICATE OF SERVICE

I , the undersigned Jesse Freeman, hereby certify that I have this day served a copy of the above and foregoing, first amendment answer to the plaintiffs pleading upon the proper parties has been served by placing a copy of the same in the U.S. Mail, postage pre-paid and addressed to him/her this the 30 day of _October_ , 2007.


*Jesse Freeman*
JESSE FREEMAN, defendant
6309 CO RD 92
Newell, Alabama 36280
(256) 363-2615
(770)329-5161


Steven R. Morris, Esq.
PO BOX 814
Wedowee, AL 36278-0814
(256)357-9211

Randolph County Circuit Clerk
PO Box 328
Wedowee, AL 36278-0328


Chad Lee
PO Box 966
Wedowee, AL 36278
(256)357-4800

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | | |
|---|---|---|
| GLADYS F. KING, | )( | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | )( | RANDOLPH COUNTY, ALABAMA |
| VS. | )( | |
| SPECIFICALLY DESCRIBED , LANDS, ETC., ET AL., | )( | |
| | )( | |
| DEFENDANT. | )( | CASE NO. CV-2006-0103 |

**Filed in Office**

NOV 0 9 2007

CHRIS MAY
Clerk of Circuit Court

## ANSWER

Comes now Charles Ned Wright, Attorney, for all unknown Defendants and denies each and every allegation of the Plaintiffs Complaint.

Charles Ned Wright
Attorney for Defendant
P.O. Box 132
Wedowee, AL 36278
256/357-2416

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 9th day of November, 2007, mailed a copy of the foregoing to the following individual, by United States mail, properly addressed, with first class postage prepaid:

Steven R. Morris, Esq.
P. O. Box 814
Wedowee, AL. 36278-0814

Jesse Freeman, Defendant
6309 Co. Rd. 92
Newell, AL. 36280

Charles Ned Wright
Attorney At Law

# IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

Filed in Office

NOV 20 2007

CHRIS MAY
Clerk of Circuit Court

GLADYS F. KING,                          )
      Plaintiff,                         )
                              )
vs.                                      )     Case No. CV-2006-103
                              )
JOYCE JONES ET AL.,                      )
      Defendant,                         )

## <u>ORDER</u>

Upon motion of the Plaintiff, the trial of this matter is hereby scheduled before the Court on **February 7, 2008, at 9:00 a.m. before Judge Steve R. Perryman.**

At least ten (10) days prior to trial, the parties shall furnish to each other all photographs, bills, statements or other exhibits they intend to introduce into evidence, whether in possession of counsel, their client or witnesses. In the event any exhibit exceeds seven (7) pages, counsel shall make that document available for inspection. All of the above shall be deemed authentic and admissible without predicate unless the opposing party objects in writing within three (3) days of receipt. Provided, however, that this provision is not intended to make legally inadmissible evidence admissible. Parties are not required to furnish copies of exhibits previously filed pursuant to a subpoena duces tecum or which may have been produced in the course of discovery. However, counsel shall list those items.

(1)     At least ten (10) days prior to trial counsel shall exchange witness lists to include addresses. This provision does not apply to rebuttal witnesses. Counsel may supplement this list up to five (5) days prior to trial.

(2)     At least ten (10) days prior to trial, counsel should indicate, if any, those portion(s) of deposition(s) to be read during the trial of this matter.

(3)     If any of the information contained in the above paragraphs is furnished by mail, it shall be post-marked at least thirteen (13) days prior to trial.

(4)     Discovery shall be complete ten (10) days prior to trial. Provided, however, that the Court may allow discovery within (10) days of trial in special circumstances.

(5)     Unless an objection is interposed within (10) days of the date of the filing of this

Order, all parties will be deemed to be properly named.

The Clerk of the Court is directed to mail a copy of this Order to counsel of record and any unrepresented party.

DONE this the _27th_ day of November, 2007.

STEVE R. PERRYMAN
Circuit Judge

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

```
|------------------------------------------------------------------------|
|            IN THE CIRCUIT COURT OF  RANDOLPH        COUNTY             |
|                                                                        |
| GLADYS F KING VS JOYCE JONES ET ALS                                    |
|                                                                        |
| SERVE ON:  D058                                                        |
|                                                                        |
|            FREEMAN JESSE                                                |
|            6309 CO RD 92                                                |
|                                                                        |
|            NEWELL            ,AL  36280-0000                            |
|            (770)329-5761   or  (256)363-2615                           |
|                                                                        |
| NOTES:                                                                  |
|     PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/08     |
|                                                                        |
|------------------------------------------------------------------------|
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                                |
|            YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT      |
|            TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.          |
|                                                          BY: CW         |
|   12/05/2007  DATE            CLERK: CHRIS MAY                          |
|                                     P. O. BOX 328                       |
|                                     WEDOWEE  AL  36278                  |
|                                     (256)357-4551                       |
|------------------------------------------------------------------------|
|   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED  |
|      DOCUMENT IN _____RC_____ COUNTY, ALABAMA                        |
|      TO:                                                                |
|      Freeman Jesse                                                      |
|      6309 CRd 92              _____                  |
|      Newell  Al              SIGNATURE OF SERVER                        |
|                               12-11-07                                  |
|   NAME / ADDRESS ABOVE        DATE                                      |
|------------------------------------------------------------------------|
```

OPERATOR: CYW
PREPARED: 12/05/2007

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

-------------------------------------------------------------------------

IN THE CIRCUIT  COURT OF  RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D083

FREEMAN ROLAND
204 CO RD 435

GRAHAM        ,AL  36263-0000

NOTES:
   PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008

-------------------------------------------------------------------------

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   12/05/2007  DATE          CLERK: CHRIS MAY          BY: _CW_
                             P. O. BOX 328
                             WEDOWEE AL  36278
                             (256)357-4551

-------------------------------------------------------------------------

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _Randolph_____ COUNTY, ALABAMA
   TO:
   _Roland Freeman_____          _Oliver Crenshaw_ A-3
   _204 Co.Rd. 435_____           SIGNATURE OF SERVER
   _Graham al. 36263_____           _12-06-07_____
   NAME / ADDRESS ABOVE             DATE

-------------------------------------------------------------------------

OPERATOR: CYW
PREPARED: 12/05/2007

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

     Plaintiff,

v.

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

     BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND, JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN,

Case Number CV-2006-103

Filed in Office

MAY 29 2007

CHRIS MAY
Clerk of Circuit Court

LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

       Defendants.

## ANSWER TO DEFENDANT'S JESSE FREEMAN COUNTERCLAIM

Comes now the Plaintiff, Gladys F. King, and answers Defendant Jesse

Freeman's Counterclaim as follows:

1. The Plaintiff denies each and every allegation contained in said Counterclaim

and demands strict proof thereof.

Respectfully submitted this _27th_ day of _November_, 2007.

_____
Steve R. Morris
Attorney for the Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
(256) 357-9211 -Telephone
(256) 357-9222 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon the following by placing said copy in the United States Mail, postage prepaid, to the respective mailing address on this the _____ 27ᵗʰ _____ day of _____ November _____, 2007.



_____
Steve R. Morris

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

         v.                      Case NumberCV-2006-___103___

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

      BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER,

Filed In Office

DEC 14 2006

CHRIS MAY
Clerk of Circuit Court

CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH  BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown

parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.

      **Defendants.**

## ORDER APPOINTING GUARDIAN AD LITEM

On motion of the Plaintiff, it is hereby ORDERED that _Hon. Ned Wright_ be and
hereby is appointed Guardian ad Litem to represent all unknown Defendants.

DONE this _14th_ day of _December_, 2006.

_Ray D Martin_

Circuit Judge

Steve Morris
Ned Wright

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

     Plaintiff,

v.

Case Number CV-2006-_*103*_____

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW
¼, all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE
¼ of the NW ¼ of Section 19 , Township 18,
Range 12, Randolph County, Alabama, being
more particularly described as follows:
Beginning at a point where a line drawn from
front door or house to dirt road immediately in
from or southwesterly direction from the house
intersects with north line of dirt road; thence in
a northwesterly direction along the dirt road
256 feet to the point of beginning; thence in a
northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in
a southeasterly direction parallel to said road a
distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to
a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to
a point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning;
this same less and excepted is described by the
Randolph County Revenue Commissioner office
as follows:

     BEG 350'(S) E & 210' (S) N of SW COR
     OF NE ¼ OF NW1/4; TH NW 511'; NE
     512'; SE 511'; NE 512'; TO P.O.B.
     SEC.19, T18S, R12E. PT OF NE ¼ OF
     NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON

Filed in Office

DEC 1 4 2006

CHRIS MAY
Clerk of Circuit Court

FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person

claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.
     **Defendants.**

## ORDER ALLOWING SERVICE BY PUBLICATION

On motion of the Plaintiff, it is hereby ORDERED that the Defendants, being

any and all unknown parties, including any person claiming a present interest therein

and including any person claiming any future, contingent, reversionary, remainder or

other interest therein, who may claim any interest in the property the subject of this

litigation, shall be served by publication in *The Randolph Leader* pursuant to rule 4.3 of

the Alabama Rules of Civil.

Done this _____ 14th _____ day of __*December*__ , 2006.


_____
CIRCUIT JUDGE


Steve Morris
Ned Wright

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

     Plaintiff,

        v.                  Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW
¼, all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE
¼ of the NW ¼ of Section 19, Township 18,
Range 12, Randolph County, Alabama, being
more particularly described as follows:
Beginning at a point where a line drawn from
front door or house to dirt road immediately in
from or southwesterly direction from the house
intersects with north line of dirt road; thence in
a northwesterly direction along the dirt road
256 feet to the point of beginning; thence in a
northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in
a southeasterly direction parallel to said road a
distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to
a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to a
point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning;
this same less and excepted is described by the
Randolph County Revenue Commissioner office
as follows:

      BEG 350'(S) E & 210' (S) N of SW COR
      OF NE ¼ OF NW1/4; TH NW 511'; NE
      512'; SE 511'; NE 512'; TO P.O.B.
      SEC.19, T18S, R12E. PT OF NE ¼ OF
      NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,

Filed in Office

FEB 2 6 2007

CHRIS MAY
Clerk of Circuit Court

CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown

parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.

      **Defendants.**

      **COMES NOW** the Plaintiff to request that this matter be set for hearing at the

Court's earliest convenience.

Respectfully submitted this _22nd_ day of _February_, 2007.

        _Steve R Morris_

Steve R. Morris (MOR-122)
Attorney for Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
(256) 357-9211 - Telephone
(256) 357-9222 - Facsimile

Chad Lee

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

          v.

Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

      BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER,

Filed in Office

MAR 0 5 2007

CHRIS MAY
Clerk of Circuit Court

CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH  BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown

parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.

      **Defendants.**

## ORDER

    IT IS HEREBY ORDERED BY THE COURT THAT the above styled case be set For

TRIAL on ___May 29___, **2007 at 9:00 a.m.** at the Randolph County Courthouse,

Wedowee, Alabama.

    Let a copy of this Order be mailed to the attorneys of record and to any unrepresented

party.

        DONE AND SIGNED this the ___5___ day of __march__,2007.

              Circuit Judge

    Steve Morris
    Ned Wright
    Joyce Jones
    Patricia Terrell
    Cheryl Goldring
    Angela Hudson
    Richard Parker
    Beryl Parker
    Candace Slaughter
    Marlon Freeman
    Patrick Freeman
    Beatrice Holman
    Evelyn Freeman
    Edna Freeman
    Beryl Carrington
    Juanita Freeman
    Wilma Coleman
    Lillian Chandler

Sylvester Freeman Jr.
Benita Smith
Jerry Billingsley
Charles Freeman
Willie C Thomas
Mary Lois Thomas
Roosevelt Montgomery
Helen Hassell
Sarah Henderson
Antoinelle Mitchell
Dennis Bennett
Catherine Johnson
Tommie Montgomery
Jessie Dean Barrett
Fannie Palmer
Gregory Freeman
Janice Freeman-Johnson
Jean (Muriel) Scott
Richard Bedgood
Dexter Bedgood
Deborah Evans
Robin Cephas
Kimberly Kelly
Ariel Yisrael
Gerard Davidson
Wayne Davidson
Peta Morton
Corliss McCay
Judah Arry Jerselem
Ivan Young
Brigham Young
Adolph Brown
Janice Lambert
Arla Nesby
Mary H Freeman
Dennis Freeman
Eris Swanson
Ivana Latrice Baisdin
Lataisaj II Renee Freeman
Bernadine F Hardnett
~~Angela J. Hill~~ (Jesse Freeman)
Earl Freeman
David Freeman
Emmanuel Freeman
Essie F. Tarry
Lawrence Heard

Eugenia Angel
Carnell Angel, Jr.
Peter Angel
Roxie A. Brown
Francis Turner
Morris Angel
Charles Angel
Arrie Angel
Helen Angel
Sandra Thomas
Evelyn F. Woodard
Barbara Holley
Hezikiah Carstarphen
Mary Freeman
Thaddeaus Freeman
Kenneth McClure
Lillie F. Middlebrooks
Lorenza Freeman
Leroy Freeman, Jr.
Roland Freeman
Grady Freeman

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING

      Plaintiff,

      V.

CASE NO. CV-2006-103

The NW 1/4 of the NE1/4; the NE 1/4 of the NW 1/4;
and the East ten (10) acres of the NW 1/4 of NW 1/4,
all being located in Section 19, Township 18, Range
12, Randolph county, Alabama, less and except a
certain parcel of land located in the NE 1/4 of the
NW 1/4 of Section 19, Township 18, Range 12,
Randolph County, Alabama, being more particularly
described as follows: Beginning at a point where a line
drawn from front door or house to dirt road immediately
in from or southwesterly direction from the house intersects
with north line of dirt road; thence in a northwesterly
direction along the dirt road 256 feet to the point of beginning;
thence in a northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in a
southeasterly direction parallel to said road a distance of
511 feet to a point; thence in a southwesterly direction a distance
of 512 feet to a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to a point;
thence in a northeasterly direction a distance of 296 feet to
the point of beginning; this same less and excepted is
described by the Randolph County Revenue Commissioner
office as follows:
      BEG 350'(S) E & 210' (S) N OF SW COR
      OF NE 1/4 OF NW 1/4; TH NW 511'; NE
      512'; SW 511'; NE 512'; TO P.O.B.
      SEC. 19, T18S, R12E. PT OF NE 1/4 OF
      NW 1/4

AND,

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,

**Filed in Office**

MAY   3 2007

CHRIS MAY
Clerk of Circuit Court

LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W.M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described property.
        Defendants.

## **MOTION TO CONTINUE**

COMES now the undersigned, Angela J. Hill, attorney of record for the Defendant, Jesse Freeman, and files this Motion to Continue. In support of such Motion, the undersigned states as follows:

1. That this matter is currently set for trial on May 29, 2007.
2. That the undersigned has submitted a Motion to Withdraw and would request the Court allow a continuance in order to allow the Defendant to obtain new Counsel.

Wherefore, the undersigned respectfully requests this Honorable Court continue said trial until the next most convenient court date.

Respectfully submitted this 25th day of April, 2007

Angela Hill (HIL052)

### **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing upon the parties of interest listed below by placing a copy of the same in the United Stated Mail, postage pre-paid and properly addressed on this the 26th day of April, 2007

Steven R. Morris, Esq.
PO Box 814
Wedowee, AL 36278-0814

Randolph County Circuit Clerk
PO Box 328
Wedowee, AL 36278-0328

OF COUNSEL

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING

    Plaintiff,

        V.                                CASE NO. CV-2006-103

The NW 1/4 of the NE1/4; the NE 1/4 of the NW 1/4;
and the East ten (10) acres of the NW 1/4 of NW 1/4,
all being located in Section 19, Township 18, Range
12, Randolph county, Alabama, less and except a
certain parcel of land located in the NE 1/4 of the
NW 1/4 of Section 19, Township 18, Range 12,
Randolph County, Alabama, being more particularly
described as follows: Beginning at a point where a line
drawn from front door or house to dirt road immediately
in from or southwesterly direction from the house intersects
with north line of dirt road; thence in a northwesterly
direction along the dirt road 256 feet to the point of beginning;
thence in a northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in a
southeasterly direction parallel to said road a distance of
511 feet to a point; thence in a southwesterly direction a distance
of 512 feet to a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to a point;
thence in a northeasterly direction a distance of 296 feet to
the point of beginning; this same less and excepted is
described by the Randolph County Revenue Commissioner
office as follows:

      BEG 350'(S) E & 210' (S) N OF SW COR
      OF NE 1/4 OF NW 1/4; TH NW 511'; NE
      512'; SW 511'; NE 512'; TO P.O.B.
      SEC. 19, T18S, R12E. PT OF NE 1/4 OF
      NW 1/4

**Filed in Office**

MAY ⁻ 3 2007

CHRIS MAY
Clerk of Circuit Court

AND,

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,



5-4-08 to
Emailed to
Jean
cu

JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W.M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described property.
    Defendants.

## MOTION TO WITHDRAW

COMES now the undersigned, Angela J. Hill, attorney of record for the Defendant, Jesse Freeman, and files this Motion to Continue. In support of such Motion, the undersigned states as follows:

1.  That this matter is currently set for trial on May 29, 2007.
2.  That the undersigned has become aware that the subject matter of this litigation involves very complex property issues and Defendant's interests would be best served by allowing the undersigned to withdraw so that the Defendant will have the opportunity to obtain counsel that specializes in said litigation.

Wherefore, the undersigned respectfully requests this Honorable Court allow her to withdraw as counsel for the Defendant.

Respectfully submitted this 30th day of April, 2007

Angela Hill (HIL052)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing upon the parties of interest listed below by placing a copy of the same in the United Stated Mail, postage pre-paid and properly addressed on this the 30th day of April, 2007

Steven R. Morris, Esq.
PO Box 814
Wedowee, AL 36278-0814

Randolph County Circuit Clerk
PO Box 328
Wedowee, AL 36278-0328

OF COUNSEL

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING

     Plaintiff,

        V.                      CASE NO. CV-2006-103

The NW 1/4 of the NE1/4; the NE 1/4 of the NW 1/4;
and the East ten (10) acres of the NW 1/4 of NW 1/4,
all being located in Section 19, Township 18, Range
12, Randolph county, Alabama, less and except a
certain parcel of land located in the NE 1/4 of the
NW 1/4 of Section 19, Township 18, Range 12,
Randolph County, Alabama, being more particularly
described as follows: Beginning at a point where a line
drawn from front door or house to dirt road immediately
in from or southwesterly direction from the house intersects
with north line of dirt road; thence in a northwesterly
direction along the dirt road 256 feet to the point of beginning;
thence in a northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in a
southeasterly direction parallel to said road a distance of
511 feet to a point; thence in a southwesterly direction a distance
of 512 feet to a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to a point;
thence in a northeasterly direction a distance of 296 feet to
the point of beginning; this same less and excepted is
described by the Randolph County Revenue Commissioner
office as follows:
     BEG 350'(S) E & 210' (S) N OF SW COR
     OF NE 1/4 OF NW 1/4; TH NW 511'; NE
     512'; SW 511'; NE 512'; TO P.O.B.
     SEC. 19, T18S, R12E. PT OF NE 1/4 OF
     NW 1/4

AND,

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,

Filed in Office

MAY 1 4 2007

CHRIS MAY
Clerk of Circuit Court

LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W.M.
Freeman, Deceased; and any and all unknown
parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described property.

