IN THE CIRCUIT COURT OF
RANDOPH COUNTY, ALABAMA

2008 JAN 30 P 2: 30

GLADYS F. KING )

PLAINTIFF )

)

VS. ) CASE FILE NO.
           3:08cv 72 - 001

The NW 1/4 of the NE 1/4;
the NE 1/4 of the NW 1/4;
And the East ten (10) acres
of the NW 1/4, all being located
in Section 19, Township 18,
Range 12, Randolph county,
Alabama, being more particularly
described as follows: Beginning
at the point where a line drawn
from front door or house to dirt
road immediately in from or
southwesterly direction from the
house intersects with north line
of dirt road :thence in a northwesterly
direction along the dirt road 256 feet
to the point of the beginning;
thence in the northeasterly
direction perpendicular to the
house a distance of 256 feet
to a point; thence in a southeasterly
direction parallel to said road a distance
of 512 feet at point; thence in a
Northwesterly Direction parallel
with said road a distance of 511
feet to a point; thence in a northeasterly
direction a distance of 296 feet to

the point of the beginning; this same
less and excepted is described by
the Randolph County Revenue Commissioner
office as follows:

    BEG 350'(S) E & 210' (S) N OF SW COR
    OF NE 1/ 4 OF NW 1/ 4; TH NW 511'; NE
    512'; SW 511'; NE 512'; TO P.O.B.
    SEC.19, T18S, R12E.PT OF NE ¼ OF
    NW 1/4

AND,

JOYCE JONES, PATRICIA
TERRELL,CHERYL GOLDRING,
ANGELA HUDSON, RICHARD
PARKER, BERYL PARKER,CANDACE
SLAUGHTER, MARLON FREEMAN,
PATRICK FREEMAN,BEATRICE
HOLMAN, EVELYN FREEMAN,
EDNA FREEMAN, BERYL
CARRINGTON,JUANITA
FREEMAN,WILMA COLEMAN,
LILLIAN CHANDLER, SYLVESTER
FREEMAN,JR., BENITA SMITH,
JERRY BILLINGSLEY, CHARLES
FREEMAN,WILLIEC. THOMAS,
MARY LOIS THOMAS, ROOSEVELT
MONTGOMERY,HELEN HASSELL,
SARA HENDERSON,ANTOINELLE
MITCHELL, DENNIS BENNET,
CATHERINE JOHNSON, TOMMIE
MONTGOMERY, JESSE DEAN
BARRETT, FANNIE PALMER,
GREGORY FREEMAN, JANICE
FREEMAN-JOHNSON,JEAN SCOTT,
RICHARD BEDGOOD,DEXTER
BEDGOOD, DEBORAH EVANS,
ROBIN CEPHAS, KIMBERLY KELLY,
ARIEL YISRAEL(a/k/a AUDREY YOUNG),
GERARD DAVIDSON, WAYNE
DAVIDSON, PETA MORTON,
CORLISS McCAY, ARRY
JERSELEM JUDAH, IVAN

YOUNG, BRIGHAM YOUNG, JANICE LAMBERT, ARLA NESBY, MARY FREEMAN, DENNIS FREEMAN, ERIS SWANSON, IVANA LATRICE BAISDIN, LATASIAJII RENEE FREEMAN, BERNADINE F. HARDNETT, JESSE FREEMAN, EARL FREEMAN, DAVID FREEMAN EMMANUEL FREEMAN, ESSIE F. TARRY, LAWRENCE HEARD, EUGEN IANGEL, CARNELL ANGEL, JR., PETER NGAL, ROXIE A. BROWN, FRANCIS TURNER, MORRIS ANGEL, CHARLES ANGEL, ARRIE ANGEL, HELEN ANGEL, SANDRA THOMAS, EVELYN F. WOODARD, BARBARA HOLLEY, HEZEKIAH CARSTARPHEN, MARY FREEMAN, THADDEAUS FREEMAN, KENNETH McCLURE, LILLIE F. MIDDLEBROOKS, LORENZA FREEMAN, LEROY FREEMAN, JR., ROLAND FREEMAN and GRADY FREEMAN, being all the heirs at law of W.M. Freeman, Deceased; and any and all unknown parties including any person claiming a present interest therein and including any person any future contingent, reversionary, remainder or other interests therein, who may claim any interest in the above described property. Defendants.

## NOTICE TO THE CIRCUIT COURT FOR RANDOLPH COUNTY, ALABAMA DEFENDANTS REMOVAL OF CIVIL ACTION

You are hereby notified that Gladys F. King, Plaintiff, on behalf of the Defendant Jesse Freeman in the above-referenced civil action, pursuant to 28 U.S.C. A 1441(a) and 1446(a) and (b) has filed on January 30th, 2008 the Notice of Removal of Civil Action, a copy of which is attached hereto as Exhibit 1, in the United States District Court for the Middle District of Alabama, thereby removing the case to that court.

This the 30th day of January 2008.

Respectfully submitted,

*Jesse Freeman*
Jesse Freeman, defendant
PO BOX 39
Graham, Alabama 36263
256-363-2615

## CERTIFICATE OF SERVICE

I, the undersigned Jesse Freeman, hereby certify that this day served a copy of the foregoing **DEFENDANTS NOTICE OF REMOVAL OF CIVIL ACTION** upon all parties to this matter via first class U.S. mail addressed to counsel records as follows:

*Jesse Freeman*
Jesse Freeman, defendant
PO BOX 39
Graham, Alabama 36263
256-363-2615

State of Alabama
Department of Revenue
Montgomery, Alabama 36132

John W. Sheffield, III
Senior Attorney
Tax Court Bar No. SJ1680
PO BOX 901
Atlanta, Georgia 30370
404-338-797

U.S. DISTRICT COURT OF ALABAMA
PO BOX 711
MONTGOMERY, AL 36101
334-954-3600

Chad Lee
PO Box 966
Wedowee, Al 36278
256-357-4800

Steve Morris
PO BOX 814
Wedowee, Al 36278
256-357-9222

Thomas Radney
PO BOX 819
Alexander City, Al 35011
256-357-4800

Charles Wright
PO BOX 132
Wedowee, Al 36278
256-357-2416