    Defendants.

### <u>ORDER</u>

BASED ON counsel's Motion to Withdraw, and after reviewing the pleadings and for good cause shown, said Motion is hereby **GRANTED**. Angela Hill is hereby granted leave to withdraw in the above styled case.

Honorable Steve Perryman
Circuit Judge

Steve R. Morris
Angela Hill

**IN THE CIRCUIT CORT OF RANDOLPH COUNTY, ALABAMA**

Filed in Office

GLADYS F. KING,
     Plaintiff

MAY 29 2007

CHRIS MAY
Clerk of Circuit Court

Vs.

Case Number: CV-2006-103

The NW ¼ of the NE ¼, etc, et al.
     Defendants

### MOTION TO CONTINUE

COMES NOW, JESSE FREEMAN, a Defendant in the above-styled cause and moves this Honorable Court to continue the trial set in said cause for May. 29,2007 as grounds therefor,shows as follows

1.    Defendant JESSE FREEMAN was formerly represented in this action by attorney, Angela Hill, who has recently withdrew as his attorney in this matter.

2.    Defendant JESSE FREEMAN is diligently seeking replacement counsel but has not been able to secure any as of yet.

3.    It would be in the best interest of Defendant to have legal representation in this matter, as several complex issues are presented.

4.    That a Continuance has not  previously been granted on behalf of Defendant JESSE FREEMAN.

    WHEREFORE,PREMISES CONSIDERED, Defendant prays the court will continue the trial of this cause to a later date to allow Defendant ample time to secure replacement legal representation.

*Jesse Freeman*
JESSE FREEMAN, defendant

5/22/07 Emailed to Jean cw

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on Mr. Steve R.
Morris, Attorney for Plaintiff , P.O. Box 814, Wedowee , Al  36278
By placing a copy of the same in the U.S. Mail properly addressed and postage pre-paid
on the 22nd day of May, 2007.

*Jesse Freeman*
JESSE FREEMAN, defendant
6309 CO RD 92
Newell, Alabama 36280
(256) 363-2615
(770)329-5161


Steven R. Morris, Esq.
PO BOX 814
Wedowee, AL 36278-0814
(256)357-9211

Randolph County Circuit Clerk
PO Box 328
Wedowee, AL 36278-0328


Chad Lee
PO Box 966
Wedowee, AL 36278
(256)357-4800

## <u>ORDER</u>

BASED ON Defendant's Motion for continue to secure legal representation, and after

reviewing the pleading and for good cause shown, said Motion is hereby **GRANTED**.

Defendant Jesse Freeman is hereby granted a continue to secure legal representation until

the next upcoming calendar call in the above styled case.

Honorable Steve Perryman
Circuit Judge

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

*Filed in Office*

MAY 25 2007

CHRIS MAY
Clerk of Circuit Court

| | | |
|---|---|---|
| GLADYS F. KING, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. CV 2006-103 |
| | ) | |
| JOYCE JONES, ET AL., | ) | |
| Defendant | ) | |

## ORDER

On a joint Motion for continuance of parties and after considering the same, said Motion is Granted. Therefore, it is

ORDERED, ADJUDGED and DECREED that:

This matter is continued generally.

THE CLERK OF THE Court is to mail a copy of this Order to counsel of record and any party appearing pro se.

Done this the 25th day of May, 2007.

Steve Morris
Ned Wright
Joyce Jones
Patricia Terrell
Cheryl Goldring
Angela Hudson
Richard Parker
Beryl Parker
Candace Slaughter
Marlon Freeman
Patrick Freeman
Beatrice Holman
Evelyn Freeman
Edna Freeman
Beryl Carrington
Juanita Freeman
Wilma Coleman
Lillian Chandler
Sylvester Freeman Jr.
Benita Smith
Jerry Billingsley

STEVE R. PERRYMAN
Circuit Judge

Charles Freeman
Willie C. Thomas
Mary Lois Thomas
Roosevelt Montgomery
Helen Hassell
Sarah Henderson
Antoinelle Mitchell
Dennis Bennett
Catherine Johnson
Tommie Montgomery
Jessie Dean Barrett
Fannie Palmer
Gregory Freeman
Janice Freeman-Johnson
Jean (Muriel) Scott
Richard Bedgood
Dexter Bedgood
Deborah Evans
Robin Cephas
Kimberly Kelly
Ariel Yisrael
Gerald Davidson
Wayne Davidson
Peta Morton
Corliss McCay
Judah Arry Jerselem
Ivan Young
Brigham Young
Adolph Brown
Janice Lambert
Arla Nesby
Mary H. Freeman
Dennis Freeman
Eris Swanson
Ivana Latrica Baisdin
Lataisaj II Renee Freeman
Bernadine F. Hardnett
Jesse Freeman
Earl Freeman
David Freeman
Emmanuel Freeman
Essie F. Tarry
Lawrence Heard
Eugenia Angel
Carnell Angel, Jr
Peter Angel

Roxie A. Brown
Francis Turner
Morris Angel
Charles Angel
Arrie Angel
Helen Angel
Sandra Thomas
Evelyn F. Woodard
Barbara Holley
Hezikiah Carstarphen
Mary Freeman
Thaddeaus Freeman
Kenneth McClure
Lillie F. Middlebrooks
Lorenza Freeman
Leroy Freeman, Jr.
Roland Freeman
Grady Freeman

Filed In Office

MAY 2 9 2007

CHRIS MAY
Clerk of Circuit Court

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,           )
          Plaintiff       )
                          )
    v.                    )        Civil Action No. CV 2006-103
                          )
JOYCE JONES, ET AL.,      )
          Defendant       )

## ORDER

On a joint Motion for continuance of parties and after considering the same, said Motion is Granted.    Therefore, it is

ORDERED, ADJUDGED and DECREED that:

This matter is continued generally.

THE CLERK OF THE Court is to mail a copy of this Order to counsel of record and any party appearing pro se.

Done this the 25th day of May, 2007.

STEVE R. PERRYMAN
Circuit Judge



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D057

1. Article Addressed to:

Bernadine F. Hardnett
5265 Halcyon Dr.
College Park, GA
30270

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
12 Dec 07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

DEC 1 2 2007

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0003 4210 0179

PS Form 3811, 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D059

1. Article Addressed to:

Earl Freeman
4635 Newcastle Circl
Lithonia, GA
30038-3516

CV06-103

2. Article Number
(Transfer from service label)   7006 21

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

CV06-103   D057

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To Bernadine F. Hardnett
Street, Apt. No.; or PO Box No. 5265 Halcyon Dr.
City, State, ZIP+4 College Park, GA 30270

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0003 4210 0179

---

**U.S. Postal Service™**
**CERTIFIED MAIL™**
*(Domestic Mail Only; No Ins*

For delivery information visit o

OFFIC

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9 |

Sent To Earl Free
Street, Apt. No.; or PO Box No. 4635 N
City, State, ZIP+4 Lithonia, GA

PS Form 3800, August 2006

7006 2150 0003 4210 0186

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Junice Lambert
1010 Clearbrook Ave
Cincinnati, Ohio 45229
(M)
CN06-103
D050

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  John Lamor
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
John Lamort   12/13

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number   7006 2150 0003 4210 2661

PS Form 3811

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ 9.48

Sent To  Junice Lambert
Street, Apt. No.; or PO Box No.  1010 Clear Brook Ave
City, State, ZIP+4  Cincinnati, Ohio 45229 (M)

OFFICIAL USE

CN06-103 D050

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jessie Dean Barrett
4315 Ridgecrest Dr.
Suitland, Maryland
20746
CN06-103  D031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label)   7006 2150 0003 4210 0261

PS Form 3811

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ 9.48

Sent To  Jessie Dean Barrett
Street, Apt. No.; or PO Box No.  4315 Ridgecrest Dr.
City, State, ZIP+4  Suitland, Maryland 20746

OFFICIAL USE

CN06-103 D031

7006 2150 0003 4210 0261

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D030
CV06-103

1. Article Addressed to:

Tommie Montgomery
5215 Yew Lane
Louisville, KY
40213-3047

2. Article Number
(Transfer from service label)     7006 2150 0003 4210 0254

PS Form 3811,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                    12-12-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

CV06-103
D030

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To  Tommie Montgomery
Street, Apt. No.;  5215 Yew Lane
or PO Box No.
City, State, ZIP+4  Louisville, KY 40213-3047

PS Form 3800, August 2006                See Reverse for Instructions

7006 2150 0003 4210 0254

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. DM47

1. Article Addressed to:

Ivan Young
5533-G Limaburg Rd
Burlington, KY
41005-9016
CV010-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
A. Young   12/4/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)   7006 2150 0003 4210 2722

PS Form 3811, Februa   595-02-M-1540

---

**U.S. Postal Service™** CV010-103
**CERTIFIED MAIL™ RECEIPT** DM47
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To   Ivan Young
Street, Apt. No.;
or PO Box No.   5533-G Limaburg Rd
City, State, ZIP+4   Burlington, KY 41005-9016

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0003 4210 2722

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D044

1. Article Addressed to:

Peta Morton
7207 Reading Rd
Cincinnati, Ohio
45237 (M)

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Peta Morton
☐ Agent ☑ Addressee

B. Received by ( Printed Name)

C. Date of Delivery
12/14/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number
(Transfer from service label)

7006 2150 0003 4210 2715

PS Form 3811,

102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only: No Insurance Coverage Provided)

CV06-103
D044

For delivery information visit our website at www.usps.com®

7006 2150 0003 4210 2715

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To
Peta Morton
Street, Apt. No.; or PO Box No.
7207 Reading Rd
City, State, ZIP+4
Cincinnati, Ohio 45237 (M)

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D043

1. Article Addressed to:

Wayne Davidson
8267 Woodbine Ave
Cincinnati, Ohio 45216
(M)

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Wayne Davidson_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Wayne Davidson   12-13-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2150 0003 4210 2708

PS Form 3811,   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**   CV06-103
(Domestic Mail Only; No Insurance Coverage Provided)   D043

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Sent To
Wayne Davidson
Street, Apt. No.; or PO Box No.
8267 Woodbine Ave
City, State, ZIP+4
Cincinnati, Ohio 45216 (M)

7006 2150 0003 4210 2708

PS Form 3800, August 2006   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits. D032

1. Article Addressed to:

Fannie Palmer
6005 Walton Ave.
Suitland, Maryland
            20746

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    10 DEC 2007 PM    ☑ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
F. Palmer    12·14·7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0003 4210 0278

PS Form 3811,    102595-02-M-15

---

**U.S. Postal Service™**    CV06-103    D032
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark
Here

Sent To    Fannie Palmer
Street, Apt. No.;
or PO Box No. 6005 Walton Ave.
City, State, ZIP+4    Suitland Maryland 20746

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0003 4210 0278



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

D035

1. Article Addressed to:

Jean Scott
(muriel)
3565 Harvey Ave
Cincinnati, Ohio
45229
CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent
                   □ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                  12-12-07
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)    7006 2150 0003 4210 2739

PS Form 3811,                                    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**    CV06-103  D035
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9,48 |

Postmark Here

Sent To  Jean Scott (Muriel)
Street, Apt. No.; or PO Box No.  3565 Harvey Ave
City, State, ZIP+4  Cincinnati, Ohio 45229

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0003 4210 2739

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D038

1. Article Addressed to:

Deborah Evans
6065 Silkwater court
Raleigh, NC 27610

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Deborah Evans_    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

DEBORAH J. EVANS

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0003 4210 0094

PS Form 3811,                         102595-02-M-154

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

CV06-103
D038

Sent To _Deborah_
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7006 2150 0003 4210 0094

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D039

1. Article Addressed to:

Robin Cephas
1220 Regent Ave
Cincinnati, Ohio
45237
CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0003 4210 0100

PS Form 3811,    102595-02-M-15

**U.S. Postal Service™** CV06-103
**CERTIFIED MAIL™ RECEIPT** D039
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark
Here

7006 2150 0003 4210 0100

Sent To Robin Cephas
Street, Apt. No.; or PO Box No. 1220 Regent Ave
City, State, ZIP+4 Cincinnati, Ohio 45237

PS Form 3800, August 2006    See Reverse for Instructions

**NDER: COMPLETE THIS SECTION**

Complete items 1, 2, 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

D046

Article Addressed to:

Arry Jerusalem Judah
644 Powers Street
Cincinnati, OH
45223

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

CORRY E STATION
DEC 12
CINCINNATI OH 452

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number          7006 2150 0004 0420 3473
   (Transfer from service label)

PS Form 3811, Fe                                    102595-02-M-154

CV06-103

---

**U.S. Postal Service ™**
**CERTIFIED MAIL ™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark
Here

CV06-103
D046

Sent To  Arry Jerusalem Judah
Street, Apt. No.;  644 Powers Street
or PO Box No.
City, State, ZIP+4  Cincinnati OH 45223

7006 2150 0004 0420 3473

PS Form 3800, August 2006                    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

D051

1. Article Addressed to:

Aria Nesby
119 Burson Ave
Carrolton, GA 30117
(M)

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Arlee Nesby_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_____   12/12/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)   7006 2150 0003 4210 2678

PS Form 3811, Feb   102595-02-M-1540

---

7006 2150 0003 4210 2678

**U.S. Postal Service™**   CV06-103
**CERTIFIED MAIL™ RECEIPT**   D051
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To   Aria Nesby
Street, Apt. No.; or PO Box No.   119 Burson Ave
City, State, ZIP+4   Carrolton, GA 30117 (M)

PS Form 3800, August 2006   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D025

1. Article Addressed to:

Helen Hassell
1116 Hybird Ave.
Capitol, Maryland 20743
CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Helen J Hassell_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  He len J Hasse ll

C. Date of Delivery  12-13-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2150 0003 4210 0292

PS Form 3811,   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Essie F. Tarry
4846 Eastern Ave. ,N.E.
Washington, D.C.
20017
CV06-103   (D062)

2. Article Number
   (Transfer from service label)   7005

PS Form 3811, Fe...

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

CV06-103  D025

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Sent To  Helen Hassell
Street, Apt. No.; or PO Box No.  1116 Hybird Ave
City, State, ZIP+4  Capitol, Maryland 20743

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0003 4210 0292

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No In...

For delivery information visit o...

**OFFIC...**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9 |

Sent To  Essie F. T...
Street, Apt. No.; or PO Box No.  4846 E...
City, State, ZIP+4  Washing...

PS Form 3800, June 2002

7005 1820 0004 4997 6099

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits. DO78

Article Addressed to:

Thaddeaus Freeman
&Ceo/ ElCamino Dr
5006 Caprice Dr.
Middletown, Ohio 45042

VO6-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /Thaddeus Free.   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
X  Thaddeus Freeman   12-12-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No
DR.

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0003 4210 0124

PS Form 3811, Febru

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits. DO79

1. Article Addressed to:

Kenneth Mcclure
216 Marken Dr.
Dayton, Ohio
      45405-5242
CVO6-103

2. Article Number
(Transfer from service label)   7006 2150

PS Form 3811, Feb

A. S
X

B. R

D. I
I

3. S
☐
☐

4. R

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
CV06-103   DO78

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Sent To  Thaddeaus Freeman
Street, Apt. No.; or PO Box No.  5006 Caprice Dr.
City, State, ZIP+4  Middletown, Ohio 45042

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0003 4210 0124   02595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™**
(Domestic Mail Only; No Insur

For delivery information visit our w

OFFICIA

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9. |

Sent To  Kenneth m
Street, Apt. No.; or PO Box No.  216 ma
City, State, ZIP+4  Dayton,

PS Form 3800, August 2006

7006 2150 0003 4210 1410

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D069

1. Article Addressed to:

Angel Morris
1112 Wyland St SW
Atlanta GA 30310

CV06-103;

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Maura Ruyl_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Maurice Ruyel   12/4/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2150 0003 4211 7795

PS Form 3811, Febr  102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D073

1. Article Addressed to:

Sandra Thomas
522 Larchmont Circle
N.W.
Atlanta, GA 30318

CV06-103

2. Arti
   (Tra

PS Fo...

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To  Angel Morris
Street, Apt. No.; or PO Box No.  1112 Wyland St SW
City, State, ZIP+4  Atlanta GA 30310

7006 2150 0003 4211 7795

PS Form 3800, August 2006   See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL**
*(Domestic Mail Only; No In*

For delivery information

OFFIC

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Sandra
Street, Apt. No.; or PO Box No.  522 Larc
City, State, ZIP+4  Atlanta

7006 2150 0003 4210 2654

PS Form 3800, August 2006

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. DOCD

1. Article Addressed to:

Peter Angel
179-54 Selover Road
Springfield GA NY
11434

CVO6-103

2. Article Number
(Transfer from service label)

7006 2150 0003 4211 7788

PS Form 3811, F

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. DOCD

1. Article Addressed to:

Roxie A. Brown
817 N. Parkdale Ave
Chattanooga, TN 37411

CVO6-103

2. Article Number
(Transfer from service label)

7006 2150

PS Form 3811, F

---

**U.S. Postal Service ™**
**CERTIFIED MAIL ™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To  Peter Angel
Street, Apt. No.; or PO Box No.  179-54 Selover Rd.
City, State, ZIP+4  Springfield GA NY 11434

PS Form 3800, August 2006        See Reverse for Instructions

7006 2150 0003 4211 7788

---

**U.S. Postal Service ™**
**CERTIFIED MAIL ™**
(Domestic Mail Only; No Insu

For delivery information visit our

OFFICI

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9. |

Sent To  Roxie A. B
Street, Apt. No.; or PO Box No.  817 N. Pa
City, State, ZIP+4  Chattanoo

PS Form 3800, August 2006

7006 2150 0003 4210 2609

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kenneth Turner_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

DEC 1 2 2007

1. Article Addressed to:

Francis Turner
P.O. Box 932
mableton, GA 30126

CV06-103

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number
(Transfer from service label)  7006 2150 0003 4210 2616

PS Form 3811, Fet

102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D004

1. Article Addressed to:

mrs. Eugenia Angel
179-54 Selover Rd
Springfield Garden,
NY 11434

CV06-103

2. Article Number
(Transfer from service label)  7006 2150

PS Form 3811,

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**  CV06-103  D008
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To  Francis Turner
Street, Apt. No.; or PO Box No.  P.O. Box 932
City, State, ZIP+4  Mableton, GA 30126

7006 2150 0003 4210 2616

PS Form 3800, August 2006  See Reverse for Instruction

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insur

For delivery information visit our

OFFICIA

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9. |

Sent To  mrs. Eugenia
Street, Apt. No.; or PO Box No.  179-54 Sel
City, State, ZIP+4  Springfield Gar

7006 2150 ... 4210 2593

PS Form 3800, August 2006

**CERTIFIED MAIL**

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**CHRIS MAY**
CIRCUIT CLERK OF RANDOLPH COUNT
P.O. BOX 328
WEDOWEE, ALABAMA 36278

D065

1/10/08

7006 2150 0004 0420 3497





02 1P
0004170051
MAILED FROM

JAN 1 1 2008

CHRIS MAY
Clerk of Circuit Court

CARNELL ANGEL JR
179-54 SERLOVER RD
SPRINGFIELD

NIXIE     110  BC 1        01

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 36278032828     *2809-0132

36278Q0328

**CERTIFIED MAIL™**

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**CHRIS MAY**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278

7006 2150 0003 4210 0216



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 009.48⁰
0004170050  DEC 10 2007
MAILED FROM ZIP CODE 36278

Filed in Office

JAN 1 1 2008

CHRIS MAY
Clerk of Circuit Court

EMMANUEL FREEMAN
2848 DA VINCE
DECATUR GA 30034

NAME_____
1ST NOTICE_____
2ND NOTICE  12·27

NIXIE     300   DE 1       00 01/08/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 36278032828     *1924-10388-10-47

3003483i35278@0328

---

**CERTIFIED MAIL™**

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**CHRIS MAY**
CIRCUIT CLERK OF RANDOLPH CO
P.O. BOX 328
WEDOWEE, ALABAMA 3627

7006 2150 0003 4210 0322



UNITED STATES POSTAGE
PITNEY BOWES
02 1P     $ 009.48⁰
0004170050  DEC 10 2007
MAILED FROM ZIP CODE 36278

12·17

Filed in Office

JAN 2008

CHRIS MAY
Clerk of Circuit Court
RETURN



3734331521 RO18

AVSO305

1/7

ALABAMA JUDICIAL DATA CENTER
RANDOLPH        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

---

IN THE CIRCUIT  COURT OF  RANDOLPH       COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D003

TERRELL PATRICIA                3/8/A
109 15TH COURT NORTH

BIRMINGHAM       ,AL  35204-0000

NOTES:
    PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/08

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

    12/04/2007   DATE          CLERK: CHRIS MAY              BY: CM
                                     P. O. BOX 328
                                     WEDOWEE   AL  36278
                                     (256)357-4551

---

    I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
        DOCUMENT IN _____ COUNTY, ALABAMA
        TO:

    _____      _____
                                            SIGNATURE OF SERVER

    _____

    _____      _____
    NAME / ADDRESS ABOVE                    DATE

RCVD-DEC 11 '07 AM 09:11

OPERATOR: CYW
PREPARED: 12/04/2007

EXECUTED this the _9TH_
day of _JAN_ 20_08_
by leaving a copy of the within with
X _Patricia Terrel_

MIKE HALE, Sheriff
Jefferson County, Alabama

By _Patricia Terrel_ DS

served by: GWPmb

IO

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH       COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

```
------------------------------------------------------------------------
|                   IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY      |
|                                                                        |
| GLADYS F KING VS JOYCE JONES ET ALS                                   |
|                                                                        |
| SERVE ON:  D014                                                       |
|                                                                        |
|                                                                        |
|            CARRINGTON BERYL                                            |
|            1521 13TH ST NORTH                                          |
|                                                                        |
|       BIRMINGHAM        ,AL  35204-0000                                |
|                                                                        |
|                                                                        |
|                                                                        |
| NOTES:                                                                 |
|     PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008   |
|                                                                        |
|                                                                        |
|                                                                        |
------------------------------------------------------------------------
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                               |
|           YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT      |
|           TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.         |
|                                                                        |
|   12/04/2007  DATE              CLERK: CHRIS MAY           BY: CU      |
|                                        P. O. BOX 328                   |
|                                        WEDOWEE  AL  36278              |
|                                        (256)357-4551                   |
|                                                                        |
------------------------------------------------------------------------
|   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED  |
|      DOCUMENT IN Jeffers              COUNTY, ALABAMA                  |
|      TO: B. Carrington                                                 |
|                                          SIGNATURE OF SERVER          |
|                                                                        |
|                                              1-2-08                    |
|   NAME / ADDRESS ABOVE                   DATE                          |
------------------------------------------------------------------------
```

RCVD DEC 11 '07 AM 09:14

OPERATOR: CYW
PREPARED: 12/04/2007

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

```
|--------------------------------------------------------------------------|
|              IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY               |
|                                                                          |
| GLADYS F KING VS JOYCE JONES ET ALS                                      |
|                                                                          |
| SERVE ON:  D014                                                          |
|                                                                          |
|                                                                          |
|             CARRINGTON BERYL                                             |
|             1521 13TH ST NORTH                                           |
|                                                                          |
|             BIRMINGHAM       ,AL  35204-0000                             |
|                                                                          |
|                                                                          |
| NOTES:                                                                   |
|    PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008      |
|                                                                          |
|                                                                          |
|                                                                          |
|--------------------------------------------------------------------------|
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                                  |
|             YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT      |
|             TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.          |
|                                                                          |
|   12/04/2007   DATE          CLERK: CHRIS MAY            BY: CU          |
|                              P. O. BOX 328                               |
|                              WEDOWEE  AL  36278                          |
|                              (256)357-4551                               |
|                                                                          |
|--------------------------------------------------------------------------|
|   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED    |
|   DOCUMENT IN                     COUNTY, ALABAMA                        |
|   TO:  B. Carrington                                                     |
|                                              D-S                         |
|                                    SIGNATURE OF SERVER                   |
|                                                                          |
|                                        1-2-08                            |
|   NAME / ADDRESS ABOVE               DATE                                |
|--------------------------------------------------------------------------|
```

RCVD DEC 11 '07 AM 09:14

OPERATOR: CYW
PREPARED: 12/04/2007

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

```
IN THE CIRCUIT COURT OF RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS


SERVE ON:  D008


        SLAUGHTER CANDACE              318A2
        109 15TH COURT NORTH

        BIRMINGHAM    ,AL  35204-0000



NOTES:
    PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008
```

```
TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  12/04/2007  DATE         CLERK: CHRIS MAY            BY: CW
                                  P. O. BOX 328
                                  WEDOWEE AL  36278
                                  (256)357-4551
```

```
  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
     DOCUMENT IN _____ COUNTY, ALABAMA
     TO:

  _____       _____
                                         SIGNATURE OF SERVER

  _____

  _____       _____
  NAME / ADDRESS ABOVE                    DATE
```

RCVD-DEC 11 '07 AM09:13

OPERATOR: CYW
PREPARED: 12/04/2007

EXECUTED this the 9TH
day of JAN      20 08
by leaving a copy of the within with
Patricia Terrell for
Candace Slaughter
        MIKE HALE, Sheriff
      Jefferson County, Alabama
By Patricia Terrell D.S.
    Candace Slaughter

by: Geo Pouch

18

**CERTIFIED MAIL**

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**CHRIS MAY**
CIRCUIT CLERK OF RANDOLPH C...
P.O. BOX 328
WEDOWEE, ALABAMA 3627

7006 2150 0003 4210 0315

**RESTRICTED DELIVERY**

SARAH HENDERSON
815 WOODMORE LANE
CHATTANOOGA TN 37411

NIXIE          379   58 1     75   01/03/08

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 36278032028          *2959-03093-03-20

NOTIFIED
12-12

CHRIS MAY
Clerk of Circuit Court

RETURN RECEIPT
FILED IN OFFICE
JAN 7 2008

UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 005.480
0004170050   DEC 10 2007
MAILED FROM ZIP CODE 36278

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7006 2150 0003 4210 0315

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ 9.48

Sent To: Sara Henderson
Street, Apt. No; or PO Box No. 815 Woodmore Lane
City, State, ZIP+4 Chattanooga TN 37411

PS Form 3800, August 2006

D022

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**CHRIS MAY**
CIRCUIT CLERK OF RANDOLPH COUN
P.O. BOX 328
WEDOWEE, ALABAMA 36278

1ST NOTICE 12/15

DEC 20

RETURN 12/30 MRS
12/11

7006 2150 0003 4230 0230

UNC

NIXIE

CIRCLE

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

CV04-103
D022

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To
Willie C. Thomas
Street, Apt. No.; or PO Box No.
31775 Scotsdale Cir. Bld 8 Apt 301
City, State, ZIP+4
Westland, Michigan 48185

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0003 0124 0050

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

IN THE CIRCUIT COURT OF RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON: D010

*WEDOS 104, SINGAPORE*

FREEMAN PATRICK          310 A
2605 TORONTO CIRCLE

BIRMINGHAM      ,AL  35211-0000

NOTES:
PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

12/04/2007  DATE          CLERK: CHRIS MAY          BY: _____
P. O. BOX 328
WEDOWEE  AL  36278
(256)357-4551

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____          _____
                                 SIGNATURE OF SERVER

_____

_____          _____
NAME / ADDRESS ABOVE             DATE

OPERATOR: CYW
PREPARED: 12/04/2007

RCVD-DEC 11 '07 AM 09:14

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS _12.27_, 20 0_7_

DAY OF _____
FOR THE FOLLOWING REASONS:
☐ 2. MOVED
☐ 8. INSUFFICIENT ADDRESS
☐ 6. DOES NOT RESIDE AT ADDRESS
☐ 7. NOT EMPLOYED AT LISTED LOCATION
☐ 12. NO SUCH ADDRESS
☐ 9. AVOIDING SERVICE
☐ 13. RECEIVED TOO LATE FOR SERVICE
☒ 14. UNABLE TO CONTACT
☐ 18. OTHER
☐ 17. OUT OF JURISDICTION
MIKE HALE, Sheriff of Jefferson County

BY _____, D.S.

XVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

---

IN THE CIRCUIT COURT OF  RANDOLPH     COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D009

FREEMAN MARLON
2605 TORONTO CIRCLE

BIRMINGHAM     ,AL  35211-0000

NOTES:
    PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  12/04/2007   DATE          CLERK: CHRIS MAY              BY:
                                    P. O. BOX 328
                                    WEDOWEE  AL  36278
                                    (256)357-4551

---

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____ COUNTY, ALABAMA
      TO:

  _____        _____
                                          SIGNATURE OF SERVER

  _____
  NAME / ADDRESS ABOVE                     DATE

OPERATOR: CYW
PREPARED: 12/04/2007

RCVD DEC 11 '07 AM 09:13

THIS WRIT RETURNED NOT FOUND
IN JEFFERSON COUNTY THIS _____
DAY OF _____, 20____
FOR THE FOLLOWING REASONS:
☐  2.  MOVED
☐  8.  INSUFFICIENT ADDRESS
☐  6.  DOES NOT RESIDE AT ADDRESS
☐  7.  NOT KNOWN AT LISTED LOCATION
☐ 12.  NO SUCH ADDRESS
☐  9.  AVOIDING SERVICE
☐ 13.  RECEIVED TOO LATE FOR SERVICE
☒ 14.  UNABLE TO CONTACT
☐ 16.  OTHER
☐ 17.  OUT OF JURISDICTION
MIKE HALE, Sheriff of Jefferson County
By _____, D.S.

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH        COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

IN THE CIRCUIT COURT OF RANDOLPH

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D007

PARKER BERYL
2928 HUNTER RIDGE RD
APT 206
BIRMINGHAM     ,AL  35235-0000

*(handwritten/stamped overlay)* THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS COUNTY
DAY OF _____ 20 ___
FOR THE FOLLOWING REASONS:
☐  2.  MOVED
☐  8.  INSUFFICIENT ADDRESS
☐  6.  DOES NOT RESIDE AT ADDRESS
☐  7.  NOT EMPLOYED AT LISTED LOCATION
☐  12. NO SUCH ADDRESS
☐  9.  AVOIDING SERVICE
☐  13. RECEIVED TOO LATE FOR SERVICE
☐  14. UNABLE TO CONTACT
☐  16. OTHER
MIKE HALE, Sheriff of Jefferson County          D.S.

NOTES:
    PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
          YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
          TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

  12/04/2007   DATE          CLERK: CHRIS MAY          BY:
                             P. O. BOX 328
                             WEDOWEE  AL  36278
                             (256)357-4551

---

  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
  DOCUMENT IN _____ COUNTY, ALABAMA
     TO:

  _____        _____
                                          SIGNATURE OF SERVER

  _____

  _____        _____
  NAME / ADDRESS ABOVE                     DATE

OPERATOR: CYW
PREPARED: 12/04/2007

RCVD DEC 11 '07 AM 09:14

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

---

IN THE CIRCUIT  COURT OF  RANDOLPH

GLADYS F KING VS JOYCE JONES ET ALS

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS _____
DAY OF _____ 20 ___

SERVE ON:   D004

FOR THE FOLLOWING REASONS:
☐ 2. MOVED
☐ 8. INSUFFICIENT ADDRESS
☐ 6. DOES NOT RESIDE AT ADDRESS
☐ 7. NOT EMPLOYED AT LISTED LOCATION
☐ 12. NO SUCH ADDRESS
☐ 9. AVOIDING SERVICE
☐ 13. RECEIVED TOO LATE FOR SERVICE
☐ 14. UNABLE TO CONTACT
☐ 16. OTHER

GOLDRING CHERYL
2928 HUNTER RIDGE ROAD
APT 206
BIRMINGHAM    ,AL  35235-0000

MIKE HALE, Sheriff of Jefferson County

By _____ , D.S.

NOTES:
PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/08

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

12/04/2007  DATE          CLERK: CHRIS MAY          BY: _____
                          P. O. BOX 328
                          WEDOWEE  AL  36278
                          (256)357-4551

---

I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
DOCUMENT IN _____ COUNTY, ALABAMA
TO:

_____        _____
                                    SIGNATURE OF SERVER

_____

_____        _____
NAME / ADDRESS ABOVE                 DATE

---

OPERATOR: CYW
PREPARED: 12/04/2007

RCV'D DEC 11 '07 AM 09:13



STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**CHRIS MAY**
CIRCUIT CLERK OF RANDOLPH COUNTY
P.O. BOX 328
WEDOWEE, ALABAMA 36278

CERTIFIED MAIL

7006 2150 0003 4210 0223

FIRST NOTICE

RESTRICTED DELIVERY

CHARLES FREEMAN
36 COLIN POWELL CT
BO1

NIXIE        421    5E 1      25   12/30/07

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 36278032828          *2670-02739-30-00

12-12-N/C
12-13-N/C
12-14-N/C

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

```
|-----------------------------------------------------------------------|
|                     IN THE CIRCUIT  COURT  OF  RANDOLPH     COUNTY     |
|                                                                       |
| GLADYS F KING VS JOYCE JONES ET ALS                                   |
|                                                                       |
| SERVE ON:  D076                                                       |
|                                                                       |
|                                                                       |
|            CARSTARPHEN HEZIKIAH                                        |
|            3306 23RD ST                                               |
|-----------------------------------------------------------------------|
```

DEC 1 4 2007

DATE
NOT FOUND AFTER
DILIGENT EFFORT
BY

up to five (5) days prior to trial.

(2)     At least ten (10) days prior to trial, counsel should indicate, if any, those portion(s) of deposition(s) to be read during the trial of this matter.

(3)     If any of the information contained in the above paragraphs is furnished by mail, it shall be post-marked at least thirteen (13) days prior to trial.

(4)     Discovery shall be complete ten (10) days prior to trial.  Provided, however, that the Court may allow discovery within (10) days of trial in special circumstances.

(5)     Unless an objection is interposed within (10) days of the date of the filing of this

AVSO305
```
                    ALABAMA JUDICIAL DATA CENTER
                       RANDOLPH      COUNTY

                    ORDER FOR SERVICE AND RETURN
                                           CV 2006 000103.00
                                        STEVEN RICHARD PERRY
|------------------------------------------------------------|
|                  IN THE CIRCUIT COURT OF  RANDOLPH    COUNTY |
|                                                              |
| GLADYS F KING VS JOYCE JONES ET ALS                          |
|                                                              |
| SERVE ON:  D082                                              |
|                                                              |
|                                                              |
|                                                              |
|          FREEMAN JR LEROY                                    |
|          1320 10TH ST N                                      |
|                                                              |
|          NORTHPORT      ,AL  35476-0000                      |
|                                                              |
|                                                              |
|                                                              |
| NOTES:                                                       |
|    PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008 |
|                                                              |
|                                                              |
|                                                              |
|------------------------------------------------------------|
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                      |
|         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT |
|         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.  |
|                                                              |
|   12/05/2007   DATE          CLERK: CHRIS MAY        BY: CW  |
|                              P. O. BOX 328                   |
|                              WEDOWEE  AL   36278             |
|                              (256)357-4551                   |
|                                                              |
|------------------------------------------------------------|
|                                                              |
|  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED |
|     DOCUMENT IN _____ COUNTY, ALABAMA        |
|     TO:                                                      |
|                                                              |
|  _____   _____  |
|                                     SIGNATURE OF SERVER      |
|                                                              |
|  _____                            |
|                                                              |
|  _____   _____  |
|  NAME / ADDRESS ABOVE               DATE                     |
|------------------------------------------------------------|
OPERATOR: CYW
PREPARED: 12/05/2007
```

DEC 1 2 2007

EXECUTED THIS _____ DAY OF _____ 20____
BY HANDING A COPY OF THE WITHIN TO
_Freeman    Jr. Leroy_
EDMUND M "TED" SEXTON, SR. SHERIFF
TUSCALOOSA COUNTY ALABAMA
BY _Arthur Malone_
                                        D S

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

```
|----------------------------------------------------------------------|
|                                                                      |
|               IN THE CIRCUIT COURT OF RANDOLPH      COUNTY           |
|                                                                      |
| GLADYS F KING VS JOYCE JONES ET ALS                                  |
|                                                                      |
|                                                                      |
| SERVE ON:  D081                                                      |
|                                                                      |
|                                                                      |
|                                                                      |
|             FREEMAN LORENZA                                          |
|             1314 10TH ST N                                           |
|                                                                      |
|             NORTHPORT       ,AL  35476-0000                          |
|                                                                      |
|                                                                      |
|                                                                      |
| NOTES:                                                               |
|     PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008 |
|                                                                      |
|                                                                      |
|                                                                      |
|----------------------------------------------------------------------|
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                              |
|              YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT |
|              TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.     |
|                                                                      |
|    12/05/2007  DATE              CLERK: CHRIS MAY         BY:        |
|                                  P. O. BOX 328                       |
|                                  WEDOWEE  AL  36278                  |
|                                  (256)357-4551                      |
|                                                                      |
|----------------------------------------------------------------------|
|                                                                      |
|  I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED |
|    DOCUMENT IN _____ COUNTY, ALABAMA                  |
|    TO:                                                               |
|                                                                      |
|    _____      _____   |
|                                      SIGNATURE OF SERVER            |
|    _____                                     |
|                                                                      |
|    _____      _____   |
|    NAME / ADDRESS ABOVE              DATE                            |
|----------------------------------------------------------------------|
```

OPERATOR: CYW
PREPARED: 12/05/2007

DEC 1 2 2007

EXECUTED THIS _____ DAY OF_____ 20____
BY HANDING A COPY OF THE WITHIN TO
FREEMON LORENZA
EDMUND M "TED" SEXTON, SR. SHERIFF
TUSCALOOSA COUNTY ALABAMA
V   Arthur Malone    DS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D033

1. Article Addressed to:

Gregory Freeman
14010 Stahelin
Detroit, Michigan
48223

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
12-13

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
12-13-07

DEC 15 2007

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☑ Yes

2. Article Number
(Transfer from service label)    7006 2150 0003 4210 0346

PS Form 3811, Feb    102595-02-M-1540

**U.S. Postal Service™**
CV06-103 D033
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9,48 |

Postmark
Here

Sent To Gregory Freeman
Street, Apt. No.; or PO Box No. 14010 Stahelin
City, State, ZIP+4 Detroit MI 48223

PS Form 3800, August 2006    See Reverse for

7006 2150 0003 4210 0346

DO45



STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM
**CHRIS MAY**
CIRCUIT CLERK OF RANDOLPH CC
P.O. BOX 328
WEDOWEE, ALABAMA 36278

12/2b

7006 2150 0004 0420 3466

CERTIFIED MAIL



CORLISS MCCAY
8155 DORCHESTER AVE
CHICAGO IL 60619

NIXIE

BC: 35278033828

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 35278033828

606 CHRIS MAY
Clerk of Circuit Court
DE 1

*1139-03196-11-00*

Filed in Office

DEC 27 2007

UNITED STATES POSTAGE
02 1P          $ 009.480
0004170050  DEC 10 2007
MAILED FROM ZIP CODE 36278





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Angel
112 Wyland St SW
Atlanta GA 30310

D010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Charles Angel_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Charles E. Edgar    DEC 20 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number
(Transfer from service label)    7006 2150 0003 4211 7801

PS Form 3811, Februa    2595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

CA06-103 D010

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees  $  0.48

Sent To  Charles Angel
Street, Apt. No.; 112 Wyland St SW
or PO Box No.
City, State, ZIP+4  Atlanta GA 30310

7006 2150 0003 4211 7801

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barbara Holley
13000 market st,
Suite 233
Reston, Virginia 20190

CVO6-103

2. Article Number
(Transfer from service label)
7006 2150 0003 4210 0148

PS Form 3811, February

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D.L Falk                    □ Agent
Dale Falk                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Dale Falk                        12-22-67

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:          □ No

3. Service Type
☒ Certified Mail        □ Express Mail
□ Registered            □ Return Receipt for Merchandise
□ Insured Mail          □ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

CVO6-103

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  0.48 |

Postmark
Here

Sent To
Barbara Holley
Street, Apt. No.;
or PO Box No.  13000 market st. Suite 233
City, State, ZIP+4
Reston, Virginia 20090

7006 2150 0003 4210 0148

PS Form 3800, August 2006                    See Reverse for Instructions

5-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mary Freeman
P.o. Box 646
Clemson, SC 29631

DOTT

CV06-103

2. Article Number
(Transfer from service label)

7006 2150 0003 4210 2586

PS Form 3811, Feb

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mary of Freeman_    □ Agent    □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Mary A Freeman

D. Is delivery address different from item 1?    □ Yes
If YES, enter delivery address below:    □ No

RESTRICTED DELIVERY

3. Service Type
☑ Certified Mail    □ Express Mail
□ Registered    □ Return Receipt for Merchandise
□ Insured Mail    □ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT** CV06-103
Domestic Mail Only; No Insurance Coverage Provided;

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage    $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees    $    9.48

Postmark
Here

Sent To    Mary Freeman
Street, Apt. No.;    P.O. Box 646
or PO Box No.
City, State, ZIP+4    Clemson, SC 29631

7006 2150 0003 4210 2586

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lillie F. Middlebrooks
4141 Renfrew Court S.W.
Atlanta, GA 3031

CV06-103

2. Article Number
(Transfer from service label)    7006 2150 0003 4210 5051

PS Form 3811, Feb

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lillie F. Middlebrooks_   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $  9.48 |

Sent To   Lillie F. Middlebrooks
Street, Apt. No.;
or PO Box No.   4141 Renfrew Court, S.W.
City, State, ZIP+4   Atlanta, GA 30331

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0003 4210 5051

CV06-103  D080

BENTHILL STATION
DEC 19 2007
ATLANTA, GA 30331

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. DO4

1. Article Addressed to:

Ariel Yisrael
(Audrey Young)
99a Cleveland Ave
Cincinnati, Ohio 45229
CVO6-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Ariel Y Yisrael    □ Agent   □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Ariel F. Yisrael

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:          □ No

3. Service Type
☑ Certified Mail   □ Express Mail
□ Registered       □ Return Receipt for Merchandise
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)

7006 2150 0003 4210 2685

PS Form 3811, F                              102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
CVO6-103
DO4
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 0.48 |

Postmark Here

Sent To
Ariel Yisrael (Audrey Young)
Street, Apt. No.; or PO Box No.
99a Cleveland Ave
City, State, ZIP+4
Cincinnati, Ohio 45229

7006 2150 0003 4210 2685

PS Form 3800, August 2006                    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anel Yisrael
(Audrey Young)
992 cleveland Ave
Cincinnati, ohio
CV06-103 45399

D041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Anely Yisrael_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Anel J. Yisrael

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
(Transfer from service label)    7006 2150 0003 4210 2685

PS Form 3811, F    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

CV06-103  RECEIPT  D041

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $  0.48

Postmark
Here

Sent To  Anel Yisrael (Audrey Young
Street, Apt. No.;
or PO Box No.  992 cleveland Ave
City, State, ZIP+4  Cincinnati, ohio 45399

7006 2150 0003 4210 2685

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D003

1. Article Addressed to:

Lawrence Heard
3805 Bench Marh Dr.
College Park, GA
30349

CV06-103

2. Article Number
(Transfer from service label)

7006 2150 0004 0420 3480

PS Form 3811, Feb

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Lawrence C. Heard     ☐ Agent     ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

LAWANCE C. HEARD     12-26-0

D. Is delivery address different from item 1?     ☐ Yes
   If YES, enter delivery address below:     ☐ No

DEC 26     ATLANTA GA 00002     USPS

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☒ Yes

102595-02-M-1540

**U.S. Postal Service**     CV06-103
**CERTIFIED MAIL₀ RECEIPT**     D003
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₀

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here     WEDOWEE     DEC     USPS

Sent To
Lawrence Heard

Street, Apt. No.;
or PO Box No.     3805 Bench Marh Dr.

City, State, ZIP+4     College Park, GA 30349

PS Form 3800, August 2006     See Reverse for Instructions

7006 2150 0004 0420 3480

AVS0305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH      COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

IN THE CIRCUIT  COURT OF  RANDOLPH      COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D002

JONES JOYCE
3428 PARK AVENUE S W

BIRMINGHAM      ,AL  35221-0000

NOTES:
    PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/08

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

    12/04/2007   DATE           CLERK: CHRIS MAY            BY: CW
                                P. O. BOX 328
                                WEDOWEE   AL   36278
                                (256)357-4551

    I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
         DOCUMENT IN _____ COUNTY, ALABAMA
         TO:

    _____        _____
                                             SIGNATURE OF SERVER

    _____
    NAME / ADDRESS ABOVE                           DATE

OPERATOR: CYW
PREPARED: 12/04/2007

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH    COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

---

IN THE CIRCUIT COURT OF RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D002

JONES JOYCE
3428 PARK AVENUE S W
BIRMINGHAM    ,AL  35221-0000

NOTES:
   PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/08

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   12/04/2007  DATE          CLERK: CHRIS MAY              BY: CW
                                    P. O. BOX 328
                                    WEDOWEE  AL  36278
                                    (256)357-4551

---

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
        DOCUMENT IN _____ COUNTY, ALABAMA
        TO:

   _____        _____
                                            SIGNATURE OF SERVER

   _____

   _____        _____
   NAME / ADDRESS ABOVE                     DATE

OPERATOR: CYW
PREPARED: 12/04/2007

*LC-12-13*

AVSO305

ALABAMA JUDICIAL DATA CENTER
RANDOLPH     COUNTY

ORDER FOR SERVICE AND RETURN

CV 2006 000103.00
STEVEN RICHARD PERRY

---

IN THE CIRCUIT  COURT OF  RANDOLPH    COUNTY

GLADYS F KING VS JOYCE JONES ET ALS

SERVE ON:  D012

FREEMAN EVELYN
2229 PARK PLACE

BIRMINGHAM    ,AL  35203-0000

NOTES:
   PLAINTIFF'S AMENDED COMPLAINT/ORDER SETTING FOR HEARING 2/7/2008

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
         YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
         TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   12/04/2007  DATE           CLERK: CHRIS MAY              BY: _____
                                     P. O. BOX 328
                                     WEDOWEE  AL  36278
                                     (256)357-4551

---

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
      DOCUMENT IN _____Jefferson_____ COUNTY, ALABAMA
      TO: X Evelyn Freeman                     Gus Pinch
                                            SIGNATURE OF SERVER

   _____          12/13/07
   NAME / ADDRESS ABOVE                     DATE

OPERATOR: CYW
PREPARED: 12/04/2007

RCVD-DEC 11 '07 AM 09:14

*In Ofc* *S*

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To Richard Bedgood
Street, Apt. No. or PO Box No. 9547 Trafford Court
City, State, ZIP+4 Cincinnati, Ohio 95236

PS Form 3800, August 2006                    See Reverse for Instructions

7006 2150 0003 4210 0070

CVOL 103

RICHARD BEDGOOD
9547 TRAFFORD COURT
CINCINNATI

FORWARD TIME EXP RTN TO SEND
BEDGOOD SR*RICHARD G
1571 SILVERGLADE CT
CINCINNATI OH 45240-3527
RETURN TO SENDER

X 450 NFE 1 B06C 00 12/14/07

CERTIFIED MAIL

Filed in Office
DEC 17 2007
CHRIS MAY
Clerk of Circuit Court

UNITED STATES POSTAGE
$ 009.480
PITNEY BOWES
02 1P
0004170050 DEC 10 2007
MAILED FROM ZIP CODE 36278

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D072

1. Article Addressed to:

Helen Angel
4850 A-Lehigh Dr.
Douglasville, GA
CV06-103     30135,1844

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Helen Angel    12-18-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2.

PS

102595-02-M-1540

---

**U.S. Postal Service™**
CV06-103
**CERTIFIED MAIL™ RECEIPT**
D072
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

7006 2150 0003 4210 2647

Sent To
Helen Angel
Street, Apt. No.; or PO Box No.
4850 A-Lehigh Dr.
City, State, ZIP+4
Douglasville, GA 30135-1844

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D037

1. Article Addressed to:

Dexter Bedgood
6739 Hampton Dr.
Cincinnati, Ohio
45236

CV06-103

2. Article Number
(Transfer from service label)

7006 2150 0003 4210 0087

PS Form 3811, February

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dexter Bedgood_   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Dexter Bedgood   12-14-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

---

**U.S. Postal Service™**   CV06-103   2595-02-M-1540
**CERTIFIED MAIL™ RECEIPT**   D037
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 9.48 | |

Sent To
Dexter Bedgood
Street, Apt. No.; or PO Box No.  6739 Hampton Dr
City, State, ZIP+4  Cincinnati Ohio 45236

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0003 4210 0087

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

DD29

1. Article Addressed to:

Catherine Johnson
3612 Wilcox Blvd.
Chattanooga, TN
        37411

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Catherine M. Johnson ☐ Agent
☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Catherine M. Johnson

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

DEC 17 2007

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
   (Transfer from service label)   7006 2150 0003 4210 0285

PS Form 381   102595-02-M-1540

---

**U.S. Postal Service** CV06-103
**CERTIFIED MAIL™ RECEIPT** DD29
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark
Here

Sent To Catherine Johnson
Street, Apt. No.; or PO Box No. 3612 Wilcox Blvd
City, State, ZIP+4 Chattanooga TN 37411

PS Form 3800, August 2006   See Reverse for Instructions

7006 2150 0003 4210 0285

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

D071

1. Article Addressed to:

Arrie Angel
4850 A-Lehigh Drive
Douglasville, GA
          30135-1844

CVO(o-1Q3

2. Article Number
   (Transfer from service label)          7006 2150 0003 4210 2630

PS Form 3811,

RESTRICTED DELIVERY

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Arrie Y Angel_    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Arrie Y. Angel    12/17/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

102595-02-M-1540

---

**U.S. Postal Service**

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

CVO(o-1Q3
D071

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 9.48 | |

Sent To   Arrie Angel
Street, Apt. No.;
or PO Box No.   4850 A-Lehigh Drive
City, State, ZIP+4   Douglasville, GA 30135-1844

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0003 4210 2630

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D028

1. Article Addressed to:

Dennis Bennett
3612 Wilcox Blvd.
Chattanooga, TN
37411

CV06-103

2. Article Number
(Transfer from service label)  7006 2150 0003 4210 0339

PS Form 3811,

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☑ Agent
                          ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Catherine M. Johnson

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

DEC 17 2007

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**U.S. Postal Service**™  CV06-103
**CERTIFIED MAIL**™ **RECEIPT**  D028
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 9.48 | |

Sent To  Dennis Bennett
Street, Apt. No.; or PO Box No.  3612 Wilcox Blvd
City, State, ZIP+4  Chattanooga TN 37411

PS Form 3800, August 2006                    See Reverse for Instructions

102595-02-M-1540

7006 2150 0003 4210 0339

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D040

1. Article Addressed to:

Kimberly Kelly
5404 Drum Inlet Pl
Raleigh NC
           27610

CV06-103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kimberly Kelly_     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    12/18/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

DEC 18 2007

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0004 0420 3459

PS Form 38                                        102595-02-M-1540

---

**U.S. Postal Service™** CV06-103
**CERTIFIED MAIL™ RECEIPT** D040
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To  Kimberly Kelly
Street, Apt. No.;  5404 Drum Inlet Pl
or PO Box No.
City, State, ZIP+4  Raleigh NC 27610

7006 2150 0004 0420 3459

PS Form 3800, August 2006          See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. D023

1. Article Addressed to:

Mary Lois Thomas
37775 Scotsdale Cir
Bld. 8 Apt. 301
Westland, Michigan
CV06-103    48185

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Mary Y. Thomas    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Mary L. Thomas    12-14-7

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Filed in Office
DEC 1 6 2007
CHRIS MAY

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number
(Transfer from service    7006 2150 0003 4210 0247

PS Form 3

102595-02-M-1540

---

**U.S. Postal Service**    CV06-103
**CERTIFIED MAIL·· RECEIPT**    D023
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.48 |

Postmark Here

Sent To
Mary Lois Thomas
Street, Apt. No.;
or PO Box No. 37775 Scotsdale Cir Bld. 8 Apt. 301
City, State, ZIP+4
Westland, Michigan 48185

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0003 4210 0247

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA **Filed in Office**

JUN 3 0 2006

**KIM S. BENEFIELD**
Clerk of Circuit Court

GLADYS F. KING,

    Plaintiff,

v.

Case Number CV-2006-_103_

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW ¼,
all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE ¼
of the NW ¼ of Section 19, Township 18, Range
12, Randolph County, Alabama, being more
particularly described as follows: Beginning at a
point where a line drawn from front door or house
to dirt road immediately in from or southwesterly
direction from the house intersects with north line
of dirt road; thence in a northwesterly direction
along the dirt road 256 feet to the point of
beginning; thence in a northeasterly direction
perpendicular to the house a distance of 256 feet to
a point; thence in a southeasterly direction parallel
to said road a distance of 511 feet to a point;
thence in a southwesterly direction a distance of
512 feet to a point; thence in a northwesterly
direction parallel with said road a distance of 511
feet to a point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning; this
same less and excepted is described by the
Randolph County Revenue Commissioner Office
as follows:

    BEG 350'(S) E & 210' (S) N OF SW COR
    OF NE 1/4 OF NW 1/4; TH NW 511'; NE
    512'; SE 511'; NE 512'; TO P.O.B. SEC 19,
    T18 S, R12E. PT OF NE 1/4 OF NW 1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL
GOLDRING, ANGELA HUDSON, RICHARD
PARKER, BERYL PARKER, CANDACE
SLAUGHTER, MARLON FREEMAN, PATRICK

FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

**BILL TO QUIET TITLE**
**AND COMPLAINT FOR SALE OF TIMBER FOR DIVISION**

TO THE HONORABLE PRESIDING JUDGE
OF THE CIRCUIT COURT OF RANDOLPH COUNTY ALABAMA
*COUNT ONE*

*BILL TO QUIET TITLE*

Now comes Gladys F. King to respectfully show unto the Court as follows:

1.     This action is brought pursuant to the Code of Alabama, 1975, §6-6-540 et

seq.

2.     Plaintiff and named Defendants, as heirs of W. M. Freeman, deceased, are

in the actual, peaceable, notorious, adverse possession of the following described

property, claiming to own the same, being the same property described in the caption to

this complaint, and have held and hold color of title to the said lands, being the fee

simple interest therein so claimed, for a period of ten or more consecutive years next

preceding the filing of this complaint, and Plaintiff and Defendants have duly assessed

and paid ad valorem taxes thereon during their period of ownership, the description of the

property being:

> The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10)
> acres of the NW ¼ of NW ¼, all being located in Section 19, Township
> 19, Range 12, Randolph County, Alabama, less and except a certain parcel
> of land located in the NE ¼ of the NW ¼ of Section 19, Township 18,
> Range 12, Randolph County, Alabama, being more particularly described
> as follows:  Beginning at a point where a line drawn from front door or
> house to dirt road immediately in from or southwesterly direction from the
> house intersects with north line of dirt road; thence in a northwesterly
> direction along the dirt road 256 feet to the point of beginning; thence in a
> northeasterly direction perpendicular to the house a distance of 256 feet to
> a point; thence in a southeasterly direction parallel to said road a distance
> of 511 feet to a point; thence in a southwesterly direction a distance of 512

feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner Office as follows:

> BEG 350'(S) E & 210' (S) N OF SW COR OF NE 1/4 OF NW 1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC 19, T18 S, R12E. PT OF NE 1/4 OF NW 1/4.

3.    That the ownership interests in the said land, so far as the Plaintiff knows and believes, are as follows:

Gladys F. King –31/240 undivided interest
Joyce Jones – 1/900 undivided interest
Patricia Terrell – 1/900 undivided interest
Cheryl Goldring – 1/3600 undivided interest
Angela Hudson - 1/3600 undivided interest
Richard Parker – 1/3600 undivided interest
Beryl Parker – 1/3600 undivided interest
Candace Slaughter – 1/900 undivided interest
Marlon Freeman – 1/900 undivided interest
Patrick Freeman – 1/900 undivided interest
Beatrice Holman – 1/900 undivided interest
Evelyn Freeman – 1/900 undivided interest
Edna Freeman – 1/900 undivided interest
Beryl Carrington - 1/900 undivided interest
Juanita Freeman – 1/900 undivided interest
Wilma Coleman – 1/900 undivided interest
Lillian Chandler – 1/900 undivided interest
Sylvester Freeman, Jr. – 1/900 undivided interest
Benita Smith – 1/900 undivided interest
Jerry Billingsley – 1/240 undivided interest
Charles Freeman – 1/240 undivided interest
Willie C. Thomas – 1/240 undivided interest
Mary Lois Thomas – 1/240 undivided interest
Roosevelt Montgomery – 1/480 undivided interest
Helen Hassell – 1/480 undivided interest
Sara Henderson – 1/480 undivided interest
Antoinelle Mitchell – 1/960 undivided interest
Dennis Bennett – 1/960 undivided interest
Catherine Johnson – 1/480 undivided interest
Tommie Montgomery – 1/480 undivided interest
Jessie Dean Barrett – 1/480 undivided interest
Fannie Palmer – 1/480 undivided interest
Gregory Freeman – 1/120 undivided interest
Janice Freeman-Johnson – 1/120 undivided interest

Jean Scott (Muriel) – 1/270 undivided interest
Richard Bedgood – 1/270 undivided interest
Dexter Bedgood – 1/270 undivided interest
Deborah Evans – 1/270 undivided interest
Robin Cephas – 1/270 undivided interest
Kimberly Kelly – 1/270 undivided interest
Ariel Yisrael (a/k/a Audrey Young) – 1/270 undivided interest
Gerard Davidson – 1/270 undivided interest
Wayne Davidson – 1/270 undivided interest
Peta Morton – 1/270 undivided interest
Corliss McCay – 1/270 undivided interest
Arry Jeruselem Judah – 1/810 undivided interest
Ivan Young – 1/810 undivided interest
Brigham Young – 1/810 undivided interest
Adolph Brown – 1/135 undivided interest
Janice Lambert – 1/135 undivided interest
Arla Nesby – 1/135 undivided interest
Mary H. Freeman – 1/135 undivided interest
Dennis Freeman – 1/135 undivided interest
Eris Swanson – 1/135 undivided interest
Ivana La Trice Baisdin – 1/270 undivided interest
La Taisajii Renee Freeman – 1/270 undivided interest
Bernadine F. Hardnett – 1/135 undivided interest
Jesse Freeman – 1/135 undivided interest
Earl Freeman – 1/135 undivided interest
David Freeman – 1/135 undivided interest
Emmanuel Freeman – 1/135 undivided interest
Essie F. Tarry – 1/15 undivided interest
Lawrence Heard – 1/240 undivided interest
Eugenia Angel – 1/645 undivided interest
Roxie A. Brown – 1/645 undivided interest
Francis Turner – 1/645 undivided interest
Morris Angel – 1/430 undivided interest
Charles Angel – 1/430 undivided interest
Arrie Angel – 1/215 undivided interest
Helen Angel – 1/215 undivided interest
Sandra Thomas – 1/215 undivided interest
Evelyn F. Woodard – 1/15 undivided interest
Barbara Holley – 1/30 undivided interest
Hezikiah Carstarphen – 1/30 undivided interest
Mary Freeman – 1/15 undivided interest
Thaddeaus Freeman – 1/30 undivided interest
Kenneth McClure – 1/30 undivided interest
Lillie F. Middlebrooks – 1/15 undivided interest
Lorenza Freeman – 1/30 undivided interest
Leroy Freeman, Jr. – 1/30 undivided interest
Roland Freeman – 1/15 undivided interest
Grady Freeman – 1/15 undivided interest

4.     That the Defendants herein are the lands herein described and all the other heirs at law of W. M. Freeman, deceased, who are of legal age and any and all parties, including any persons claiming any present, future, contingent, reversionary, remainder, or other interest therein who may claim any interest in this property.  Plaintiff is not aware of any such persons who made any such claims who are not individually named herein as Defendants.

5.     There are no other named Defendants hereto because the Plaintiff has made diligent inquiry and has not been able to ascertain any other person or persons making claim to or interest in the said lands.

6.     The Plaintiff and named Defendants hold color of title to the above described lands under and by virtue of a deed recorded in the Office of the Judge of Probate of Randolph County, Alabama, in Deed Book 12 at Page 276, conveying a portion of said land to W. M. Freeman, a copy of which is attached hereto and marked Exhibit A.  W. M. Freeman went into possession of the described property in or about 1907, and other additional property as described in Item 2 above.  W. M. Freeman may not have had all the deeds to his property recorded, or if recorded, the record of same may have been destroyed in the Courthouse fire of 1897 and no further record exists.  Furthermore, W. M. Freeman died intestate in December of 1957 and the Plaintiff and the Defendants are all the heirs at law of the said W. M. Freeman.

7.     The Plaintiff acquired the interest of Bertha Freeman Heard in and to the said property by virtue of that certain Warranty Deed recorded in Deed Book 115 pages 55 and 56, a copy of which is attached hereto and marked Exhibit B.

8.     A portion of the subject property was conveyed away by the heirs of W. M. Freeman, deceased, by virtue of that certain Warranty Deed recorded in Deed Book

130 at Pages 499 through 503, a copy of which is attached hereto and marked Exhibit C. Plaintiff makes no claim to this particular tract of land, and said land is less and excepted from the legal description of the property which is the subject of this litigation.

9.    The Plaintiff does not know of any person who claims any interest in the above described lands or any part thereof, or lien thereon, or encumbrance thereon, except as alleged in this Complaint.

10.    There is no suit pending to test or determine the title to or any interest in, or right of possession of the Plaintiff in or to the said lands or any part thereof, and that no suit is pending to test or determine any other title to, interest in, or right of possession of the said lands or any part thereof.

11.    The Plaintiff has named as Defendant hereto all persons who have had possession of the above described lands or any part thereof within ten years next preceding the filing of this complaint or who are known to Plaintiff to claim any part or interest in said lands.

12.    The Plaintiff has employed Steve R. Morris, Attorney at Law, as Plaintiff's Attorney, to file this Complaint and to prosecute this action for quieting title in said property for the mutual benefit of all the parties.  Further, that said attorney is entitled to a reasonable fee for his services in this proceeding, and that such fee should be paid out of the proceeds of the sale of the timber as sought in Count Two of this Complaint.  Furthermore, Plaintiff has and will expend certain sums of money throughout this litigation for filing fees, publication costs, guardian-ad-litem fees, etc., for the mutual benefit of all the parties and should be reimbursed for same.

WHEREFORE, the premises considered, prays the Court as follows:

(a)     That a guardian ad litem be appointed to represent all unknown Defendants with such guardian ad litem fee to be paid out of the timber sales proceeds as sought in Count Two of this Complaint; and

(b)     That the Court ender a judgment or decree establishing the Plaintiff and Defendants' respective ownership interests in and to said lands with no restrictions thereon;

(c)     That the Court will award Plaintiff's attorney a reasonable fee for his services in this action and that the Court will award Plaintiff reimbursement of all costs and fees paid related to this action, said attorney's fees, costs and other fees to be paid out of the timber sales proceeds as sought in Count Two of this Complaint; and

(d)     That the Court award Plaintiff such other, further or different relief as may be just and proper.

### *COUNT TWO*

### *COMPLAINT FOR SALE OF TIMBER FOR DIVISION*

1.     This action is brought pursuant to the Code of Alabama, 1975, §§ 35-6-20 to 35-6-25.

2.     The parties are joint tenants of the property described in Count One of this Complaint.

3.     The parties' respective interests in said property are believed to be as follows:

Gladys F. King –31/240 undivided interest
Joyce Jones – 1/900 undivided interest
Patricia Terrell – 1/900 undivided interest
Cheryl Goldring – 1/3600 undivided interest
Angela Hudson - 1/3600 undivided interest
Richard Parker – 1/3600 undivided interest
Beryl Parker – 1/3600 undivided interest
Candace Slaughter – 1/900 undivided interest

Marlon Freeman – 1/900 undivided interest
Patrick Freeman – 1/900 undivided interest
Beatrice Holman – 1/900 undivided interest
Evelyn Freeman – 1/900 undivided interest
Edna Freeman – 1/900 undivided interest
Beryl Carrington - 1/900 undivided interest
Juanita Freeman – 1/900 undivided interest
Wilma Coleman – 1/900 undivided interest
Lillian Chandler – 1/900 undivided interest
Sylvester Freeman, Jr. – 1/900 undivided interest
Benita Smith – 1/900 undivided interest
Jerry Billingsley – 1/240 undivided interest
Charles Freeman – 1/240 undivided interest
Willie C. Thomas – 1/240 undivided interest
Mary Lois Thomas – 1/240 undivided interest
Roosevelt Montgomery – 1/480 undivided interest
Helen Hassell – 1/480 undivided interest
Sara Henderson – 1/480 undivided interest
Antoinelle Mitchell – 1/960 undivided interest
Dennis Bennett – 1/960 undivided interest
Catherine Johnson – 1/480 undivided interest
Tommie Montgomery – 1/480 undivided interest
Jessie Dean Barrett – 1/480 undivided interest
Fannie Palmer – 1/480 undivided interest
Gregory Freeman – 1/120 undivided interest
Janice Freeman-Johnson – 1/120 undivided interest
Jean Scott (Muriel) – 1/270 undivided interest
Richard Bedgood – 1/270 undivided interest
Dexter Bedgood – 1/270 undivided interest
Deborah Evans – 1/270 undivided interest
Robin Cephas – 1/270 undivided interest
Kimberly Kelly – 1/270 undivided interest
Ariel Yisrael (a/k/a Audrey Young) – 1/270 undivided interest
Gerard Davidson – 1/270 undivided interest
Wayne Davidson – 1/270 undivided interest
Peta Morton – 1/270 undivided interest
Corliss McCay – 1/270 undivided interest
Arry Jeruselem Judah – 1/810 undivided interest
Ivan Young – 1/810 undivided interest
Brigham Young – 1/810 undivided interest
Adolph Brown – 1/135 undivided interest
Janice Lambert – 1/135 undivided interest
Arla Nesby – 1/135 undivided interest
Mary H. Freeman – 1/135 undivided interest
Dennis Freeman – 1/135 undivided interest
Eris Swanson – 1/135 undivided interest
Ivana La Trice Baisdin – 1/270 undivided interest
La Taisajii Renee Freeman – 1/270 undivided interest

Bernadine F. Hardnett – 1/135 undivided interest
Jesse Freeman – 1/135 undivided interest
Earl Freeman – 1/135 undivided interest
David Freeman – 1/135 undivided interest
Emmanuel Freeman – 1/135 undivided interest
Essie F. Tarry – 1/15 undivided interest
Lawrence Heard – 1/240 undivided interest
Eugenia Angel – 1/645 undivided interest
Roxie A. Brown – 1/645 undivided interest
Francis Turner – 1/645 undivided interest
Morris Angel – 1/430 undivided interest
Charles Angel – 1/430 undivided interest
Arrie Angel – 1/215 undivided interest
Helen Angel – 1/215 undivided interest
Sandra Thomas – 1/215 undivided interest
Evelyn F. Woodard – 1/15 undivided interest
Barbara Holley – 1/30 undivided interest
Hezikiah Carstarphen – 1/30 undivided interest
Mary Freeman – 1/15 undivided interest
Thaddeaus Freeman – 1/30 undivided interest
Kenneth McClure – 1/30 undivided interest
Lillie F. Middlebrooks – 1/15 undivided interest
Lorenza Freeman – 1/30 undivided interest
Leroy Freeman, Jr. – 1/30 undivided interest
Roland Freeman – 1/15 undivided interest
Grady Freeman – 1/15 undivided interest

4.     The timber on said property is vastly depreciating due to pine beetles and needs to be immediately harvested to secure what value of said timber is remaining. Said timber has depreciated by one-half of its original value over the past two-to-three years.

5.     The sale of the timber cannot be equitably divided or partitioned among the said joint tenants and a sale of the timber would be in the best interest of the parties.

6.     The Plaintiff has employed Steve R. Morris, Attorney at Law, as Plaintiff's Attorney, to file this Complaint and to prosecute this action for a sale of the timber located on said property for a division of the proceeds among the parties, for the mutual benefit of all the parties. Further, that said attorney is entitled to a reasonable fee for his services in this proceeding, and that such fee should be paid out of the proceeds of the sale of said property. Furthermore, Plaintiff has and will expend certain sums of

money throughout this litigation for filing fees, publication costs, guardian-ad-litem fees, etc., for the mutual benefit of all the parties and should be reimbursed for same.

WHEREFORE, the Plaintiff prays the Court as follows:

(a)     That the Court will order a sale of the timber located on said property;

(b)     That the Court will order a division of the sales proceeds of such timber sale among the parties according to their respective interests;

(c)     That the Court will award Plaintiff's attorney a reasonable fee for his services in this action and that the Court will award Plaintiff reimbursement of all costs and fees paid related to this action, said attorney's fees, costs and other fees to be paid out of the timber sales proceeds as sought in Count Two of this Complaint; and

(d)     That the Court will enter such other orders, judgments and decrees as may be just and proper.

STEVE R. MORRIS, Attorney for Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
Telephone: (256) 357-9211

# IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,
     Plaintiff,

v.                             Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the
East ten (10) acres of the NW ¼ of NW ¼, all being located
in Section 19, Township 18, Range 12, Randolph County,
Alabama, less and except a certain parcel of land located in
the NE ¼ of the NW ¼ of Section 19, Township 18, Range
12, Randolph County, Alabama, being more particularly
described as follows: Beginning at a point where a line
drawn from front door or house to dirt road immediately in
from or southwesterly direction from the house intersects
with north line of dirt road; thence in a northwesterly
direction along the dirt road 256 feet to the point of
beginning; thence in a northeasterly direction perpendicular
to the house a distance of 256 feet to a point; thence in a
southeasterly direction parallel to said road a distance of 511
feet to a point; thence in a southwesterly direction a distance
of 512 feet to a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to a point;
thence in a northeasterly direction a distance of 296 feet to
the point of beginning; this same less and excepted is
described by the Randolph County Revenue Commissioner
Office as follows:
        BEG 350'(S) E & 210' (S) N OF SW COR
        OF NE 1/4 OF NW 1/4; TH NW 511'; NE
        512'; SE 511'; NE 512'; TO P.O.B. SEC 19,
        T18 S, R12E. PT OF NE 1/4 OF NW 1/4.

AND,

JOYCE JONES, PATRICIA TERRELL, CHERYL
GOLDRING, ANGELA HUDSON, RICHARD PARKER,
BERYL PARKER, CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN, BEATRICE
HOLMAN, EVELYN FREEMAN, EDNA FREEMAN,
BERYL CARRINGTON, JUANITA FREEMAN, WILMA
COLEMAN, LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY,
CHARLES FREEMAN, WILLIE C. THOMAS, MARY
LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN
HASSELL, SARA HENDERSON, ANTOINELLE

**Filed in Office**

JUL 2 7 2006

**KIM S. BENEFIELD**
Clerk of Circuit Court

MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

    Defendants.

## VERIFICATION OF COMPLAINT

I, Gladys King, after being duly sworn, deposes and says under oath that the allegations contained in the Complaint are true and accurate according to the best of her knowledge, information and belief.

_Gladys King_
**Gladys King**

STATE OF _OHIO_          )
                         :
                         :
_HAMILTON_ COUNTY        )

     I, the undersigned authority, a Notary Public in and for said County, in said State do hereby certify that GLADYS F. KING, whose name is signed to this petition and who is known to me, acknowledged before me on this day that being informed of the same, she executed the same voluntarily on the day the same bears date.

     GIVEN under my hand and seal this _21st_ day of _July_ , 200_6_ .

_____
Notary Public
My Commission Expires:_____





## IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

v.

                             Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner Office as follows:

      BEG 350'(S) E & 210' (S) N OF SW COR OF NE 1/4 OF NW 1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC 19, T18 S, R12E. PT OF NE 1/4 OF NW 1/4; and,

JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN,

Filed In Office

OCT 0 5 2007

CHRIS MAY
Clerk of Circuit Court

WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

       **Defendants.**

## PLAINTIFF'S AMENDED COMPLAINT

Comes now the Plaintiff in the above styled case and amends her Complaint to Quite Title previously filed with this Court by amending the following description to wit:

1.      The description of the above subject land is hereby amended to read as follows:

Said property lying in the NW ¼ of the NW ¼; the NE ¼ of the NW ¼; and the NW 1/4 of the NE 1/4 of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama, as recorded in Deed Book 115, pg.55, in the Office of the Probate Judge, Randolph County, and being more particularly described as follows:
Commencing at an iron pin found (Bisgard) accepted as the SW corner of the NE 1/4 of the NW 1/4 of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama, and the Point of Beginning of the hereafter described property; thence N 89° 49'50" W a distance of 330.07 ft. to an iron pin found (Bisgard); thence N 00°04'36" W a distance of 671.27 ft. to an iron pion found (Bisgard); thence N 00°12'33" E a distance of 659.91 ft to an iron pin set; thence S 86°36'56"E a distance of 1652.34 ft. to an iron pin set; thence S 86°36'55"E a distance of 1361.86 ft. to an iron pin set; thence S 00°40'05" E a distance of 1315.01 ft. to an iron pin set; thence N 86°35'44" W a distance of 1350.28 ft. to an iron pin set; thence N 86°34'51" W a distance of 1350.23 ft to an iron pin found (Bisgard) and the Point of Beginning, containing 91.07 ACRES.

LESS AND EXCEPT 5.91 ACRES, as recorded in Deed Book 306, pg, 779, and being more particularly described as follows; Commencing at an iron pin found (Bisgard) accepted as the SW corner of the NE 1/4 of the NW 1/4 of Section 19, Township 18 South, Range 12 East, Randolph County, Alabama; thence N 37°04'56" E a distance of 270.81 ft. to an iron pin set and the Point of Beginning of the hereafter described property; thence N 29°59'57" W a distance of 511.00 ft. to an iron pin set; thence N 49°28'51" E a distance of 512.00 ft to an iron pin set; thence S 29°59'57" E a distance of 511.00 ft. to an iron pin set; thence S 49°28'51" W a distance of 512.00 ft to an iron pin set and the Point of Beginning, containing 5.91 ACRES, with a **TOTAL REMAINING AREA OF 85.16 ACRES,** more or less, Less and except any ROW that may exist along roadway traversing thru property.

According to that survey by Lance Turner, Turner Surveying, LLC, AL Reg # 24030 dated the 15th day of June, 2007.

2.      The Plaintiff reavers and realleges any and all statements contained in the original Complaint to Quiet Title as filed with this Court on or about the the 30 day of June , 2006.


_____
STEVE R. MORRIS, Attorney for Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
Telephone: (256) 357-9211

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I have this day served a copy of the above and foregoing pleading upon the proper parties of record by placing a copy of the same in the U.S. Mail, postage prepaid and addressed to him/her this the _____ day of _____10/2_____, 2007.

_____
Steve R. Morris

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003631
Cashier ID: brobinso
Transaction Date: 01/30/2008
Payer Name: JESSE FREEMAN
------------------------------------
CIVIL FILING FEE
 For: JESSE FREEMAN
 Case/Party: D-ALM-3-08-CV-000072-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 208784
 Amt Tendered: $350.00
------------------------------------
Total Due:        $350.00
Total Tendered: $350.00
Change Amt:       $0.00

PRO SE DEFENDANT, NOTICE OF REMOVAL

KING V. JONES ET AL

## ANSWER

COMES NOW *Angela Freeman Hudson*, a Defendant in

the above referenced matter and states the following, to wit:

D005

"My name is *Angela Freeman Hudson*. I am a
Defendant in the above referenced matter. My address is *4401 – 43rd Ave, North*
*Birmingham, Alabama 35217*.

My telephone number is ( *205* ) *841-0229*. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the *14th* day of *September*, 2006.


*Angela Hudson*
(Signature of Defendant)

**Filed in Office**

OCT 2 2006

STATE OF *Alabama*                     )

KIM S. BENEFIELD
Clerk of Circuit Court

COUNTY OF *Brown*                     )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Angela Freeman Hudson*, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the *14* day of *Sept*, 2006.


*James Edward Loomis*
NOTARY PUBLIC, State at Large
My Commission Expires: *11 April 2007*

## ANSWER

D027

COMES NOW _Antoinette Mitchell_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Antoinette Mitchell_. I am a
Defendant in the above referenced matter. My address is _1850 South Prairie Cir, Hixson, TN 37343_.
My telephone number is ( _423_ ) _843-1945_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _23_ day of _August_, 2006.

_Antoinette Mitchell_
*(Signature of Defendant)*

**Filed in Office**

STATE OF _Tennessee_ )

COUNTY OF _Hamilton_ )

AUG 2 8 2006

KIM S. BENGELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Antoinette Mitchell_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _23_ day of _August_, 2006.

_Jane H. Black_
NOTARY PUBLIC, State at Large
My Commission Expires: _2-17-10_

*(Seal: JANE H. BLACK, STATE OF TENNESSEE, NOTARY PUBLIC, HAMILTON COUNTY)*

## ANSWER

COMES NOW <u>Ariel F. Yisrael ( Audrey Young )</u>, a Defendant in

the above referenced matter and states the following, to wit:

"My name is <u>Ariel F. Yisrael Caka Audrey Young</u>, I am a
Defendant in the above referenced matter. My address is <u>992 Cleveland Ave</u>
<u>Cincinnati, Ohio, 45229</u>
My telephone number is <u>( 513 ) 861 - 5361</u>. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the <u>23</u> day of <u>August</u>, 2006.

<u>Ariel Yisrael</u>　**Filed in Office**
(Signature of Defendant)

STATE OF <u>Ohio</u>　)
COUNTY OF <u>Hamilton</u>　)

AUG 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that <u>Ariel F. Yisrael</u>, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the <u>23rd</u> day of <u>August</u>, 2006.

<u>Faith Fa___</u>
NOTARY PUBLIC, State at Large
My Commission Expires: <u>September 15, 2009</u>

D 041

FAITH A. FALLINGS
Notary Public, State of Ohio
My Commission Expires
September 15, 2009

## ANSWER

COMES NOW _Arlea B. Nesby_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Arlea B. Nesby_____. I am a
Defendant in the above referenced matter. My address is _119 Benson Ave_
_Carrollton, Ga 30117_____.
My telephone number is (_404) 545 2208_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.

2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _13_ day of _September_, 2006.

_Arlea B. Nesby_____
*(Signature of Defendant)*

STATE OF _Georgia_____ )

COUNTY OF _Carroll_____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Arlea Nesby_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _13th_ day of _September_, 2006.

_M Denise Billingsley_____
NOTARY PUBLIC, State at Large
My Commission Expires: _March 23, 2008_

Filed in Office
SEP 15 2006
KIM S. BENEFIELD
Clerk of Court

## ANSWER

COMES NOW _Barbara Carstarphen Holley_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Barbara Carstarphen Holley_ . I am a
Defendant in the above referenced matter. My address is _12000 Market St._
_Suite 323  Reston, VA  20190_ .
My telephone number is ( _703_ ) _437- 7607_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _15_ day of _August_ , 2006.

_Barbara C. Holley_
_(Signature of Defendant)_

STATE OF _Virginia_ )

COUNTY OF _Fairfax_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Barbara  C.  Holly_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _26th_ day of _August_ , 2006.

NOTARY PUBLIC, State at Large   (Virginia) Loudoun County
My Commission Expires: _08-31-2009_

### Filed in Office

AUG 2 9 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

COMES NOW _Beatrice Freeman Holman_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Beatrice Freeman Holman_. I am a
Defendant in the above referenced matter. My address is _2110 16th Ave N_
_Birmingham AL 35234_.
My telephone number is ( _205_ ) _714 - 8144_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.
2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the _29_ day of _Sept_, 2006.

_____
_(Signature of Defendant)_

STATE OF _AL_ )

COUNTY OF _Jef_ )

**Filed in Office**

OCT 2 2006

**KIM S. BENEFIELD**
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Beat Fre_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _29_ day of _Sou_, 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _9-72-07_

**ANSWER**

Filed in Office

SEP 1 3 2006

COMES NOW _____, a Defendant in

KIM S. BENEFIELD
Clerk of Circuit Court

the above referenced matter and states the following, to wit:

    "My name is _____. I am a
Defendant in the above referenced matter. My address is *333 25th Avenue*
*N. W.*
My telephone number is ( *205* ) *739-1604* _____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

  1.    I agree to sell the timber on said property for division among the heirs of the
        Estate of W.M. Freeman.
  2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
        as set forth in said complaint."

Respectfully submitted this the _*11*_ day of _*September*_, 2006.

_____
(Signature of Defendant)

STATE OF *Alabama* )

COUNTY OF *Jefferson* )

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Benita F. Smith* _____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

    Given under my hand and seal, this the _*11*_ day of _*September*_ 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _*04-26-09*_

## ANSWER

D 051

COMES NOW _BERNADINE  J.  HARDNETT_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _BERNADINE  J.  HARDNETT_____. I am a
Defendant in the above referenced matter. My address is _5265  HALCYON  PN
COLLEGE ,  GA.  30349_____
My telephone number is (_404_) _369-3472_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _11___ day of _September_____, 2006.

_Bernadine J. Hardnett_
(Signature of Defendant)

STATE OF __Georgia_____ )

COUNTY OF __Fulton_____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Bernadine F Hardnett_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _11th___ day of _September____, 2006.

_Seal_
NOTARY PUBLIC, State at Large
My Commission Expires: _Feb 4, 2007___

Filed in Office

SEP 1 4 2006

KIM S. BENEFIELD
Clerk of Circuit Court

SunTrust Bank

# ANSWER

COMES NOW _Beryl Carrington_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Beryl Carrington_____ D014_____, I am a
Defendant in the above referenced matter. My address is _1521 13th St. N._
_B'ham, AL 35204_____.
My telephone number is (_205_) _222-4385_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the __17th__ day of __Sept._____, 2006.

_Beryl Freeman Carrington_
(Signature of Defendant)

STATE OF __Alabama____ )

COUNTY OF __Jefferson____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Beryl Freeman Carrington_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the __15th__ day of __September__, 2006.

_Philip Howard Flowers_
NOTARY PUBLIC, State at Large
My Commission Expires: _12-2-2007_

Filed in Office

SEP 19 2006

KIM S. BENEFIELD
Clerk of Circuit Court

D029

## ANSWER

**COMES NOW** *Catherine M. Johnson* , a Defendant in

the above referenced matter and states the following, to wit:

"My name is *Catherine M. Johnson* . I am a
Defendant in the above referenced matter. My address is *3612 Wiley Blvd.*
*Chattanooga Tennessee - 37411* .
My telephone number is ( *423* ) *624-3640* . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the *7th* day of *September* , 2006.

*Catherine M. Johnson*
(Signature of Defendant)

STATE OF *Tennessee* )

COUNTY OF *Hamilton* )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Catherine M. Johnson* , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the *7th* day of *Sept* , 2006.

*Jacqueline R. Taylor*
NOTARY PUBLIC, State at Large
My Commission Expires: *1/11/2010*

JACQUELINE R. TAYLOR
STATE
OF
TENNESSEE
NOTARY
PUBLIC
HAMILTON COUNTY

## Filed in Office

SEP 1 2 2006

KIM S. BENEFIELD
Clerk of Circuit Court

5037

Filed in Office

## ANSWER

COMES NOW _DEXTER A. BEDGOOP_ , a Defendant in

SEP 1 3 2006

KIM S. BENEFIELD
Clerk of Circuit Court

the above referenced matter and states the following, to wit:

"My name is _DEXTER A. BEDGOOP_ . I am a
Defendant in the above referenced matter. My address is _6739 HAMPTON_
_CINCINNATI, OHIO 45236_ .
My telephone number is (_513_) _984-3432_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.
2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the _8TH_ day of _SEPTEMBER_, 2006.

_(Signature of Defendant)_

STATE OF _OHIO_ )

COUNTY OF _Hamilton_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Dexter Bedgood_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _8th_ day of _September_, 2006.

NOTARY PUBLIC, State at Large
My Commission Expires: _____

Elaine Jackson
Notary Public, State Of Ohio
My Commission Expires November 13, 2006

IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

GLADYS F. KING                    )

          PLAINTIFF          )

VS.                               )       CASE NO. CV 2006-103

LAND, ET AL                       )

          DEFENDANTS        )

Filed in Office

OCT 1 0 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER OF EARL FREEMAN

Defendant Earl Freeman denies all material allegations of the complaint and demands strict proof of the same.

Additionally, defendant Earl Freeman asserts the following affirmative defenses:

1.  *Res judiata*
2.  Statute of limitations
3.  Statute of frauds
4.  Claim preclusion
5.  Issue preclusion
6.  *Laches*
7.  Payment
8.  Release

Chad Lee      LEE 043
Attorney for Earl Freeman
P O Box 966
Wedowee, Alabama 36278
(256) 357-4800

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

Steve Morris
P O Box 814
Wedowee, Alabama  36278

This 10[h] day of October, 2006.

_____
Chad Lee, Attorney
P O Box 966
Wedowee, AL  36278
256-357-4800

# ANSWER

COMES NOW _Edna Geraldine Freeman_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Edna Geraldine Freeman_           . I am a                    DO13

Defendant in the above referenced matter. My address is _1462 22nd St. N,_

_Bham    AL 35234_                                          .

My telephone number is ( _205_ ) _252-4982_               . I hereby

acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for

Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil

Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.

2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _29_ day of _Sept_           , 2006.

_(signature)_

_(Signature of Defendant)_

STATE OF _AL_               )

COUNTY OF _Jeff_            )

Filed in Office

OCT 2 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby

certify that _EDNA C F_               , whose name is signed to the

foregoing conveyance and who is known to me, acknowledged before me on this day, that, being

informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _29_ day of _Sept_         , 2006.

_(signature)_

NOTARY PUBLIC, State at Large _9. 26. 07_

My Commission Expires: _____

## ANSWER

)054

COMES NOW _ERIS F. SWASON_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _ERIS  SWASON_____. I am a
Defendant in the above referenced matter. My address is _70 MOCKMINT DR_
_ATLANTA GA_____.
My telephone number is (_404_) _753 · 7375___. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1)   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.

2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _//·___ day of _September___, 2006.

_Eris Swanson_
(Signature of Defendant)

Filed in Office

STATE OF _Georgia_____ )

                                        SEP 1 4 2006

COUNTY OF _Fulton_____ )

                                        KIM S. BENEFIELD
                                        Clerk of Circuit Court

     I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _ERIS F. SWANSON_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

     Given under my hand and seal, this the __//th__ day of _September____, 2006.

_Sellvl_____

NOTARY PUBLIC, State at Large
My Commission Expires: _Feb 4, 2007__

SunTrust Bank

**ANSWER**

D064

COMES NOW _Eugenia B. Angel_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Eugenia B. Angel_ . I am a

Defendant in the above referenced matter. My address is _170-54 Delover_

_Road - Jamaica, N. Y. 11434_

My telephone number is ( _718_ ) _537-0758_ . I hereby

acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for

Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil

Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.

2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the _22nd_ day of _August_ , 2006.

_Eugenia B. Angel_

(Signature of Defendant)

STATE OF _NEW YORK_ )

COUNTY OF _QUEENS_ )

GAMEIL BROWN
Notary Public - State of New York
NO. 01BR6142348
Qualified in Queens County
My Commission Expires 03/20/2010

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby

certify that _EUGENIA B ANGEL_ , whose name is signed to the

foregoing conveyance and who is known to me, acknowledged before me on this day, that, being

informed of the contents of the conveyance, he/she has executed on the day same bears date.

Given under my hand and seal, this the _22ND_ day of _August_ , 2006.

NOTARY PUBLIC, State at Large

My Commission Expires: _03/20/2010_

**Filed in Office**

AUG 2 8 2006

**KIM S. BENEFIELD**
Clerk of Circuit Court

## ANSWER

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:                    D012

"My name is _Evelyn Freeman_. I am a
Defendant in the above referenced matter. My address is _2229 Park Place_
_Bham, Al. 35203_.
My telephone number is (_205_) _250- 6154_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _14_ day of _Sept._, 2006.

_Evelyn Freeman_
(Signature of Defendant)

STATE OF _Alabama_           )

COUNTY OF _Jefferson_        )

Filed in Office

SEP 2 6 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Evelyn Freeman_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _14_ day of _Sept._, 2006.

_Valerie Bass_
NOTARY PUBLIC, State at Large
My Commission Expires:
My Commission Expires April 21, 2010

## ANSWER

COMES NOW _FANNIE B. PALMER_ , a Defendant in

the above referenced matter and states the following, to wit:

D 038

"My name is _FANNIE B. PALMER_ I am a
Defendant in the above referenced matter. My address is _10005 Walton Ave_
_Suitland MD 20746-3857_
My telephone number is ( _301_ ) _423-6982_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _23_ day of _August_ , 2006.

_Fannie B Palmer_
(Signature of Defendant)

STATE OF _Maryland_ )

COUNTY OF _P.G. County_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _FANNIE BELL PALMER_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _23RD_ day of _August_ , 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _6/14/2010_

Filed in Office

AUG 3 1 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

D 068

COMES NOW *FRANCES TURNER* , a Defendant in

the above referenced matter and states the following, to wit:

"My name is *FRANCES TURNER* . I am a
Defendant in the above referenced matter. My address is *P.O. BOX 932*
*MABLETON, GA. 30126* .
My telephone number is ( *770* ) *947 - 8384* . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

✓1.    I agree to sell the timber on said property for division among the heirs of the
Estate of W.M. Freeman.

2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
as set forth in said complaint."

Respectfully submitted this the *21* day of *August* , 2006.

*Frances M Turner*
*(Signature of Defendant)* **Filed in Office**

STATE OF *Georgia* )                AUG 2 3 2006

COUNTY OF *Cobb* )                KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *FRANCES TURNER* , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the *21* day of *August* , 2006.

NOTARY PUBLIC, State at Large
My Commission Expires: *July 12, 2010*

## ANSWER

**COMES NOW** _Gerard Davidson_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Gerard Davidson_ . I am a
Defendant in the above referenced matter. My address is _992 Cleveland Ave_
_Cincinnati, Ohio 45229_ .
My telephone number is ( _513_ ) _861 5367_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _23_ day of _August_ , 2006.

_Gerard Davidson_
_(Signature of Defendant)_

**Filed in Offic**

STATE OF _Ohio_ )

COUNTY OF _Hamilton_ )

AUG 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Gerard Davidson_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _23rd_ day of _August_ , 2006.

_Faith Fallings_
NOTARY PUBLIC, State at Large
My Commission Expires: _September 15, 2009_

D042

FAITH A. FALLINGS
Notary Public, State of Ohio
My Commission Expires
September 15, 2009

## ANSWER

COMES NOW _____Gladys F. King_____ , a Defendant in

the above referenced matter and states the following, to wit:

C00l

"My name is _Gladys F. King_ . I am a
Defendant in the above referenced matter. My address is _16112 Meadowvale Ave,_
_Cleveland, Ohio 44121_
My telephone number is (_216_) _581-3672_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.)  I agree to sell the timber on said property for division among the heirs of the
Estate of W.M. Freeman.

2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
as set forth in said complaint."

Respectfully submitted this the _28th_ day of _August_ , 2006.

(X) _Gladys F. King_
**(Signature of Defendant)**

**Filed in Office**

STATE OF _____Ohio_____ )

COUNTY OF _Cuyahoga_ )

SEP  5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Gladys F. King_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _28th_ day of _August_ , 2006.

_Paula Mizsak_
NOTARY PUBLIC, State at Large
My Commission Expires: _May 10, 2011_

PAULA MIZSAK
Notary Public, State of Ohio
Recorded in Cuyahoga Cty.

# ANSWER

**COMES NOW** _Gregory Freeman_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Gregory Freeman_ . I am a
Defendant in the above referenced matter. My address is _14010 Stahelin_
_Detroit Michigan 48223_
My telephone number is ( _313_ ) _510 2018_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _29_ day of _August_ , 2006.

**Filed in Offic**

SEP 5 2006

_____
(Signature of Defendant)

KIM S. BENEFIELD
Clerk of Circuit Court

STATE OF _Michigan_ )

COUNTY OF _Wayne_ )

> TAMIKA NICOLE JACKSON
> Notary Public - Michigan
> Wayne County
> My Commission Expires Aug 2, 2012
> Acting in the County of _Wayne_

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Gregory Freeman_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _29th_ day of _August_ , 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _8/2/2012_

## ANSWER

COMES NOW *Helen J. Hassell* , a Defendant in

the above referenced matter and states the following, to wit:

DO25

"My name is *Helen Jean Hassell* . I am a
Defendant in the above referenced matter. My address is *1116 Hybrid Ave*
*Capitol Hts MD 20743* .
My telephone number is (*301* ) *568-1851* . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _*19*_ day of *September* , 2006.

*Helen G Hassell*
(Signature of Defendant)

STATE OF *Maryland* )

COUNTY OF *P.G.* )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Helen P. Hassell* , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _*19th*_ day of *September* , 2006.

NOTARY PUBLIC, State at Large
My Commission Expires: _*02-09-09*_

Filed in Office

SEP 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

DERRICK GEORGE
NOTARY PUBLIC
PRINCE GEORGES COUNTY
MARYLAND
MY COMMISSION EXPIRES FEB. 9, 2009

## ANSWER

D 047

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Ivan T Young_. I am a
Defendant in the above referenced matter. My address is _5533-G Limaban_
_RD. Barlington Ky_.
My telephone number is ( _813_ ) _732 - 8854_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _20_ day of _August_, 2006.

_____
(Signature of Defendant)

STATE OF _Kentucky_ )

COUNTY OF _Boone_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Ivan T Young_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _20th_ day of _August_, 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _3-21-2009_

## ANSWER

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:           D034

"My name is _Janice Freeman - Johnson_____. I am a

Defendant in the above referenced matter. My address is _18400 Kentucky_

_Detroit, Michigan 48221_

My telephone number is ( _313_ ) _861-4062_____. I hereby

acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for

Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil

Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _____ day of _____, 2006.

_Janice Freeman Johnson_

(Signature of Defendant)

**Filed in Office**

**SEP 5 2006**

**KIM S. BENEFIELD**
**Clerk of Circuit Court**

STATE OF _MICHIGAN_____ )

COUNTY OF _WAYNE_____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby

certify that _Janice Felecia Freeman-Johnson_, whose name is signed to the

foregoing conveyance and who is known to me, acknowledged before me on this day, that, being

informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the __29th__ day of __August_____, 2006.

_Tonya Harris_

NOTARY PUBLIC, State at Large

My Commission Expires: __11-21-2012_____

TONYA HARRIS
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Nov 21, 2012
ACTING IN COUNTY OF Wayne

# ANSWER

**COMES NOW** _Janice B. Lambert_, a Defendant in

the above referenced matter and states the following, to wit:                    D050

"My name is _Janice B. Lambert_. I am a
Defendant in the above referenced matter. My address is _1010 Clearbrook Dr._
_Cincinnati, Ohio 45229_
My telephone number is _(513) 242-9494_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.
2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the _31_ day of _August_, 2006.

_____
(Signature of Defendant)

**Filed in Office**

SEP   7 2006

**KIM S. BENEFIELD**
Clerk of Circuit Court

STATE OF _Ohio_            )

COUNTY OF _Hamilton_       )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Janice B. Lambert_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _31_ day of _August_, 2006.

_____
NOTARY PUBLIC, State at Large
My Commission Expires: _05-31-08_

**JOHN FRANKLIN LAMBERT**
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 03-31-08

## ANSWER

COMES NOW _Jerry T. Billingsley_, a Defendant in

the above referenced matter and states the following, to wit:

     "My name is _Jerry T. Billingsley_. I am a
Defendant in the above referenced matter. My address is _5 West Clay Street_
_Sylacauga, Alabama 35150_.
My telephone number is (_256_) _245-3124_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

    1.   I agree to sell the timber on said property for division among the heirs of the
         Estate of W.M. Freeman.

    2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
         as set forth in said complaint."

Respectfully submitted this the _25th_ day of _August_, 2006.

_Jerry T. Billingsley_
(Signature of Defendant)

STATE OF _Alabama_ )

COUNTY OF _Talladega_ )

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Jerry T. Billingsley_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

    Given under my hand and seal, this the _25th_ day of _August_, 2006.

_Anna Cain Castleberry_
NOTARY PUBLIC, State at Large
My Commission Expires: _06/29/2010_

Filed in Office

AUG 3 1 2006

KIM S. BENEFIELD
Clerk of Circuit Court

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,
Plaintiff

vs                                                    Case Number: CV-06-103

The NW 1/4 of the NE 1/4; the NE 1/4; and the East ten (10)
acres of the NW 1/4 of NW 1/4, all being located in Section
19, Township 18, Range 12, Randolph County, Alabama, less
and except a certain parcel of land located in the NE 1/4 of the
NW 1/4 of Section 19, Township 18, Range 12, Randolph County,
Alabama, being more particularly described as follows: Beginning
at a point where a line drawn from front door or house to dirt road
immediately in from or southwesterly direction from the house
intersects with north line of dirt road; thence in a northwesterly
direction along the dirt road 256 feet to the point of beginning;
thence in a northeasterly direction perpendicular to the house a
distance of 256 feet to a point; thence in a southeasterly direction
parallel to said road a distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to a point; thence in
a northwesterly direction parallel with said road a distance of 511
feet to a point; thence in a northeasterly direction a distance of 296
feet to the point of beginning; this same less and excepted is described
by the Randolph County Commissioner Office as follows:
    BEG 350'(S) e & 210'(S) OF SW COR OF NE 1/4 OF NW 1/4;
TH NW 511'; NE 512'; SE 511'; NE 512'; TO POB, SEC 19, T18S, R12E.
PT OF NE 1/4 OF NW 1/4

AND,
JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING,
ANGELA HUDSON, RICHARD PARKER, BERYL PARKER,
CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK
FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA
FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN,
WILMA COLEMAN, LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLY,
CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL,
SARA HENDERSON, ANTOINELLE MITHCHELL, DENNIS
BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY,
JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN,
JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS,
KIMBERLY KELLY, ARIEL YISRAEL, (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON,

Filed in Office

SEP 2 2 2006

KIM S. BENEFIELD
Clerk of Circuit Court



CORLISS McCAY, ARRY JERELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA
NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON
IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN,
DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY,
LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL JR.,
PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS
ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY,
HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS
FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN,
and GRADY FREEMAN, being all the heirs at law of W. M. Freeman,
Deceased; and any and all unknown parties, including any person
claiming any future, contingent, reversionary, remainder or other interests
therein, who may claim any interest in the above described property.
Defendants.

## DEFENDANT'S ANSWER

COMES NOW the Defendant, Jesse Freeman, (hereinafter "the Defendant") by and through
his Attorney of Record, Angela J. Hill, and answers said Complaint as follows:

## COUNT ONE
## BILL TO QUIET TITLE

That the Defendant denies each and every allegation and demands strict proof thereof.

## COUNT TWO
## COMPLAINT FOR SALE OF TIMBER FOR DIVISION

That the Defendant denies each and every allegation and demands strict proof thereof.

Respectfully submitted this the 19th day of September, 2006.

ANGELA J. HILL (HIL052)
Attorney at Law
139 S. Broadnax Street
Dadeville, Al 36853
256-825-8251
256-825-8201 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing upon the parties of interest listed below, by placing a copy of the same in the United Stated Mail, postage pre-paid and properly addressed on this the 19th day of September, 2006.

Steve R. Morris, Esq.
PO Box 814
Wedowee, AL 36278

OF COUNSEL

b058

## IN THE CIRCUIT COURT FOR RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

Plaintiff

vs.

CIVIL ACTION NO. CV-2006-0103

Specifically Described Lands, etc., et al.,

Defendants

Filed in Office

OCT 30 2007

CHRIS MAY
Clerk of Circuit Court

### FIRST AMENDMENT TO ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF DEFENDANT JESSE FREEMAN

COMES now JESSE FREEMAN, one of the Defendants in the above-styled cause, and in addition to his previously filed answer (and not in substitution thereof) further shows as follows:

### AFFIRMATIVE DEFENSES

In addition to those Affirmative Defenses previously pled, said Defendant asserts the following Affirmative Defenses:

1. Res judicata, claims preclusion, issue preclusion

2. Statute of limitations, laches, waiver, release

3. Statute of Frauds

4. Payment, Release

5. Fraud

6. Forged deeds and conveyances.

### ANSWER

Said Defendant denies all material allegations of said complaint and demands strict proof thereof.

### COUNTERCLAIM

Comes now said Defendant and asserts this his Counterclaims against Plaintiff:

## ADVERSE POSSESSION

1. Defendant shows that he inherited an undivided fractional interest in and to the real estate the subject of Plaintiff's complaint.

2. Defendant further shows that he has ousted the other co-owners of a portion of said real estate, having occupied said portion of said property as his sole and individual residence and curtledge for a period in excess of twenty (20) years, in an open, hostile and adverse manner; and, accordingly, that he has acquired ownership of said real estate by virtue of such adverse possession.

3. Defendant shows that he has become the sole owner of the aforesaid portion of said real estate by virtue of said adverse possession.

WHEREFORE, Defendant asks that this Honorable Court award to him fee simple title in and to the portion of said real estate which said Defendant has adversely possessed as aforesaid.

## ACCOUNTING

4. Defendant shows that he is a joint owner of the real estate the subject of this proceeding. Plaintiff is also a joint owner thereof, said respective interests being set forth in Plaintiff's complaint.

5. Defendant shows that upon information and belief, he believes that Plaintiff has authorized the removal and sale of timber from the said property and has received compensation for such timber.

6. Defendant shows that Plaintiff owns only an undivided fractional interest in said property and the timber located thereon but that she retained for her personal use all of the proceeds from the cutting and sale of said timber.

7. Plaintiff has refused to provide an accounting of the sums received for such timber, although Defendant has requested the same.

8. Plaintiff should be required by this Honorable Court to file with this Court an itemized accounting of all the income so received from the said property and timber, along with any other income received from the said property; and further that she shall be required to account for any and all expenses for which she claims compensation from said timber proceeds; and that she be required to distribute to Defendant and other joint owners their fair share of the net proceeds from said land and timber, as this Honorable Court may order.

WHEREFORE, said Defendant prays that this Honorable Court will make and enter an Order requiring Plaintiff to provide a full accounting of all timber sold and cut from said property, together with any other proceeds from said land; that she be required to account for any expenses for which she claims reimbursement; and that she be required to distribute to said

Defendant and other joint owners their undivided fractional shares of such net proceeds from said land and timber.

## CONVERSION

9. Defendant reavers the above and foregoing allegations and further shows as follows:

10. Upon information and belief, said Defendant believes that Plaintiff authorized the removal and sale of timber from the said property and has received compensation for such timber.

11. Said Defendant further believes, upon information and belief, that Plaintiff converted said timber and the sales proceeds there from to her own personal use, with the intent to deprive Defendant and other joint owners of the said timber and proceeds from the sale thereof.

12. Defendant further shows that such conversion was willful, intentional, and malicious.

13. As a proximate consequence of such conversion, Defendant was damaged in that the value of his interest in the said property was diminished by the cutting of the said timber and that he was deprived of the proceeds from the sale of said timber.

WHEREFORE, said Defendant prays that this Honorable Court will make and enter an Order awarding judgment against Plaintiff for compensatory and punitive damages.

*Jesse Freeman*

JESSE FREEMAN, pro se
6309 County Road 92
Newell, AL 36280
(770) 329-5161/ (256) 363-2615

**CERTIFICATE OF SERVICE**

I , the undersigned Jesse Freeman, hereby certify that I have this day served a copy of the above and foregoing,  first amendment answer to the plaintiffs pleading upon the proper parties has been served by placing a copy of the same in the U.S. Mail, postage pre-paid and addressed to him/her this the _30_ day of _October_____, 2007.

*Jesse Freeman*

JESSE FREEMAN, defendant
6309 CO RD 92
Newell, Alabama 36280
(256) 363-2615
(770)329-5161

Steven R. Morris, Esq.
PO BOX 814
Wedowee, AL 36278-0814
(256)357-9211

Randolph County Circuit Clerk
PO Box 328
Wedowee, AL 36278-0328

Chad Lee
PO Box 966
Wedowee, AL 36278
(256)357-4800

## ANSWER

COMES NOW _JESSIE DEAN BARRETT_ , a Defendant in

the above referenced matter and states the following, to wit:                    D031

"My name is _JESSIE DEAN BARRETT_ . I am a
Defendant in the above referenced matter. My address is _4315 Ridge Crest Dr_
_Suitland, MD. 20746_ .
My telephone number is ( _301_ ) _735- 9531_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _25_ day of _August_ , 2006.

_Jessie Dean Barrett_
*(Signature of Defendant)*

STATE OF _Maryland_ )

COUNTY OF _Prince George_ )

SEP 2 6 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Jessie D. Barrett_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _25_ day of _August_ , 2006.

_NeTaushe M Williams_
NOTARY PUBLIC, State at Large
My Commission Expires: _1/15/2008_

NeTaushe M. Williams
Notary Public, State of Maryland
My Commission Expires 01/15/08

**ANSWER**

COMES NOW _Joyce Freeman Jones_ a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Joyce Freeman Jones_. I am a
Defendant in the above referenced matter. My address is _3428 Park Ave SW_
_Birmingham, AL 35221_.
My telephone number is ( _205_ ) _925-3596_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.
2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the ___8___ day of _September_, 2006.


                                      _Joyce F. Jones_
                                      *(Signature of Defendant)*

STATE OF _Alabama_ )

COUNTY OF _Jefferson_ )

      I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Joyce Freeman Jones_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

      Given under my hand and seal, this the ___8___ day of _September_, 2006.


                                      _____
                                      NOTARY PUBLIC, State at Large
                                      My Commission Expires: __My Commission Expires
                                                                July 7, 2010

## ANSWER

COMES NOW _Juanita S. Freeman_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Juanita S. Freeman_. I am a
Defendant in the above referenced matter. My address is _1318-15th Au Do._
_Birmingham, Alabama 35204_
My telephone number is ( _205_ ) _254-6030_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _9- 7-_ day of _9 - 7_, 2006.


_____
(Signature of Defendant)

STATE OF ___Ala___ )

COUNTY OF ___Jefferson___ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that ___Juanita Freeman___, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___7___ day of ___Sept___, 2006.


_____
NOTARY PUBLIC, State at Large
My Commission Expires: _11-18-7_

Filed in Office

SEP 1 1 2006

KIM S. BENEFIELD
Clerk of Circuit Court

D040

## ANSWER

COMES NOW _____Kimberly Kelly_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _____Kimberly Kelly_____. I am a
Defendant in the above referenced matter. My address is _____5404 Drum Inlet Pl.
Raleigh NC 27610_____.
My telephone number is ( 919 ) 455-5722_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.
2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the _6th_ day of _September_, 2006.

_____Kimberly Kelly_____
(Signature of Defendant)

STATE OF _North Carolina_ )

COUNTY OF _Wake_ )

*Filed in Office*

SEP 1 2 2006

KIM S. BENEFIELD
Clerk of Superior Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Kimberly Kelly_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _6th_ day of _September_, 2006.



OFFICIAL SEAL
DANIEL CLUKEY
NOTARY PUBLIC-NORTH CAROLINA
COUNTY OF WAKE
My Commission Expires April 6, 2008

NOTARY PUBLIC, State at Large
My Commission Expires: _April 6, 2008_

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

v.

Case Number CV-2006-103

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼; and the East ten (10) acres of the NW ¼ of NW ¼, all being located in Section 19, Township 18, Range 12, Randolph County, Alabama, less and except a certain parcel of land located in the NE ¼ of the NW ¼ of Section 19, Township 18, Range 12, Randolph County, Alabama, being more particularly described as follows: Beginning at a point where a line drawn from front door or house to dirt road immediately in from or southwesterly direction from the house intersects with north line of dirt road; thence in a northwesterly direction along the dirt road 256 feet to the point of beginning; thence in a northeasterly direction perpendicular to the house a distance of 256 feet to a point; thence in a southeasterly direction parallel to said road a distance of 511 feet to a point; thence in a southwesterly direction a distance of 512 feet to a point; thence in a northwesterly direction parallel with said road a distance of 511 feet to a point; thence in a northeasterly direction a distance of 296 feet to the point of beginning; this same less and excepted is described by the Randolph County Revenue Commissioner office as follows:

> BEG 350'(S) E & 210' (S) N of SW COR OF NE ¼ OF NW1/4; TH NW 511'; NE 512'; SE 511'; NE 512'; TO P.O.B. SEC.19, T18S, R12E. PT OF NE ¼ OF NW1/4.

AND, JOYCE JONES, PATRICIA TERRELL, CHERYL GOLDRING, ANGELA HUDSON, RICHARD PARKER, BERYL PARKER, CANDACE SLAUGHTER, MARLON FREEMAN, PATRICK FREEMAN, BEATRICE HOLMAN, EVELYN FREEMAN, EDNA FREEMAN, BERYL CARRINGTON, JUANITA FREEMAN, WILMA COLEMAN,

**Filed in Office**

MAY 29 2007

CHRIS MAY
Clerk of Circuit Court

LILLIAN CHANDLER, SYLVESTER FREEMAN, JR., BENITA SMITH, JERRY BILLINGSLEY, CHARLES FREEMAN, WILLIE C. THOMAS, MARY LOIS THOMAS, ROOSEVELT MONTGOMERY, HELEN HASSELL, SARA HENDERSON, ANTOINELLE MITCHELL, DENNIS BENNETT, CATHERINE JOHNSON, TOMMIE MONTGOMERY, JESSIE DEAN BARRETT, FANNIE PALMER, GREGORY FREEMAN, JANICE FREEMAN-JOHNSON, JEAN SCOTT, RICHARD BEDGOOD, DEXTER BEDGOOD, DEBORAH EVANS, ROBIN CEPHAS, KIMBERLY KELLY, ARIEL YISRAEL (a/k/a AUDREY YOUNG), GERARD DAVIDSON, WAYNE DAVIDSON, PETA MORTON, CORLISS McCAY, ARRY JERSELEM JUDAH, IVAN YOUNG, BRIGHAM YOUNG, ADOLPH BROWN, JANICE LAMBERT, ARLA NESBY, MARY H. FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATAISAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN, EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGENIA ANGEL, CARNELL ANGEL, JR., PETER ANGEL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZIKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W. M. Freeman, Deceased; and any and all unknown parties, including any person claiming a present interest therein and including any person claiming any future, contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property.

       Defendants.

## ANSWER TO DEFENDANT'S JESSE FREEMAN COUNTERCLAIM

Comes now the Plaintiff, Gladys F. King, and answers Defendant Jesse Freeman's Counterclaim as follows:

1. The Plaintiff denies each and every allegation contained in said Counterclaim and demands strict proof thereof.

Respectfully submitted this _27th_ day of _November_, 2007.

_____

Steve R. Morris
Attorney for the Plaintiff
Post Office Box 814
Wedowee, Alabama 36278
(256) 357-9211 -Telephone
(256) 357-9222 - Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon the following by placing said copy in the United States Mail, postage prepaid, to the respective mailing address on this the _____27ᵗʰ_____ day of _____November_____, 2007.

Steve R. Morris

## ANSWER

COMES NOW _Lillian Freeman Chandler_ , a Defendant in

the above referenced matter and states the following, to wit:                     D 0 17

"My name is _Lillian Freeman Chandler_ . I am a
Defendant in the above referenced matter. My address is _1271 - 11th St. N_
_Bham. Ala. 35204_ .
My telephone number is (_205_ ) _322-8775_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _9_ day of _15th_ , 2006.


_M. Lillian Freeman Chandler_
(Signature of Defendant)                                    Filed in Office

STATE OF _Alabama_ )                              SEP 2 6 2006

COUNTY OF _Jefferson_ )                           KIM S. BENEFIELD
                                                  Clerk of Circuit Court

    I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Lillian Freeman Chandler_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

    Given under my hand and seal, this the _15th_ day of _September_ , 2006.


_Philip Norned Stine_
NOTARY PUBLIC, State at Large
My Commission Expires: _12-2-2007_

## ANSWER

COMES NOW _Mary A. Freeman_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Mary A Freeman_. I am a
Defendant in the above referenced matter. My address is _126 Vista Dh_
_P.O. Box 646 Clemson sc 29633._
My telephone number is ( _864_ ) _654-4929_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _20 th_ day of _Sept_, 2006.

_Mary A Freeman_
(Signature of Defendant)

STATE OF _South Carolina_ )

COUNTY OF _Pickens_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Mary A. Freeman_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _20th_ day of _September_, 2006.



_Regina B Harper_
NOTARY PUBLIC, State at Large
My Commission Expires: _4-17-2007_

Filed in Office

SEP 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

## ANSWER

D 023

COMES NOW _Mary L. Thomas_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Mary L. Thomas_____. I am a
Defendant in the above referenced matter. My address is _____
_37775  Scotsdale Cir, Bldg 8, # 301  Westland, MI 48185_.
My telephone number is (_734 ) 455-2639_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
Estate of W.M. Freeman.

2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
as set forth in said complaint."

Respectfully submitted this the __22__ day of _August_____, 2006.

_Mary L. Thomas_____
(Signature of Defendant)

STATE OF _Michigan_____ )

COUNTY OF _Oakland_____ )

**Filed in Office**

AUG 2 8 2006

KIM S. BENEFIELD

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Mary Thomas_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the __23rd__ day of _August_____, 2006.

_Tiffany N. Lockette_____
NOTARY PUBLIC, State at Large
My Commission Expires: _____

TIFFANY N. LOCKETTE
Notary Public, State of Michigan
County of Oakland
My Commission Expires Nov. 20, 2012
Acting in the County of _Wayne_____

# ANSWER

**COMES NOW** _Patricia F. Terrell_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Patricia F. Terrell_ . I am a
Defendant in the above referenced matter. My address is _109 - 15th Ct. North
Bham, Al. 35204_
My telephone number is ( _205_ ) _948-8617_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.   I agree to sell the timber on said property for division among the heirs of the
     Estate of W.M. Freeman.
2.   I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
     as set forth in said complaint."

Respectfully submitted this the _27th_ day of _August_ , 2006.

_Patricia F. Terrell_
_(Signature of Defendant)_

STATE OF _Alabama_ )          **Filed in Office**

COUNTY OF _Jefferson_ )          SEP 1 8 2006

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Patricia F. Terrell_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _27_ day of _August_ , 2006.

_Terrell Hill_
NOTARY PUBLIC, State at Large
My Commission Expires: _1-6-03 - 2-6-07_

# ANSWER

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:

7044

"My name is _Petta D. Morton_____ I am a
Defendant in the above referenced matter. My address is _7207 Reading Rd._
_Cintli, OH 45237_____
My telephone number is (_513_) _731-2227_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _10_ day of _17_____, 2006.

_Petta D. Morton_____
(Signature of Defendant)

Filed in Office

STATE OF _Ohio_____ )

COUNTY OF _Hamilton_____ )

OCT 2 0 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Petta D Morton_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _17th_ day of _October_____, 2006.

_Robert C Curtis_____
NOTARY PUBLIC, State at Large
My Commission Expires: _____

ROBERT C. CURTIS
Notary Public, State of Ohio
My Commission Expires Feb. 11, 2008

## ANSWER

D 036

**COMES NOW** _Richard D Bedgood Sr_ , a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Richard D Bedgood Sr_ . I am a
Defendant in the above referenced matter. My address is _9547 Copperbel_
_Cincinnati    Ohio  45231_ .
My telephone number is ( _513_ ) _522 -3480_ . I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the ___29___ day of _august_ , 2006.

_Richard D Bedgood Sr_
_(Signature of Defendant)_

Filed in Office

STATE OF ___Ohio___ )

COUNTY OF __Hamilton__ )

SEP  5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Richard G Bedgood Sr_ , whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___31___ day of _August_ , 2006.

_Hannah Spinelli_

HANNAH SPINELLI
Notary Public, State of Ohio
My Commission Expires
March 19, 2011

NOTARY PUBLIC, State at Large
My Commission Expires: _March 19, 2011_

## ANSWER

**COMES NOW** _Robin S. Cephas_ , a Defendant in the above referenced matter and states the following, to wit:

"My name is _Robin Cephas_ . I am a Defendant in the above referenced matter. My address is _1220 Regent Ave Cinti. Ohio 45239_

My telephone number is ( _513_ ) _242-4275_ . I hereby acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman as set forth in said complaint."

Respectfully submitted this the _22nd_ day of _Aug_ , 2006.

_Robin S. Cephas_

(_Signature of Defendant_)

STATE OF _Ohio_ )

COUNTY OF _Hamilton_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that _Robin Cephas_ , whose name is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _22nd_ day of _August_ , 2006.

_Elaine V. Browne_

NOTARY PUBLIC, State at Large
My Commission Expires:

ELAINE V. BROWNE
Notary Public, State of Ohio
My commission expires 12/16/2008

**Filed in Office**

AUG 2 4 2006

KIM S. BENEFIELD
Clerk of Circuit Court

D 039

CV06-103

D024

## ANSWER

Filed in Office

COMES NOW _Roosevelt Montgomery_, a Defendant in

the above referenced matter and states the following, to wit:

SEP 0 1 2006

"My name is _Roosevelt Montgomery_, I am

KIM S. BENEFIELD

Defendant in the above referenced matter. My address is _818 Windmore_ State of Circuit Court

_Chattanooga Tennessee 37411_

My telephone number is (_423_) _490 - 1312_. I hereby

acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for

Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil

Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.

2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the _30th_ day of _August_, 2006.

_Roosevelt E Montgomery_

*(Signature of Defendant)*

STATE OF _Tennessee_ )

COUNTY OF _Hamilton_ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby

certify that _Roosevelt E. Montgomery_, whose name is signed to the

foregoing conveyance and who is known to me, acknowledged before me on this day, that, being

informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _30th_ day of _August_, 2006.

_Eugene Williams_

NOTARY PUBLIC, State at Large

My Commission Expires: _7-6-2010_

EUGENE WILLIAMS
NOTARY PUBLIC AT LARGE
HAMILTON CO. TN

## ANSWER

COMES NOW _Sandra C. Thomas_, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _SANDRA C. THOMAS_. I am a
Defendant in the above referenced matter. My address is _522 Larchmont_
_Circle, N.W. Atlanta Georgia 30318_.
My telephone number is (_404_) _691-3422_. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _3_ day of _September_, 2006.

_(Signature)_

_(Signature of Defendant)_

STATE OF _Georgia_ )

COUNTY OF _Fulton_ )

SEP 7 2006

KIM S. BENEFIELD
Clerk of Circuit Court

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Sandra C. Thomas_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _3rd_ day of _September_, 2006.

_Helen D. Clark_
NOTARY PUBLIC, State at Large
My Commission Expires _____

Filed in Office

## ANSWER

COMES NOW _____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is *Sarah Ann Henderson* _____. I am a
Defendant in the above referenced matter. My address is *815 Woodmore Lane* _____

My telephone number is (*915-629-9275* _____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.  I agree to sell the timber on said property for division among the heirs of the
    Estate of W.M. Freeman.
2.  I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
    as set forth in said complaint."

Respectfully submitted this the ___ *1st* day of *September* _____, 2006.

*Sarah Ann Henderson*
(Signature of Defendant)

**Filed in Office**

STATE OF *Tennessee* _____ )

COUNTY OF *Hamilton* _____ )

SEP 1 8 2006

KIM S. BENEFIELD

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that *Sarah Ann Henderson* _____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the ___ *1st* day of *September* _____, 2006.

*James P Shannon*
NOTARY PUBLIC, State at Large
My Commission Expires: __MY COMMISSION EXPIRES,
October 6, 2009

JAMES P. SHANNON
STATE
OF
TENNESSEE
NOTARY
PUBLIC
HAMILTON COUNTY

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | | |
|---|---|---|
| GLADYS F. KING, | )( | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | )( | RANDOLPH COUNTY, ALABAMA |
| VS. | )( | |
| SPECIFICALLY DESCRIBED , LANDS, ETC., ET AL., | )( | |
| | )( | |
| DEFENDANT. | )( | CASE NO. CV-2006-0103 |

**Filed in Office**

NOV 0 9 2007

CHRIS MAY
Clerk of Circuit Court

## ANSWER

Comes now Charles Ned Wright, Attorney, for all unknown Defendants and denies

each and every allegation of the Plaintiffs Complaint.

Charles Ned Wright
Attorney for Defendant
P.O. Box 132
Wedowee, AL 36278
256/357-2416

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 9th day of November, 2007, mailed a copy of the foregoing to the following individual, by United States mail, properly addressed, with first class postage prepaid:

Steven R. Morris, Esq.
P. O. Box 814
Wedowee, AL. 36278-0814

Jesse Freeman, Defendant
6309 Co. Rd. 92
Newell, AL. 36280

Charles Ned Wright
Attorney At Law

## ANSWER

COMES NOW _Wayne Davidson_____, a Defendant in

the above referenced matter and states the following, to wit:

"My name is _Wayne Davidson_____. I am a
Defendant in the above referenced matter. My address is _8267 Woodbine Ave_
_____
My telephone number is (_513_) _631-2321_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.
2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the _23_ day of _August_____, 2006.


                        _Wayne Davidson_____
                        (Signature of Defendant)

STATE OF _OHIO_____ )

COUNTY OF _Hamilton___ )

      I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Wayne Davidson_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

      Given under my hand and seal, this the _23_ day of _August_____, 2006.


                        _Pat Foster_____
                        NOTARY PUBLIC, State at Large
                        My Commission Expires: _1-11-2011_

D043



PAT FOSTER
Notary Public, State of Ohio
My Commission Expires Jan. 11, 2011
Recorded in Hamilton County

**Filed in Office**

AUG 2 5 2006

KIM S. BENEFIELD
Clerk of Circuit Court

Filed in Office

SEP 15 2006

**ANSWER**

COMES NOW _____Willie Thomas_____    KIM S. BENFFIELD, a Defendant in
Clerk of Circuit Court

the above referenced matter and states the following, to wit:

"My name is _____Willie Thomas_____. I am a
Defendant in the above referenced matter. My address is _____
_____.
My telephone number is (_____)_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1.    I agree to sell the timber on said property for division among the heirs of the
      Estate of W.M. Freeman.

2.    I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
      as set forth in said complaint."

Respectfully submitted this the _22_ day of _August_, 2006.

_____Willie Thomas_____
(Signature of Defendant)

                              x _Willie Thomas_ 9/8/06
STATE OF _Michigan_ )        T 520 886 107 037
COUNTY OF _Wayne_ )

     I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Willie Thomas_, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

     Given under my hand and seal, this the _8th_ day of _September_, 2006.

IRIS LYNN ADAMS
Notary Public · Michigan
Wayne County        NOTARY PUBLIC, State at Large
My Commission Expires Sep 15, 2011    My Commission Expires: _9/15/2011_
Acting in the County of _____

## ANSWER

COMES NOW _Wilma Coleman_____, a Defendant in

the above referenced matter and states the following, to wit:     DO16

"My name is _Wilma Coleman_____. I am a
Defendant in the above referenced matter. My address is _1512 - 16th Street North_

My telephone number is ( _205_ ) _328-0572_____. I hereby
acknowledge receipt of a copy of the Bill to Quite Title and Complaint for Sale of Timber for
Division of Gladys F. King vs. The Land of W. M. Freeman Heirs, et. al., Randolph County Civil
Action No. CV 2006-103, and I hereby state as my answer to the same as follows, to wit:

1. I agree to sell the timber on said property for division among the heirs of the
   Estate of W.M. Freeman.
2. I am in agreement to Quite Title to the said property in the heirs of W.M. Freeman
   as set forth in said complaint."

Respectfully submitted this the _8th_ day of _Sept._____, 2006.

_Wilma Coleman_____
(Signature of Defendant)

STATE OF _Ala_____ )

COUNTY OF _Jefferson_____ )

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby
certify that _Wilma Coleman_____, whose name is signed to the
foregoing conveyance and who is known to me, acknowledged before me on this day, that, being
informed of the contents of the conveyance, he/she has executed on the day the same bears date.

Given under my hand and seal, this the _8_ day of _Sept_____, 2006.

_C. M. Ivy_____
NOTARY PUBLIC, State at Large
My Commission Expires _1-19-07_

Filed in Office

SEP 1 9 2006

KIM S. BENEFIELD
Clerk of Circuit Court

# IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

GLADYS F. KING,

      Plaintiff,

           v.                         Case NumberCV-2006- _103_

The NW ¼ of the NE ¼; the NE ¼ of the NW ¼;
and the East ten (10) acres of the NW ¼ of NW
¼, all being located in Section 19, Township 18,
Range 12, Randolph County, Alabama, less and
except a certain parcel of land located in the NE
¼ of the NW ¼ of Section 19, Township 18,
Range 12, Randolph County, Alabama, being
more particularly described as follows:
Beginning at a point where a line drawn from
front door or house to dirt road immediately in
from or southwesterly direction from the house
intersects with north line of dirt road; thence in
a northwesterly direction along the dirt road
256 feet to the point of beginning; thence in a
northeasterly direction perpendicular to the
house a distance of 256 feet to a point; thence in
a southeasterly direction parallel to said road a
distance of 511 feet to a point; thence in a
southwesterly direction a distance of 512 feet to
a point; thence in a northwesterly direction
parallel with said road a distance of 511 feet to a
point; thence in a northeasterly direction a
distance of 296 feet to the point of beginning;
this same land less and excepted is described by the
Randolph County Revenue Commissioner office
as follows:

      BEG 350'(S) E & 210' (S) N of SW COR
      OF NE ¼ OF NW1/4; TH NW 511'; NE
      512'; SE 511'; NE 512'; TO P.O.B.
      SEC.19, T18S, R12E. PT OF NE ¼ OF
      NW1/4.

AND,

JOYCE JONES, PATRICIA TERRELL,
CHERYL GOLDRING, ANGELA HUDSON,
RICHARD PARKER, BERYL PARKER,

Filed In Office

DEC 14 2006

CHRIS MAY
Clerk of Circuit Court

CANDACE SLAUGHTER, MARLON
FREEMAN, PATRICK FREEMAN,
BEATRICE HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL CARRINGTON,
JUANITA FREEMAN, WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN, JR., BENITA SMITH, JERRY
BILLINGSLEY, CHARLES FREEMAN,
WILLIE C. THOMAS, MARY LOIS
THOMAS, ROOSEVELT MONTGOMERY,
HELEN HASSELL, SARA HENDERSON,
ANTOINELLE MITCHELL, DENNIS
BENNETT, CATHERINE JOHNSON,
TOMMIE MONTGOMERY, JESSIE DEAN
BARRETT, FANNIE PALMER, GREGORY
FREEMAN, JANICE FREEMAN-JOHNSON,
JEAN SCOTT, RICHARD BEDGOOD,
DEXTER BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL (a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE DAVIDSON,
PETA MORTON, CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN YOUNG,
BRIGHAM YOUNG, ADOLPH BROWN,
JANICE LAMBERT, ARLA NESBY, MARY
H. FREEMAN, DENNIS FREEMAN, ERIS
SWANSON, IVANA LATRICE BAISDIN,
LATAISAJII RENEE FREEMAN,
BERNADINE F. HARDNETT, JESSE
FREEMAN, EARL FREEMAN, DAVID
FREEMAN, EMMANUEL FREEMAN, ESSIE
F. TARRY, LAWRENCE HEARD, EUGENIA
ANGEL, CARNELL ANGEL, JR., PETER
ANGEL, ROXIE A. BROWN, FRANCIS
TURNER, MORRIS ANGEL, CHARLES
ANGEL, ARRIE ANGEL, HELEN ANGEL,
SANDRA THOMAS, EVELYN F. WOODARD,
BARBARA HOLLEY, HEZIKIAH
CARSTARPHEN, MARY FREEMAN,
THADDEAUS FREEMAN, KENNETH
McCLURE, LILLIE F. MIDDLEBROOKS,
LORENZA FREEMAN, LEROY FREEMAN,
JR., ROLAND FREEMAN and GRADY
FREEMAN, being all the heirs at law of W. M.
Freeman, Deceased; and any and all unknown

parties, including any person claiming a present
interest therein and including any person
claiming any future, contingent, reversionary,
remainder or other interests therein, who may
claim any interest in the above described
property.

     **Defendants.**

## ORDER APPOINTING GUARDIAN AD LITEM

On motion of the Plaintiff, it is hereby ORDERED that *Hon. Ned Wright* be and
hereby is appointed Guardian ad Litem to represent all unknown Defendants.

DONE this *14th* day of *December*, 2006.

*Ray D. Martin*

Circuit Judge

*Steve Morris*
*Ned Wright*